Document 1

```
              UNITED STATES COURT OF APPEALS
                  FOR THE FOURTH CIRCUIT

                      January 25, 2007
```

**NOTICE OF APPELLATE CASE OPENING**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**FOURTH CIRCUIT INFORMATION**
\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-

   **Court of Appeals Case #:**   7-4115

   **Short Caption:**   US v. Dobie

   **Date NOA Received 4CCA:**   1/24/07

   **Case Manager:**   Sharon A. Wiley


**DISTRICT COURT INFORMATION**
\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-

   **Division:**   District of Maryland at Greenbelt

   **District Court Case Number(s):**

   8:04-cr-00235-RWT

   **Date NOA Filed in District Court:**   1/9/07