Document 1

UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

FILED
January 25, 2007

No. 06-4391
8:04-cr-00235-RWT

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

DONNA CONZUELLA JOHNSON

Defendant - Appellant

No. 06-4392
8:04-cr-00235-RWT

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

JOHN ALBERT MARTIN, JR.

Defendant - Appellant

No. 06-4527
8:04-cr-00235-RWT

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

CRAIG ARNOLD SCOTT, a/k/a Craig Levi

Defendant - Appellant

No. 07-4059
8:04-cr-00235-RWT


UNITED STATES OF AMERICA

                    Plaintiff - Appellee


      v.

LEARLEY REED GOODWIN, a/k/a Goodie, a/k/a Lonnie Ross

                    Defendant - Appellant



                    No. 07-4060
                    8:04-cr-00235-RWT


UNITED STATES OF AMERICA

                    Plaintiff - Appellee


      v.

PAULETTE MARTIN, a/k/a Paulette Murphy, a/k/a Paulette
Akuffo, a/k/a Paula Murphy, a/k/a Auntie

                    Defendant - Appellant



                    No. 07-4062
                    8:04-cr-00235-RWT


UNITED STATES OF AMERICA

                    Plaintiff - Appellee


      v.

LANORA N. ALI, a/k/a La Nora Ali-Gardner

                    Defendant - Appellant

No. 07-4063
8:04-cr-00235-RWT

UNITED STATES OF AMERICA

         Plaintiff - Appellee

   v.

REECE COLEMAN WHITING, JR., a/k/a Guy Counts, a/k/a Cups, a/k/a Dino Whiting

         Defendant - Appellant


No. 07-4080
8:04-cr-00235-RWT

UNITED STATES OF AMERICA

         Plaintiff - Appellee

   v.

DERREK LEWIS BYNUM, a/k/a Bo

         Defendant - Appellant


No. 07-4115
8:04-cr-00235-RWT

UNITED STATES OF AMERICA

         Plaintiff - Appellee

   v.

LAVON DOBIE, a/k/a Becky Parker, a/k/a Theresa Waller, a/k/a Dobie Parker

         Defendant - Appellant

```
---------
O R D E R
---------
```

The Court consolidates these cases for purposes of briefing and oral argument and directs that:

1. one joint brief shall be permitted per side;

2. the parties on each side shall share the time allowed for oral argument;

3. each side shall notify the Court of the attorney designated as lead counsel within ten days of the date of this order.

For the Court - By Direction

/s/ Patricia S. Connor
_____
CLERK