Document 1

```
                    UNITED STATES COURT OF APPEALS

                      FOR THE FOURTH CIRCUIT
                                                         FILED
                                                 January 25, 2007
            Lead Case: 06-4391 US v. Donna C. Johnson



                              No. 07-4115
                              8:04-cr-00235-RWT


UNITED STATES OF AMERICA

              Plaintiff - Appellee


      v.

LAVON DOBIE, a/k/a Becky Parker, a/k/a Theresa Waller, a/k/a
Dobie Parker

              Defendant - Appellant



                           ---------
                           O R D E R
                           ---------

      The Court appoints Peter D. Ward as counsel for the

appellant.



                              For the Court - By Direction


                               /s/  Patricia S. Connor
                              _____
                                        CLERK


Nunc Pro Tunc Date:  12/21/06
```