Document 1

USCA4 Appeal: 07-4115    Doc: 6    Filed: 01/25/2007    Pg: 1 of 5

## UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT
Lewis F. Powell, Jr. United States Courthouse Annex
1100 E. Main Street, Suite 501
Richmond, Virginia 23219-3517

| | | |
|---|---|---|
| Patricia S. Connor<br>Clerk | www.ca4.uscourts.gov | Telephone<br>(804) 916-2700 |

January 25, 2007

Deborah A. Johnston, Esq.
OFFICE OF THE U. S. ATTORNEY
Suite 400
6500 Cherrywood Lane
Greenbelt, MD 20770


Bonnie S. Greenberg, Esq.
OFFICE OF THE U. S. ATTORNEY
4th Floor
36 South Charles Street
Baltimore, MD 21201


Peter Dennis Ward, Esq.
LAW OFFICE OF PETER D. WARD
Suite 105
300 Allegheny Avenue
Baltimore, MD 21204


Gregory Bruce English, Esq.
ENGLISH & SMITH
Suite 213
Courthouse Square
526 King Street
Alexandria, VA 22314


Fred Warren Bennett, Esq.
BENNETT & BAIR, LLP
Suite 419
6301 Ivy Lane
Greenbelt, MD 20770


Roland Walker, Esq.
ROLAND WALKER, MARK ZAYON & ASSOCIATES, PA
Suite 306
Court Square Building
200 East Lexington Street
Baltimore, MD 21202


Anthony Douglas Martin, Esq.
ANTHONY D. MARTIN, PC
7841 Belle Point Drive
Greenbelt, MD 20770

Michael Daniel Montemarano, Esq.
MICHAEL D. MONTEMARANO, PA
Suite 201
5695 Main Street
Elkridge, MD 21075


Harry D. McKnett, Esq.
Suite 241
5430 Lynx Lane
Columbia, MD 21044


Marc Gregory Hall, Esq.
MCCALLY & HALL
Suite 214
20 Courthouse Square
Rockville, MD 20850


Timothy S. Mitchell, Esq.
LAW OFFICES OF TIMOTHY S. MITCHELL
Suite 700
6301 Ivy Lane
Greenbelt, MD 20770


     Re: 07-4115 US v. Dobie
         8:04-cr-00235-RWT

       06-4391 US v. Donna C. Johnson
          8:04-cr-00235-RWT

       06-4392 US v. John A. Martin
          8:04-cr-00235-RWT

       06-4527 US v. Craig Arnold Scott
          8:04-cr-00235-RWT

       07-4059 US v. Learley R. Goodwin
          8:04-cr-00235-RWT

       07-4060 US v. Paulette Martin
          8:04-cr-00235-RWT

       07-4062 US v. Lanora N. Ali
          8:04-cr-00235-RWT

       07-4063 US v. Reece C. Whiting
          8:04-cr-00235-RWT

       07-4080 US v. Derrek L. Bynum
          8:04-cr-00235-RWT

Dear Counsel:

Appeal number 07-4115 was docketed in this Court on 1/25/07, pursuant to Rule 12(a) of the Federal Rules of Appellate Procedure. This case has been consolidated with no. 06-4391 which was docketed on 4/19/06. The lead case number should be placed on all papers subsequently submitted to this Court.

Appellants must file the docketing statement with the required attachments in the office of the clerk, within 14 days of filing of the notice of appeal. Counsel proceeding under the Criminal Justic Act, excluding Federal Public Defenders, must attach a copy of the CJA 24 Form submitted to the District Court to this Court's copy of the transcript order.

The following forms are enclosed and must be completed and returned to this office within 14 days of the date of this letter:

(1) Counsel of Record form
(2) Admission and Registration Forms (to anyone not listed on attorney roll)

A counsel of record form should be filed by at least one attorney for each party represented by counsel. To eliminate unnecessary paperwork, correspondence will be sent only to attorneys who file their counsel of record form within 14 days of the date of this letter. All other attorneys' names will be removed from this appeal, and no further correspondence will be transmitted to them.

Counsel are responsible for assuring that all documents are timely filed by actual receipt in the appropriate clerk's office. Noncompliance with jurisdictional deadlines will prevent the Court from considering an appeal. Failure to meet other deadlines may result in dismissal for failure to prosecute or in imposition of sanctions. See Local Rules 45, 46(g). If you would like a file-stamped copy of your document returned to you, please include an extra copy and a self-addressed, stamped envelope.

Also enclosed is a copy of an order consolidating these appeals for purposes of briefing, preparation of the appendix and oral argument. A briefing schedule will be established and forwarded to the parties upon receipt of certification that the record is complete or upon determination by the clerk of the court of appeals that no hearing was held, that no transcript is necessary, or that the transcript is already on file.

In order to protect personal information, parties must partially redact social security numbers, dates of birth, financial account numbers, names of minor children and (in criminal cases) home addresses in documents filed with this Court. Dockets, opinions, rules, forms, and the Court calendar can be obtained from the Court's Website, www.ca4.uscourts.gov.

If you desire to inquire about your case by telephone, please contact me directly by dialing (804) 916-2704.

Yours truly,

PATRICIA S. CONNOR
    Clerk

       /s/ Sharon A. Wiley
By: _____
      Deputy Clerk