Document 1

Document 1

```
                     UNITED STATES COURT OF APPEALS

                         FOR THE FOURTH CIRCUIT
                                                             FILED
                                                       January 31, 2007




                              No. 06-4391
                              8:04-cr-00235-RWT


UNITED STATES OF AMERICA

               Plaintiff - Appellee


     v.

DONNA CONZUELLA JOHNSON

               Defendant - Appellant



                              No. 06-4392
                              8:04-cr-00235-RWT


UNITED STATES OF AMERICA

               Plaintiff - Appellee


     v.

JOHN ALBERT MARTIN, JR.

               Defendant - Appellant



                              No. 06-4527
                              8:04-cr-00235-RWT


UNITED STATES OF AMERICA

               Plaintiff - Appellee


     v.

CRAIG ARNOLD SCOTT, a/k/a Craig Levi

               Defendant - Appellant
```

```
                                  No. 07-4059
                                  8:04-cr-00235-RWT
```

UNITED STATES OF AMERICA

        Plaintiff - Appellee

   v.

LEARLEY REED GOODWIN, a/k/a Goodie, a/k/a Lonnie Ross

        Defendant - Appellant

```
                                  No. 07-4060
                                  8:04-cr-00235-RWT
```

UNITED STATES OF AMERICA

        Plaintiff - Appellee

   v.

PAULETTE MARTIN, a/k/a Paulette Murphy, a/k/a Paulette Akuffo, a/k/a Paula Murphy, a/k/a Auntie

        Defendant - Appellant

```
                                  No. 07-4062
                                  8:04-cr-00235-RWT
```

UNITED STATES OF AMERICA

        Plaintiff - Appellee

   v.

LANORA N. ALI, a/k/a La Nora Ali-Gardner

        Defendant - Appellant

```
                              No. 07-4063
                              8:04-cr-00235-RWT
```

UNITED STATES OF AMERICA

        Plaintiff - Appellee

   v.

REECE COLEMAN WHITING, JR., a/k/a Guy Counts, a/k/a Cups, a/k/a Dino Whiting

        Defendant - Appellant

```
                              No. 07-4080
                              8:04-cr-00235-RWT
```

UNITED STATES OF AMERICA

        Plaintiff - Appellee

   v.

DERREK LEWIS BYNUM, a/k/a Bo

        Defendant - Appellant

```
                              No. 07-4115
                              8:04-cr-00235-RWT
```

UNITED STATES OF AMERICA

        Plaintiff - Appellee

   v.

LAVON DOBIE, a/k/a Becky Parker, a/k/a Theresa Waller, a/k/a Dobie Parker

        Defendant - Appellant

_____
O R D E R
_____

The Court deconsolidates these cases for further appellate purposes.

          For the Court - By Direction

          /s/  Patricia S. Connor
          _____
                 CLERK