Document 1

USCA4 Appeal: 07-4115    Doc: 9    Filed: 01/31/2007    Pg: 1 of 4

```
                    UNITED STATES COURT OF APPEALS

                        FOR THE FOURTH CIRCUIT
                                                          FILED
                                                    January 31, 2007
                              No. 07-4059
                              8:04-cr-00235-RWT


UNITED STATES OF AMERICA

              Plaintiff - Appellee


    v.

LEARLEY REED GOODWIN, a/k/a Goodie, a/k/a Lonnie Ross

              Defendant - Appellant



                              No. 07-4060
                              8:04-cr-00235-RWT


UNITED STATES OF AMERICA

              Plaintiff - Appellee


    v.

PAULETTE MARTIN, a/k/a Paulette Murphy, a/k/a Paulette
Akuffo, a/k/a Paula Murphy, a/k/a Auntie

              Defendant - Appellant



                              No. 07-4062
                              8:04-cr-00235-RWT


UNITED STATES OF AMERICA

              Plaintiff - Appellee


    v.

LANORA N. ALI, a/k/a La Nora Ali-Gardner

              Defendant - Appellant
```

```
                              No. 07-4063
                              8:04-cr-00235-RWT
```

UNITED STATES OF AMERICA

        Plaintiff - Appellee

   v.

REECE COLEMAN WHITING, JR., a/k/a Guy Counts, a/k/a Cups, a/k/a Dino Whiting

        Defendant - Appellant

```
                              No. 07-4080
                              8:04-cr-00235-RWT
```

UNITED STATES OF AMERICA

        Plaintiff - Appellee

   v.

DERREK LEWIS BYNUM, a/k/a Bo

        Defendant - Appellant

```
                              No. 07-4115
                              8:04-cr-00235-RWT
```

UNITED STATES OF AMERICA

        Plaintiff - Appellee

   v.

LAVON DOBIE, a/k/a Becky Parker, a/k/a Theresa Waller, a/k/a Dobie Parker

        Defendant - Appellant

---------
O R D E R
---------

The Court consolidates these cases for purposes of briefing and oral argument and directs that:

1. one joint brief shall be permitted per side;

2. the parties on each side shall share the time allowed for oral argument;

3. each side shall notify the Court of the attorney designated as lead counsel within ten days of the date of this order.

For the Court - By Direction

/s/  Patricia S. Connor
_____
CLERK