Document 1

## UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT
Lewis F. Powell, Jr. United States Courthouse Annex
1100 E. Main Street, Suite 501
Richmond, Virginia  23219-3517

| Patricia S. Connor  Clerk | www.ca4.uscourts.gov | Telephone (804) 916-2700 |
|---|---|---|

February 15, 2007

```
Alan Dexter Bowman, Esq.
Suite 105
Gateway One
Newark, NJ 07102


        Re: 07-4062 US v. Lanora N. Ali
            8:04-cr-00235-RWT


Dear Mr. Bowman:

     This office is in receipt of your recent notification that
you have been retained as counsel for purposes of this appeal.  In
light of appellant having retained counsel, the Court must determine
whether appellant still qualifies for indigent status. Accordingly,
please have appellant identify the source of funds being used to pay
counsel. Please provide this information in written form to this
office on or before 3/2/07.



                                 Yours truly,

                                 PATRICIA S. CONNOR
                                       Clerk


                                       /s/ Sharon A. Wiley
                                 By: _____
                                       Deputy Clerk



    Enclosure(s)

    cc:  Deborah A. Johnston
         Bonnie S. Greenberg
         Harry D. McKnett
```