Document 1

```
            UNITED STATES COURT OF APPEALS

               FOR THE FOURTH CIRCUIT
                                              FILED
                                         February 20, 2007
      Lead Case: 07-4059 US v. Learley R. Goodwin



                     No. 07-4062
                     8:04-cr-00235-RWT

UNITED STATES OF AMERICA

          Plaintiff - Appellee

  v.

LANORA N. ALI, a/k/a La Nora Ali-Gardner

          Defendant - Appellant



                     _____

                     O R D E R
                     _____

     Appellant's counsel has filed a motion to withdraw from
further representation of Lanora Ali on appeal.
The Court grants the motion to withdraw.

                          For the Court - By Direction


                          /s/  Patricia S. Connor
                          _____
                                    CLERK
```