Document 1

# UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT
Lewis F. Powell, Jr. United States Courthouse Annex
1100 E. Main Street, Suite 501
Richmond, Virginia  23219-3517

| Patricia S. Connor  Clerk | www.ca4.uscourts.gov | Telephone  (804) 916-2700 |
|---|---|---|

March 6, 2007

LaVon Dobie
#38360-037
P. O. Box 3000
SFF Hazelton
Bruceton Mills, WV  26525

Re: 07-4115 US v. Dobie
        8:04-cr-00235-RWT

Dear Ms. Dobie:

   We acknowledge receipt of your letter of 2/28/07. The letter was sent to your attorney who will act in your behalf.  All future correspondence, including motions, should be sent directly to your attorney.

Yours truly,

PATRICIA S. CONNOR
    Clerk

By:  /s/ Sharon A. Wiley
     _____
     Deputy Clerk

Copies to:

Peter Dennis Ward, Esq.
LAW OFFICE OF PETER D. WARD
Suite 105
300 Allegheny Avenue
Baltimore, MD 21204