Document 1

UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

FILED
March 12, 2007

No. 07-4059
8:04-cr-00235-RWT

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

LEARLEY REED GOODWIN, a/k/a Goodie, a/k/a Lonnie Ross

Defendant - Appellant

No. 07-4060
8:04-cr-00235-RWT

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

PAULETTE MARTIN, a/k/a Paulette Murphy, a/k/a Paulette
Akuffo, a/k/a Paula Murphy, a/k/a Auntie

Defendant - Appellant

No. 07-4062
8:04-cr-00235-RWT

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

LANORA N. ALI, a/k/a La Nora Ali-Gardner

Defendant - Appellant

No. 07-4063
8:04-cr-00235-RWT

UNITED STATES OF AMERICA

                Plaintiff - Appellee

   v.

REECE COLEMAN WHITING, JR., a/k/a Guy Counts, a/k/a Cups,
a/k/a Dino Whiting

                Defendant - Appellant


No. 07-4080
8:04-cr-00235-RWT

UNITED STATES OF AMERICA

                Plaintiff - Appellee

   v.

DERREK LEWIS BYNUM, a/k/a Bo

                Defendant - Appellant


No. 07-4115
8:04-cr-00235-RWT

UNITED STATES OF AMERICA

                Plaintiff - Appellee

   v.

LAVON DOBIE, a/k/a Becky Parker, a/k/a Theresa Waller, a/k/a
Dobie Parker

                Defendant - Appellant

-----------

O R D E R

-----------

The court reporter, Sharon O'Neill, has filed a motion for an extension of time to file the transcript without the imposition of sanctions.

The Court extends the time for filing the transcript, without sanctions, to 5/10/07.  A 10 percent fee reduction will apply if the transcript is not filed by that date, and a 20 percent fee reduction will apply if the transcript is not filed by 6/11/07.

For the Court - By Direction

/s/  Patricia S. Connor
_____
CLERK