Document 1

# UNITED STATES COURT OF APPEALS
### FOR THE FOURTH CIRCUIT
Lewis F. Powell, Jr. United States Courthouse Annex
1100 E. Main Street, Suite 501
Richmond, Virginia  23219-3517

Patricia S. Connor                          www.ca4.uscourts.gov                          Telephone
       Clerk                                                                          (804) 916-2700


March 15, 2007


Paulette Martin
#38350-037
SFF Hazelton
P. O. Box 3000
Bruceton Mills, WV  26525


        Re: 07-4060 US v. Paulette Martin
               8:04-cr-00235-RWT


Dear Ms. Martin:

    We acknowledge receipt of your motion for clarification and to
deconsolidate. The letter was sent to your attorney who will act in
your behalf. All future correspondence, including motions, should be
sent directly to your attorney.


                         Yours truly,

                         PATRICIA S. CONNOR
                              Clerk


                          /s/ Sharon A. Wiley
                    By: _____
                           Deputy Clerk


Copies to:

Michael Daniel Montemarano, Esq.
MICHAEL D. MONTEMARANO, PA
Suite 201
5695 Main Street
Elkridge, MD 21075