Document 1

USCA4 Appeal: 07-4115      Doc: 44          Filed: 03/23/2007      Pg: 1 of 2

## UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT
Lewis F. Powell, Jr. United States Courthouse Annex
1100 E. Main Street, Suite 501
Richmond, Virginia 23219-3517

| Patricia S. Connor | www.ca4.uscourts.gov | Telephone |
| Clerk | | (804) 916-2700 |

March 23, 2007

NOTICE OF RULES VIOLATION
*************************

Alan Dexter Bowman, Esq.
Suite 105
Gateway One
Newark, NJ 07102

Re:  07-4062 US v. Lanora N. Ali
     8:04-cr-00235-RWT

Dear Mr. Bowman:

      You were directed to file a Docketing Statement, and you have not done so. You must file your Docketing Statement no later than 4/9/07. If you do not file the document or otherwise cure the default, the clerk will recommend to the Court that you be ordered to show cause why discipline should not be imposed for failure to comply with federal and local rules of procedure and the Court's orders and instructions.

                                    Yours truly,

                                    PATRICIA S. CONNOR
                                         Clerk

                                      /s/ Sharon A. Wiley
                                By: _____
                                        Deputy Clerk