Document 1

```
                    UNITED STATES COURT OF APPEALS

                        FOR THE FOURTH CIRCUIT
                                                            FILED
                                                       March 26, 2007
```

```
                            No. 07-4059
                         8:04-cr-00235-RWT
```

UNITED STATES OF AMERICA

           Plaintiff - Appellee

   v.

LEARLEY REED GOODWIN, a/k/a Goodie, a/k/a Lonnie Ross

           Defendant - Appellant

```
                            No. 07-4060
                         8:04-cr-00235-RWT
```

UNITED STATES OF AMERICA

           Plaintiff - Appellee

   v.

PAULETTE MARTIN, a/k/a Paulette Murphy, a/k/a Paulette Akuffo, a/k/a Paula Murphy, a/k/a Auntie

           Defendant - Appellant

```
                            No. 07-4062
                         8:04-cr-00235-RWT
```

UNITED STATES OF AMERICA

           Plaintiff - Appellee

   v.

LANORA N. ALI, a/k/a La Nora Ali-Gardner

           Defendant - Appellant

```
                            No. 07-4063
                         8:04-cr-00235-RWT
```

UNITED STATES OF AMERICA

           Plaintiff - Appellee

   v.

REECE COLEMAN WHITING, JR., a/k/a Guy Counts, a/k/a Cups, a/k/a Dino Whiting

           Defendant - Appellant

```
                            No. 07-4080
                         8:04-cr-00235-RWT
```

UNITED STATES OF AMERICA

           Plaintiff - Appellee

   v.

DERREK LEWIS BYNUM, a/k/a Bo

           Defendant - Appellant

```
                            No. 07-4115
                         8:04-cr-00235-RWT
```

UNITED STATES OF AMERICA

           Plaintiff - Appellee

   v.

LAVON DOBIE, a/k/a Becky Parker, a/k/a Theresa Waller, a/k/a Dobie Parker

           Defendant - Appellant

-----------
O R D E R
-----------

The court reporter, Gloria Williams, has filed a motion for an extension of time to file the transcript without the imposition of sanctions.

The Court extends the time for filing the transcript, without sanctions, to 5/7/07. A 10 percent fee reduction will apply if the transcript is not filed by that date, and a 20 percent fee reduction will apply if the transcript is not filed by 6/06/07.

For the Court - By Direction

/s/ Patricia S. Connor
_____
CLERK