Document 1

Document 2

# UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT
Lewis F. Powell, Jr. United States Courthouse Annex
1100 E. Main Street, Suite 501
Richmond, Virginia 23219-3517

| Patricia S. Connor<br>Clerk | www.ca4.uscourts.gov | Telephone<br>(804) 916-2700 |
|---|---|---|

April 10, 2007

LaVon D. Dobie
SFF - Hazelton
P. O. Box 3000
Bruceton Mills, WV  26525

     Re: 07-4115 US v. Dobie
         8:04-cr-00235-RWT

Dear Ms. Dobie:

    We acknowledge receipt of your motion of intent to present evidence of conviction more than 10 years old. Your motion was sent to your attorney who will act in your behalf. All future correspondence, including motions, should be sent directly to your attorney.

                            Yours truly,

                            PATRICIA S. CONNOR
                                Clerk

                             /s/ Sharon A. Wiley
                    By: _____
                               Deputy Clerk

Copies to:

Peter Dennis Ward, Esq.
LAW OFFICE OF PETER D. WARD
Suite 105
300 Allegheny Avenue
Baltimore, MD 21204

Saw

# MOTION OF INTENT TO PRESENT EVIDENCE OF CONVICTION
## MORE THAN 10 YEARS OLD

La'Von D. Dobie #38360-037, Pro se
SFF-HAZELTON
P.O. Box 3000
Bruceton Mills, West Virginia
26525

2007 APR -9 A 10:04
COURT OF APPEALS
FOURTH CIRCUIT
RECEIVED

United States Circuit Court 4th Circuit

U.S. District Court (Greenbelt, MD)
Plaintiff

vs.

La'Von D. Dobie
Defendant

) RWT-04-0235
) CA 4-07-4115
) ~~Civil Action No.~~
)
) NOTICE OF INTENT TO OFFER
) EVIDENCE OF CRIMINAL CON-
) VICTION
) Fed. R. Evid. 609

TO ALL PARTIES AND THEIR ATTORNEYS
OF RECORD:

The undersigned, La'Von D. Dobie Pro se gives notice pursuant to Federal Rule of Evidence 609 that Plaintiff Violated Rule 18 U.S.C. 111$^B$, 112, 113(A)(2)(3). Defendant intends to present as evidence Federal Case laws 894 $^{F2d}$ 1057, 109 L.Ed 2d, 912 F2d 1365, 343 F (U.S. v Roberts (2007) CA 8 MO. 253 F$^{3d}$ 1131 at the oral arguement of this action or at the hearing on the issue of said evidence that the Curcuit Court of Appeal 4th Circuit, for all conduct not relevant to the instant offense.

This evidense will be presented by an authenticated copy of the judgement of conviction.

Date: 4-3-07

La'Von D. Dobie
Name of Petitioner

Signature of Petitioner, Pro se