Document 1

```
                   UNITED STATES COURT OF APPEALS

                       FOR THE FOURTH CIRCUIT
                                                        FILED
                                                   April 23, 2007
```

```
                         No. 07-4059
                       8:04-cr-00235-RWT
```

UNITED STATES OF AMERICA

              Plaintiff - Appellee

    v.

LEARLEY REED GOODWIN, a/k/a Goodie, a/k/a Lonnie Ross

              Defendant - Appellant

```
                         No. 07-4060
                       8:04-cr-00235-RWT
```

UNITED STATES OF AMERICA

              Plaintiff - Appellee

    v.

PAULETTE MARTIN, a/k/a Paulette Murphy, a/k/a Paulette
Akuffo, a/k/a Paula Murphy, a/k/a Auntie

              Defendant - Appellant

```
                         No. 07-4062
                       8:04-cr-00235-RWT
```

UNITED STATES OF AMERICA

              Plaintiff - Appellee

    v.

LANORA N. ALI, a/k/a La Nora Ali-Gardner

              Defendant - Appellant

```
                          No. 07-4063
                        8:04-cr-00235-RWT
```

UNITED STATES OF AMERICA

            Plaintiff - Appellee

  v.

REECE COLEMAN WHITING, JR., a/k/a Guy Counts, a/k/a Cups, a/k/a Dino Whiting

            Defendant - Appellant

```
                          No. 07-4080
                        8:04-cr-00235-RWT
```

UNITED STATES OF AMERICA

            Plaintiff - Appellee

  v.

DERREK LEWIS BYNUM, a/k/a Bo

            Defendant - Appellant

```
                          No. 07-4115
                        8:04-cr-00235-RWT
```

UNITED STATES OF AMERICA

            Plaintiff - Appellee

  v.

LAVON DOBIE, a/k/a Becky Parker, a/k/a Theresa Waller, a/k/a Dobie Parker

            Defendant - Appellant

-----------
O R D E R
-----------

The court reporter, Tracy Dunlap, has filed a motion for an extension of time to file the transcript without the imposition of sanctions.

The Court extends the time for filing the transcript, without sanctions, to 6/12/07.  A 10 percent fee reduction will apply if the transcript is not filed by that date, and a 20 percent fee reduction will apply if the transcript is not filed by 7/12/07.

For the Court - By Direction

/s/  Patricia S. Connor
_____
CLERK