Document 1

USCA4 Appeal: 07-4115    Doc: 51    Filed: 04/25/2007    Pg: 1 of 2

## UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT
Lewis F. Powell, Jr. United States Courthouse Annex
1100 E. Main Street, Suite 501
Richmond, Virginia  23219-3517

| Patricia S. Connor | www.ca4.uscourts.gov | Telephone |
| Clerk | | (804) 916-2700 |

```
                        April 25, 2007

                    NOTICE OF RULES VIOLATION
                    *************************


     Alan Dexter Bowman, Esq.
     Suite 105
     Gateway One
     Newark, NJ 07102



          Re:  07-4062 US v. Lanora N. Ali
               8:04-cr-00235-RWT


     Dear Counsel:

          You were directed by the docketing letter to file
     a docketing statement and you have not done so.  You must file
     your docketing statement no later than 5/10/07.  If you do
     not file the document or otherwise cure the default, the clerk
     will recommend to the Court that you be ordered to show cause
     why discipline should not be imposed for failure to comply
     with federal and local rules of procedure and the Court's
     orders and instructions.




                                   Yours truly,

                                   PATRICIA S. CONNOR
                                        Clerk


                                     /s/ Sharon A. Wiley
                                By: _____
                                      Deputy Clerk



     cc:   Deborah A. Johnston
           Bonnie S. Greenberg
```