Document 1

## UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT
Lewis F. Powell, Jr. United States Courthouse Annex
1100 E. Main Street, Suite 501
Richmond, Virginia  23219-3517

| | | |
|---|---|---|
| Patricia S. Connor<br>Clerk | www.ca4.uscourts.gov | Telephone<br>(804) 916-2700 |

June 8, 2007

Sharon Mech-O'Neill
U. S. DISTRICT COURT
Room 2D36
6500 Cherrywood Lane
Greenbelt, MD 20770

    Re:  07-4059(L), 07-4060 US v. Paulette Martin
        8:04-cr-00235-RWT

Dear Court Reporter:

    The outstanding transcript for this appeal is now currently due to be filed no later than 5/14/07.

                        Yours truly,

                        PATRICIA S. CONNOR
                            Clerk

                        /s/ Carla A. Allison
                  By: _____
                        Deputy Clerk

cc:  Clerk, U. S. District Court
     Kathy Chiarizia