Document 1

USCA4 Appeal: 07-4115    Doc: 59    Filed: 06/12/2007    Pg: 1 of 4

```
                UNITED STATES COURT OF APPEALS

                    FOR THE FOURTH CIRCUIT
                                                          FILED
                                                     June 12, 2007
```

```
                          No. 07-4059
                       8:04-cr-00235-RWT
```

UNITED STATES OF AMERICA

        Plaintiff - Appellee

   v.

LEARLEY REED GOODWIN, a/k/a Goodie, a/k/a Lonnie Ross

        Defendant - Appellant

```
                          No. 07-4060
                       8:04-cr-00235-RWT
```

UNITED STATES OF AMERICA

        Plaintiff - Appellee

   v.

PAULETTE MARTIN, a/k/a Paulette Murphy, a/k/a Paulette Akuffo, a/k/a Paula Murphy, a/k/a Auntie

        Defendant - Appellant

```
                          No. 07-4062
                       8:04-cr-00235-RWT
```

UNITED STATES OF AMERICA

        Plaintiff - Appellee

   v.

LANORA N. ALI, a/k/a La Nora Ali-Gardner

        Defendant - Appellant

No. 07-4063
8:04-cr-00235-RWT

UNITED STATES OF AMERICA

        Plaintiff - Appellee

  v.

REECE COLEMAN WHITING, JR., a/k/a Guy Counts, a/k/a Cups, a/k/a Dino Whiting

        Defendant - Appellant


No. 07-4080
8:04-cr-00235-RWT

UNITED STATES OF AMERICA

        Plaintiff - Appellee

  v.

DERREK LEWIS BYNUM, a/k/a Bo

        Defendant - Appellant


No. 07-4115
8:04-cr-00235-RWT

UNITED STATES OF AMERICA

        Plaintiff - Appellee

  v.

LAVON DOBIE, a/k/a Becky Parker, a/k/a Theresa Waller, a/k/a Dobie Parker

        Defendant - Appellant

-----------
O R D E R
-----------

The court reporter, Tracy Dunlap, has filed a motion for an extension of time to file the transcript without the imposition of sanctions.

The Court extends the time for filing the transcript, without sanctions, to 7/31/07. A 10 percent fee reduction will apply if the transcript is not filed by that date, and a 20 percent fee reduction will apply if the transcript is not filed by 8/30/07.

For the Court - By Direction

/s/ Patricia S. Connor
_____
CLERK