Document 1

UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

FILED
August 17, 2007

No. 07-4059
8:04-cr-00235-RWT

UNITED STATES OF AMERICA

                    Plaintiff - Appellee

    v.

LEARLEY REED GOODWIN, a/k/a Goodie, a/k/a Lonnie Ross

                    Defendant - Appellant

No. 07-4060
8:04-cr-00235-RWT

UNITED STATES OF AMERICA

                    Plaintiff - Appellee

    v.

PAULETTE MARTIN, a/k/a Paulette Murphy, a/k/a Paulette
Akuffo, a/k/a Paula Murphy, a/k/a Auntie

                    Defendant - Appellant

No. 07-4062
8:04-cr-00235-RWT

UNITED STATES OF AMERICA

                    Plaintiff - Appellee

    v.

LANORA N. ALI, a/k/a La Nora Ali-Gardner

                    Defendant - Appellant

No. 07-4063
8:04-cr-00235-RWT

UNITED STATES OF AMERICA

                Plaintiff - Appellee


    v.

REECE COLEMAN WHITING, JR., a/k/a Guy Counts, a/k/a Cups,
a/k/a Dino Whiting

                Defendant - Appellant



No. 07-4080
8:04-cr-00235-RWT

UNITED STATES OF AMERICA

                Plaintiff - Appellee


    v.

DERREK LEWIS BYNUM, a/k/a Bo

                Defendant - Appellant


No. 07-4115
8:04-cr-00235-RWT

UNITED STATES OF AMERICA

                Plaintiff - Appellee


    v.

LAVON DOBIE, a/k/a Becky Parker, a/k/a Theresa Waller, a/k/a
Dobie Parker

                Defendant - Appellant

-----------
O R D E R

-----------

The court reporter, Tracy Dunlap, has filed a motion
for an extension of time to file the transcript without the
imposition of sanctions.

The Court extends the time for filing the transcript to 10/01/07.
A 10 percent fee reduction will apply.  If the transcript is not
filed by 10/30/07, a 20 percent fee reduction will apply.

For the Court - By Direction

/s/  Patricia S. Connor
_____
CLERK