Document 1

USCA4 Appeal: 07-4115    Doc: 64    Filed: 08/21/2007    Pg: 1 of 2

## UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT
Lewis F. Powell, Jr. United States Courthouse Annex
1100 E. Main Street, Suite 501
Richmond, Virginia 23219-3517

| Patricia S. Connor | www.ca4.uscourts.gov | Telephone |
| Clerk | | (804) 916-2700 |

August 21, 2007

Peter Dennis Ward, Esq.
LAW OFFICE OF PETER D. WARD
Suite 105
300 Allegheny Avenue
Baltimore, MD 21204

Re: 07-4059 US v. Learley R. Goodwin
         8:04-cr-00235-RWT

    07-4115 US v. Dobie
         8:04-cr-00235-RWT

Dear Counsel:

The appellant's request to relieve counsel was filed in this office on 8/20/07. You must file four copies of a response to the motion in the clerk's office on or before 8/31/07, even if there is no objection.

Yours truly,

PATRICIA S. CONNOR
     Clerk

    /s/ Sharon A. Wiley
By: _____
      Deputy Clerk