Document 1

Document 2

Document 3

## UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT
Lewis F. Powell, Jr. United States Courthouse Annex
1100 E. Main Street, Suite 501
Richmond, Virginia 23219-3517

| Patricia S. Connor  Clerk | www.ca4.uscourts.gov | Telephone  (804) 916-2700 |
|---|---|---|

September 20, 2007

LaVon D. Dobie
#38360-037
SFF - Hazelton
P. O. Box 3000
Bruceton Mills, WV 26525

     Re: 07-4115 US v. Dobie
          8:04-cr-00235-RWT

Dear Ms. Dobie:

    Thomas P. McNamara has been appointed to serve as your attorney for this appeal. The attorney's phone number is 919-856-4236.

                            Yours truly,

                            PATRICIA S. CONNOR
                                Clerk

                            /s/ Sharon A. Wiley
                    By: _____
                              Deputy Clerk

Copies to:

Deborah A. Johnston, Esq.
OFFICE OF THE U. S. ATTORNEY
Suite 400
6500 Cherrywood Lane
Greenbelt, MD 20770

Bonnie S. Greenberg, Esq.
OFFICE OF THE U. S. ATTORNEY
4th Floor
36 South Charles Street
Baltimore, MD 21201

```
Peter Dennis Ward, Esq.
LAW OFFICE OF PETER D. WARD
Suite 105
300 Allegheny Avenue
Baltimore, MD 21204

Thomas Peter McNamara, Esq.
OFFICE OF THE FEDERAL PUBLIC DEFENDER
Suite 450
150 Fayetteville Street Mall
Raleigh, NC 27601
```

```
              UNITED STATES COURT OF APPEALS

                  FOR THE FOURTH CIRCUIT
                                            FILED
                                      September 20, 2007
        Lead Case: 07-4059 US v. Learley R. Goodwin



                        No. 07-4115
                        8:04-cr-00235-RWT


UNITED STATES OF AMERICA

          Plaintiff - Appellee

   v.

LAVON DOBIE, a/k/a Becky Parker, a/k/a Theresa Waller, a/k/a
Dobie Parker

          Defendant - Appellant


                        _____

                        O R D E R
                        _____

     Appellant has filed a motion to relieve her attorney on appeal.

     The Court relieves appellant's counsel, Peter D. Ward, from

the obligation of further legal representation of appellant in this

appeal.

     The Court appoints the Federal Public Defender at Raleigh, NC,

as counsel to represent LaVon Dobie in this appeal.


                              For the Court - By Direction


                              /s/  Patricia S. Connor
                              _____
                                     CLERK
```

# UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT
Lewis F. Powell, Jr. United States Courthouse Annex
1100 E. Main Street, Suite 501
Richmond, Virginia  23219-3517

| Patricia S. Connor | www.ca4.uscourts.gov | Telephone |
| --- | --- | --- |
| Clerk | | (804) 916-2700 |

September 20, 2007

Thomas Peter McNamara, Esq.
OFFICE OF THE FEDERAL PUBLIC DEFENDER
Suite 450
150 Fayetteville Street Mall
Raleigh, NC 27601

          Re: 07-4115 US v. Dobie
              8:04-cr-00235-RWT

Dear Counsel:

     This appeal was docketed on 1/25/07, pursuant to Rule 12(a) of the Federal Rules of Appellate Procedure.  Docket number 07-4115 should be placed on all papers subsequently submitted to this Court.  Enclosed is a copy of an order appointing you as counsel for the defendant.  Appellant's previous attorney, Peter D. Ward, can be reached at 410-494-8988.

     Also enclosed are the following:

     1.  Counsel of Record Form (to be returned within 14 days)
     2.  Docketing Statement (to be returned within 14 days)
     3.  Copies of the documents that have been filed in this
         case (if you are an email recipient, these documents
         will be sent by U.S. mail)
     4.  Memorandum on Sealed and Confidential Materials
     5.  Transcript Order Form
     6.  CJA 24 form (except Federal Public Defenders)
     7.  CJA Payment Memorandum
     8.  CJA Time and Expense Worksheets

     You may review the record in this case at the district court in Baltimore, MD.  Please make sure that all the necessary transcripts have been ordered properly.  If not, please take the necessary steps to order them from the court reporter.  This must be done within ten days of the date of this letter.

     If prior counsel filed the appellant's brief, a copy is enclosed for your review.  If, after reviewing the brief, you wish to strike appellant's brief or to file a supplemental brief, you must file a motion to strike brief or to file a supplemental brief within ten days of the date of this letter.

    Thank you for accepting this appointment.  I assure you that this office will work with you in any way necessary.

    For information about this case, you can contact me by dialing (804) 916-2700.

Yours truly,

PATRICIA S. CONNOR<br>
   Clerk

/s/ Sharon A. Wiley<br>
By: _____<br>
   Deputy Clerk

cc: Deborah A. Johnston
    Bonnie S. Greenberg
    Peter Dennis Ward
    Clerk, U. S. District Court
    Sharon Mech-O'Neill
    Gloria Williams
    Tracy Dunlap
    Kathy Chiarizia