Document 1

USCA4 Appeal: 07-4115    Doc: 76    Filed: 10/03/2007    Pg: 1 of 4

```
                    UNITED STATES COURT OF APPEALS

                        FOR THE FOURTH CIRCUIT
```

```
                                                         FILED
                                                   October 3, 2007
```

```
                            No. 07-4059
                         8:04-cr-00235-RWT
```

UNITED STATES OF AMERICA

    Plaintiff - Appellee

 v.

LEARLEY REED GOODWIN, a/k/a Goodie, a/k/a Lonnie Ross

    Defendant - Appellant

```
                            No. 07-4060
                         8:04-cr-00235-RWT
```

UNITED STATES OF AMERICA

    Plaintiff - Appellee

 v.

PAULETTE MARTIN, a/k/a Paulette Murphy, a/k/a Paulette Akuffo, a/k/a Paula Murphy, a/k/a Auntie

    Defendant - Appellant

```
                            No. 07-4062
                         8:04-cr-00235-RWT
```

UNITED STATES OF AMERICA

    Plaintiff - Appellee

 v.

LANORA N. ALI, a/k/a La Nora Ali-Gardner

    Defendant - Appellant

```
                            No. 07-4063
                          8:04-cr-00235-RWT
```

UNITED STATES OF AMERICA

          Plaintiff - Appellee

   v.

REECE COLEMAN WHITING, JR., a/k/a Guy Counts, a/k/a Cups, a/k/a Dino Whiting

          Defendant - Appellant

```
                            No. 07-4080
                          8:04-cr-00235-RWT
```

UNITED STATES OF AMERICA

          Plaintiff - Appellee

   v.

DERREK LEWIS BYNUM, a/k/a Bo

          Defendant - Appellant

```
                            No. 07-4115
                          8:04-cr-00235-RWT
```

UNITED STATES OF AMERICA

          Plaintiff - Appellee

   v.

LAVON DOBIE, a/k/a Becky Parker, a/k/a Theresa Waller, a/k/a Dobie Parker

          Defendant - Appellant

-----------
O R D E R

-----------

    The court reporter, Tracy Dunlap, has filed a motion for an extension of time to file the transcript without the imposition of sanctions.

    The Court extends the time for filing the transcript to 10/16/07. A 10 percent fee reduction will apply. If the transcript is not filed by 11/15/07, a 20 percent fee reduction will apply.

    For the Court - By Direction

    /s/  Patricia S. Connor
    _____
               CLERK