USCA4 Appeal: 07-4115 Doc: 77 Filed: 10/19/2007 Pg: 1 of 3

Document 1

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT
Lewis F. Powell, Jr. United States Courthouse Annex
1100 E. Main Street, Suite 501
Richmond, Virginia 23219-3517

Patricia S. Connor
Clerk

www.ca4.uscourts.gov

Telephone
(804) 916-2700

October 19, 2007

LaVon Dobie
#38360-037
SFF Hazelton
P. O. Box 3000
Bruceton Mills, WV 26525

Re: 07-4115 US v. LaVon Dobie
8:04-cr-00235-RWT

07-4059 US v. Learley R. Goodwin
8:04-cr-00235-RWT

07-4060 US v. Paulette Martin
8:04-cr-00235-RWT

07-4062 US v. Lanora N. Ali
8:04-cr-00235-RWT

07-4063 US v. Reece C. Whiting
8:04-cr-00235-RWT

07-4080 US v. Derrek L. Bynum
8:04-cr-00235-RWT

Dear Ms. Dobie:

We acknowledge receipt of your letter of 10/15/07. The letter was sent to your attorney who will act in your behalf. All future correspondence, including motions, should be sent directly to your attorney.

Yours truly,

PATRICIA S. CONNOR
Clerk

/s/ Sharon A. Wiley
By: ____________________________
Deputy Clerk

Copies to:

Thomas Peter McNamara, Esq.
OFFICE OF THE FEDERAL PUBLIC DEFENDER
Suite 450
150 Fayetteville Street Mall
Raleigh, NC 27601