Document 1

## UNITED STATES COURT OF APPEALS
### FOR THE FOURTH CIRCUIT
Lewis F. Powell, Jr. United States Courthouse Annex
1100 E. Main Street, Suite 501
Richmond, Virginia  23219-3517

Patricia S. Connor                          www.ca4.uscourts.gov                          Telephone
Clerk                                                                                    (804) 916-2700


October 31, 2007

Tracy Dunlap
Official Court Reporter
U. S. DISTRICT COURT
6500 Cherrywood Lane
Greenbelt, MD 20770


     Re: 07-4059 US v. Learley R. Goodwin
              8:04-cr-00235-RWT

     07-4060 US v. Paulette Martin
              8:04-cr-00235-RWT

     07-4062 US v. Lanora N. Ali
              8:04-cr-00235-RWT

     07-4063 US v. Reece C. Whiting
              8:04-cr-00235-RWT

     07-4080 US v. Derrek L. Bynum
              8:04-cr-00235-RWT

     07-4115 US v. LaVon Dobie
              8:04-cr-00235-RWT


Dear Court Reporter:

     This Court's Order filed 10/3/07 set a filing date of 10/16/07
for the transcript in this case.

     The Guidelines for Preparation of Appellate Transcripts in
the Fourth Circuit require the court reporter or court reporter
coordinator to send this Court a copy of the reporter's certifica-
tion setting forth the date the transcript was filed in the district
court.  We have not received your certification of filing.

     If you have already filed the transcript with the district
court, we request that you send the certification to this Court
immediately.

     If you have not yet filed the transcript, please be aware that a
ten percent fee reduction sanction took effect upon 10/17/07. If the
transcript is not filed by 11/15/07 a twenty percent fee reduction
sanction will apply.

Yours truly,

PATRICIA S. CONNOR
        Clerk


  /s/ Sharon A. Wiley
By: _____
      Deputy Clerk

cc:   Deborah A. Johnston
      Bonnie S. Greenberg
      Anthony Douglas Martin
      Michael Daniel Montemarano
      Alan Dexter Bowman
      Marc Gregory Hall
      Timothy S. Mitchell
      Thomas Peter McNamara
      George Alan DuBois
      Kathy Chiarizia