Filed: December 12, 2007

## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

_____

TRANSCRIPT SANCTION NOTICE
TWENTY PERCENT SANCTION

_____

No. 07-4059 (L), <u>US v. Learley R. Goodwin</u>
8:04-cr-00235-RWT

The transcript in this case is overdue by more than 30 days, requiring that the court reporter reduce the fee charged for preparation of the transcript by 20%, in accordance with the **Guidelines for Preparation of Appellate Transcripts in the Fourth Circuit**. The Court therefore directs the court reporter to file a **transcript sanction certification form** with this Court when the transcript is filed with the District Court, certifying that the 20% sanction has been taken on the transcript fees charged in this case. The certification form is attached to this notice and is available at **www.ca4.uscourts.gov**.

Should the transcript become more than 60 days overdue, the Guidelines provide that notice of the default and of the Guidlines' provision for removal of a court reporter from the courtroom if the transcript becomes 90 days overdue will be

provided to the Chief District Judge and the Judge to whom the
court reporter reports.

                                        PATRICIA S. CONNOR
                                            CLERK

**UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT**

TRANSCRIPT CERTIFICATION FORM

| |
|---|
| **Appeal Number:** |
| **Caption:** |
| **Court Reporter:** |
| **Proceedings:** |
| **Date Due:** |
| **Date Filed:** |
| **Percent Sanction Taken:** |
| **Signature:** |
| **Date:** |