Filed: February 27, 2008

**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**
1100 East Main Street, Suite 501
Richmond, Virginia 23219-3517
www.ca4.uscourts.gov

_____

NOTICE TO RESPOND TO MOTION
_____

No. 07-4059 (L), <u>US v. Learley R. Goodwin</u>
8:04-cr-00235-RWT

**RESPONSE DUE: 2/27/08**

Response is required from Anthony D. Martin, Esq. to the appellant's motion to relieve and substitute counsel. Response must be made in writing to the Office of the Clerk by the response due date shown in this notice.

Sharon A. Wiley
Deputy Clerk
804-916-2704