FILED: May 22, 2008

UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

_____

No. 07-4059 (L)
(8:04-cr-00235-RWT)

_____

UNITED STATES OF AMERICA,

        Plaintiff - Appellee

v.

LEARLEY REED GOODWIN, aka Goodie, aka Lonnie Ross,

        Defendant - Appellant

_____

O R D E R

_____

The Court grants the motion to rescind the briefing schedule in this case. The parties will be notified when a new briefing order is entered.

For the Court--By Direction

*/s/Patricia S. Connor, Clerk*