*********************************************
## CERTIFICATION OF FILING OF TRANSCRIPT
*********************************************

US **v.** Paulette Martin

**No.** RWT-04-235

**Dist. Ct. No.** 08-4060

**Please check which proceedings were filed and provide the hearing date:**

| | PROCEEDING | HEARING DATES |
|---|---|---|
| | Voir Dire | |
| ✓ | Opening Statement (Plaintiff) | June 13, 2006 |
| ✓ | Opening Statement (Defendant) | June 13, 2006 |
| | Closing Argument (Plaintiff) | |
| | Closing Argument (Defendant) | |
| | Opinion of Court | |
| | Jury Instructions | |
| ✓ | Sentencing | December 19, 2006 |
| | Bail Hearing | |
| ✓ | Pre-Trial Proceedings (specify) | September 13, 2004 |
| ✓ | Testimony (specify) | 6/13 - 8/4/06 |
| | Other | |

**Please check one of the following:**

I hereby certify that

[ ] The transcript was timely filed on _____.
[✓] A fee reduction sanction of <u>20</u> percent of the total cost of the transcript was taken.

/s/ Tracy Rae Dunlap, RPR, CRR

Court Reporter

Address: 6500 Cherrywood Lane, Rm 200
Greenbelt, Maryland  20770

Please submit this form upon **COMPLETION AND FILING** of the transcript to the following address:

U.S. COURT OF APPEALS FOR THE FOURTH CIRCUIT
Lewis F. Powell, Jr. United States Courthouse Annex
1100 East Main Street, Suite 501
Richmond, VA  23219-3517