Filed: August 14, 2008

**UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT**
1100 East Main Street, Suite 501
Richmond, Virginia 23219-3517
www.ca4.uscourts.gov

───────────────────

NOTICE TO FILE STATUS REPORT

───────────────────

No. 07-4059 (L), <u>US v. Learley R. Goodwin</u>
8:04-cr-00235-RWT

By order filed 5/22/08, this Court rescinded the briefing schedule in these cases because appellants' counsel had not received the necessary transcripts. Appellants' counsel is requested to provide this office with a status report by 8/29/08 and every 30 days thereafter addressing the status of the outstanding transcripts and the expected length of time before the case can proceed.

Reports must be made in writing to the Office of the Clerk. The appellants shall immediately notify the Court when the case can proceed.

Sharon A. Wiley
Deputy Clerk
804-916-2704


Cc:   Tracy Dunlap
      Nadine Mercer