4CCA-37
9/94

# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

## TRANSCRIPT ORDER

READ INSTRUCTIONS ON BACK PAGE BEFORE COMPLETING

Case Style   U.S. v. United States v. Lavon Dobie
Dist. Ct. No.   8:04-CR-000235-BWT   District of   Eastern District of North Carolina
Date Notice of Appeal filed   12-22-06                                    Ct. of Appeals No.   07-4115
Name of Court Reporter/Electronic Rec.   Gloria Williams
Address of Reporter   6500 Cherrywood Lane, Greenbelt, Maryland 20770

TO BE COMPLETED BY PARTY ORDERING TRANSCRIPT-DO NOT SUBMIT FORM UNTIL FINANCIAL ARRANGEMENTS HAVE BEEN MADE WITH THE REPORTER.  IF THIS COMPLETED FORM IS NOT MAILED TO THE COURT REPORTER AND A COPY FILED WITH THE DISTRICT COURT CLERK WITHIN TEN (10) DAYS AFTER FILING NOTICE OF APPEAL, THE APPEAL WILL BE SUBJECT TO DISMISSAL PURSUANT TO FOURTH CIRCUIT LOCAL RULE 45 AND I.O.P. 45.3.  ADDITIONAL COPIES OF THIS FORM MUST BE FILED WITH TWO COPIES OF APPELLANT'S DOCKETING STATEMENT WITH THE CLERK OF THE COURT OF APPEALS WITHIN FOURTEEN DAYS OF FILING THE NOTICE OF APPEAL.  A SEPARATE TRANSCRIPT ORDER MUST BE COMPLETED FOR EACH REPORTER FROM WHOM A TRANSCRIPT IS REQUESTED.

A. This constitutes an order of the transcript of the following proceedings [check appropriate box(es) and indicate total number of pages].

| PROCEEDING | HEARING DATE(S) |
|---|---|
| ☐ Voir Dire | |
| ☐ Opening Statement (Plaintiff) | |
| ☐ Opening Statement (Defendant) | |
| ☐ Closing Argument (Plaintiff) | |
| ☐ Closing Argument (Defendant) | |
| ☐ Opinion of Court | |
| ☐ Jury Instructions | |
| ☐ Sentencing | |
| ☐ Bail Hearing | |
| ☐ Pre-Trial Proceedings (specify) | |
| ☐ Testimony (specify) | |
| ☒ Other (specify) Trial Testimony | 06-22-06, 08-01-06, 08-29-06 |

TOTAL ESTIMATED PAGES   435

NOTE: *FAILURE TO SPECIFY IN ADEQUATE DETAIL THOSE PROCEEDINGS TO BE TRANSCRIBED IS GROUNDS FOR DISMISSAL OF AN APPEAL.*

B. I certify that I have contacted the court reporter (or coordinator if electronic recording from the District of Maryland) and satisfactory financial arrangements for payment of the transcript have been made.

☐ **Private funds.** (Deposit of $_____ enclosed with court reporter's copy. Check No. _____.)
☐ **Criminal Justice Act.** A CJA Form 24 has been submitted to the district judge. (Attach a photocopy of the CJA 24 to the court of appeals' and reporter's copies.
☐ **Government expense (civil case).** IFP has been granted and a motion for transcript at government expense has been submitted to the district judge.
☐ **Advance payment waived by court reporter.**
X Federal Public Defender - No CJA Form 24 necessary.

Typed name   G. Alan DuBois
Signature   /s/ G. Alan DuBois
Address   150 Fayetteville Street Mall, Suite 450, Raleigh, NC 27601
Telephone No.   (919) 856-4236          Date Mailed to Reporter   September 18, 2008