# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

## TRANSCRIPT ORDER

READ INSTRUCTIONS ON PAGE TWO BEFORE COMPLETING

Case Style __United States v. Derek Bynum_____
Dist. Ct. No. __08:04-CR-0235 RWT__ District __Maryland_____
Date Notice of Appeal filed __12/21/06_____ Ct. of Appeals No. __07-4080_____
Name of Court Reporter/Electronic Rec. __Tracy Dunlap_____
Address of Reporter __United States District Court for the District of Maryland, 6400 Cherrywood Lane, Greenbelt, MD 20770__

TO BE COMPLETED BY PARTY ORDERING TRANSCRIPT - DO NOT SUBMIT FORM UNTIL FINANCIAL ARRANGEMENTS HAVE BEEN MADE WITH THE REPORTER.  IF THIS COMPLETED FORM IS NOT MAILED TO THE COURT REPORTER AND A COPY FILED WITH THE DISTRICT COURT CLERK WITHIN TEN (10) DAYS AFTER FILING NOTICE OF APPEAL, THE APPEAL WILL BE SUBJECT TO DISMISSAL PURSUANT TO FOURTH CIRCUIT LOCAL RULE 45.  ADDITIONAL COPIES OF THIS FORM MUST BE FILED WITH TWO COPIES OF APPELLANT'S DOCKETING STATEMENT WITH THE CLERK OF THE COURT OF APPEALS WITHIN FOURTEEN DAYS OF FILING THE NOTICE OF APPEAL.  A SEPARATE TRANSCRIPT ORDER MUST BE COMPLETED FOR EACH REPORTER FROM WHOM A TRANSCRIPT IS REQUESTED.

A.  This constitutes an order of the transcript of the following proceedings [check appropriate box(es) and indicate total number of pages].

| PROCEEDING | HEARING DATE(S) |
|---|---|
| ☐ Voir Dire | |
| ☐ Opening Statement (Plaintiff) | |
| ☐ Opening Statement (Defendant) | |
| ☐ Closing Argument (Plaintiff) | |
| ☐ Closing Argument (Defendant) | |
| ☐ Opinion of Court | |
| ☐ Jury Instructions | |
| ☑ Sentencing | 12/19/06 |
| ☐ Bail Hearing | |
| ☐ Pre-Trial Proceedings (specify) | 6/6/06, 6/7/06, 6/9/06, 6/13/06, 6/14/06, 6/15/06, 6/16/06, 6/20/06 6/21/06, 6/23/06, 6/27/06, 6/28/06, 6/29/06, 6/30/06, 7/5/06, |
| ☑ Testimony (specify) | 7/6/06, 7/7/06, 7/13/06, 7/14/06, 7/18/06, 7/19/06, 7/24/06, 7/25/06, 7/26/06, 7/27/06, 7/28/06, 8/2/06, 8/3/06, 8/4/06, 8/8/06 |
| ☐ Other (specify) Motions | 8/9/06, 8/10/06, 8/11/06, 8/16/06, 8/17/06, 8/18/06, 8/30/06, 8/31/06 |

**TOTAL ESTIMATED PAGES** __1,500_____

**NOTE:** *FAILURE TO SPECIFY IN ADEQUATE DETAIL THOSE PROCEEDINGS TO BE TRANSCRIBED IS GROUNDS FOR DISMISSAL OF AN APPEAL.*

B.  I certify that I have contacted the court reporter (or coordinator if electronic recording from the District of Maryland) and satisfactory financial arrangements for payment of the transcript have been made.
   ☐ Private funds.  (Deposit of $_____ enclosed with court reporter's copy.  Check No. _____.)
   ☑ Criminal Justice Act.  A CJA Form 24 has been submitted to the district judge.  (Attach a photocopy of the CJA 24 to the court of appeals' and reporter's copies.  The CJA 24 does not have to be approved prior to submission of a copy.)
   ☐ Government expense (civil case).  IFP has been granted and a motion for transcript at government expense has been submitted to the district judge.
   ☐ Advance payment waived by court reporter.
   ☐ Federal Public Defender - no CJA Form 24 necessary.
   ☐ United States appeal - copy of litigation expense form attached, if applicable.

Signature _____ Typed name __Timothy Mitchell_____
Address __6301 Ivy Lane, Suite 400, Greenbelt, MD 20770_____
Telephone No. __(301) 345-9555_____ Date Mailed to Reporter __09/19/08_____