Filed: September 24, 2008

**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**
1100 East Main Street, Suite 501
Richmond, Virginia 23219-3517
www.ca4.uscourts.gov

_____

TRANSCRIPT ORDER ACKNOWLEDGMENT
_____

No. 07-4059 (L), US v. Learley R. Goodwin
8:04-cr-00235-RWT

> **This Acknowledgment establishes a deadline for filing all transcript ordered from this court reporter, as follows:**

**Court Reporter**: Tracy Dunlap
**Current Deadline**: 11/10/2008
**Proceedings**: numerous transcripts, see transcript order

If transcript has not been properly ordered or if appropriate financial arrangements have not been made, the court reporter must complete and file a **Transcript Order Deficiency Notice** with this Court within **7 calendar days**. If the court reporter has grounds for an extension of time, a request for extension may be sought using the **Transcript Extension Request** form.

This Court is notified of the filing of the **Appeal Transcript** in the District Court through the District Court's CM/ECF system. If the transcript is not filed by the due date, a transcript sanction takes effect, as provided in the **Guidelines for Preparation of Appellate Transcripts in the Fourth Circuit**. If a transcript sanction is in effect, the court reporter must file a **Transcript Sanction Certification Form** with this Court at the time the transcript is filed with the District Court, certifying that the appropriate sanction has been deducted from the transcript fee.

Court forms are available for completion as links from this notice and at the Court's web site, **www.ca4.uscourts.gov**.

Sharon A. Wiley
Deputy Clerk
804-916-2704

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

TRANSCRIPT DEFICIENCY NOTICE

No. 07-4059 (L), US v. Learley R. Goodwin
8:04-cr-00235-RWT

**If there are problems with the Transcript Order or if the Court has not yet approved preparation of transcript at government expense, the Court Reporter should, within 7 days of receipt of the Transcript Order Acknowledgment from the Court of Appeals, file the Deficiency Notice form with the Court of Appeals and serve a copy on the party ordering the transcript and the District Court Reporter Coordinator.**

**Court Reporter:** Tracy Dunlap
**Current Deadline:** 11/10/2008
**Extension Requested to:**

[ ]   Transcript Order is sufficient, but Criminal Justice Act funds have not been approved (CJA 24)

[ ]   Transcript Order is sufficient, but motion for transcript at government expense has not been granted (28 U.S.C. § 753(f))

[ ]   Satisfactory financial arrangements have not been made. Please specify problem:

[ ]   Transcript order is unclear. Please specify problem:

[ ]   Transcript order has not been received (CJA 24)

[ ]   Transcript order was received after receipt of Acknowledgment. Please specify length of delay:

[ ]   Other (please specify):

**Signature:**

**Date:**

**UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT**

TRANSCRIPT EXTENSION REQUEST

No. 07-4059 (L), <u>US v. Learley R. Goodwin</u>
8:04-cr-00235-RWT

> **If an extension of time is needed to complete the transcript, the court reporter may file a Transcript Extension Request with the Court of Appeals at least 10 days in advance of the deadline, setting forth specific information in support of the request. Copies of the Request shall be served on the parties to the case and the District Court Reporter Coordinator. The granting of an extension also constitutes a waiver of sanctions through the date of the extension.**

**Court Reporter:** Tracy Dunlap
**Current Deadline:** 11/10/2008
**Extension Requested to:**

As of this date, approximately ___ pages have been completed and ___ pages are yet to be transcribed. Justification is as follows:

1. **Outstanding District Court transcripts ordered within 90 days of this request:** Any pending appellate transcripts will be taken into consideration in deciding this request.

2. **In-Court Time:** (give total days/hours by month)

3. **Travel:** (give hours spent traveling to and from Court by month)

4. **Other:** (please provide any other information you would like the Court to consider when reviewing your request. Please be aware that this information will be posted on the public docket.)

**Signature:**

**Date:**