*********************************************
**CERTIFICATION OF FILING OF TRANSCRIPT**
*********************************************

U.S.A.   v.   Lavon Dobie

**No.** 07-4115

**Dist. Ct. No.** RWT-04-0235

**Please check which proceedings were filed and provide the hearing date:**

| | PROCEEDING | HEARING DATES |
|---|---|---|
| | Voir Dire | |
| | Opening Statement (Plaintiff) | |
| | Opening Statement (Defendant) | |
| | Closing Argument (Plaintiff) | |
| | Closing Argument (Defendant) | |
| | Opinion of Court | |
| | Jury Instructions | |
| | Sentencing | |
| | Bail Hearing | |
| | Pre-Trial Proceedings (specify) | |
| ✓ | Testimony (specify) | 6/22/06, 8/1/06 |
| ✓ | Other | 8/29/06 |

**Please check one of the following:**

I hereby certify that

[✓]   The transcript was timely filed on 5/2/07.
[ ]   A fee reduction sanction of ____ percent of the total cost of the transcript was taken.

Gloria I. Williams    /s/
Court Reporter

Address:  6500 Cherrywood Lane
Suite 200 U.S. Courthouse
Greenbelt, MD 20770

Please submit this form upon **COMPLETION AND FILING** of the transcript to the following address:

U.S. COURT OF APPEALS FOR THE FOURTH CIRCUIT
Lewis F. Powell, Jr. United States Courthouse Annex
1100 East Main Street, Suite 501
Richmond, VA  23219-3517