\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
## CERTIFICATION OF FILING OF TRANSCRIPT
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

_United States_ v. _LaVon Dobie_
No. 07-4115

Dist. Ct. No. 04-0235 RWT

Please check which proceedings were filed and provide the hearing date:

| PROCEEDING | HEARING DATES |
|---|---|
| ___ Voir Dire | |
| ___ Opening Statement (Plaintiff) | |
| ___ Opening Statement (Defendant) | |
| ___ Closing Argument (Plaintiff) | |
| ___ Closing Argument (Defendant) | |
| ___ Opinion of Court | |
| ___ Jury Instructions | |
| ___ Sentencing | |
| ___ Bail Hearing | |
| ___ Pre-Trial Proceedings (specify) | |
| ✓ Testimony (specify) | 7-11-06 — 7-12-06 |
| ✓ Other — motions | 11-21-06 |

Please check one of the following:

I hereby certify that

[✓] The transcript was timely filed on __9-26-08__.
[ ] A fee reduction sanction of _____ percent of the total cost of the transcript was taken.

_Sharon O'Neill_
Court Reporter

Address: U.S. District Court
6500 Cherrywood Lane - Rm 200
Greenbelt, MD 20770

Please submit this form upon **COMPLETION AND FILING** of the transcript to the following address:

U.S. COURT OF APPEALS FOR THE FOURTH CIRCUIT
Lewis F. Powell, Jr. United States Courthouse Annex
1100 East Main Street, Suite 501
Richmond, VA 23219-3517

U.S. COURT OF APPEALS FOURTH CIRCUIT RECEIVED 2008 SEP 29 PM 1:17

09/29/08  MON 12:49  [TX/RX NO 6888]  ☑002