*********************************************
**CERTIFICATION OF FILING OF TRANSCRIPT**
*********************************************

United States    v.    Lavon Dobie

**No.** 07-4115

**Dist. Ct. No.** RWT 04-0235

**Please check which proceedings were filed and provide the hearing date:**

| | PROCEEDING | HEARING DATES |
|---|---|---|
| | Voir Dire | |
| | Opening Statement (Plaintiff) | |
| | Opening Statement (Defendant) | |
| | Closing Argument (Plaintiff) | |
| | Closing Argument (Defendant) | |
| | Opinion of Court | |
| | Jury Instructions | |
| | Sentencing | |
| | Bail Hearing | |
| | Pre-Trial Proceedings (specify) | |
| ✓ | Testimony (specify) | 7\11\06; 7\12\06 |
| ✓ | Other | Post trial motion |

**Please check one of the following:**

I hereby certify that

[✓]    The transcript was timely filed on  9\26\08  .
[ ]    A fee reduction sanction of ____ percent of the total cost of the transcript was taken.

/s/ Sharon O'Neill

Court Reporter

Address:  U.S. District Court - Rm 200
6500 Cherrywood Lane
Greenbelt, Maryland 20770

Please submit this form upon **COMPLETION AND FILING** of the transcript to the following address:

U.S. COURT OF APPEALS FOR THE FOURTH CIRCUIT
Lewis F. Powell, Jr. United States Courthouse Annex
1100 East Main Street, Suite 501
Richmond, VA  23219-3517