**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**
1100 East Main Street, Suite 501
Richmond, Virginia 23219-3517
www.ca4.uscourts.gov

October 16, 2008

Mr. Alan Dexter Bowman
Gateway One
Suite 105
Newark, NJ 07102-0000

Mr. G. Alan DuBois
OFFICE OF THE FEDERAL PUBLIC DEFENDER
Wachovia Capital Center
150 Fayetteville Street
Suite 450
Raleigh, NC 27601-0000

Ms. Bonnie S. Greenberg
OFFICE OF THE UNITED STATES ATTORNEY
36 South Charles Street
4th Floor
Baltimore, MD 21201-0000

Mr. Marc Gregory Hall
HALL & CHO, PC
20 Courthouse Square
Suite 214
Rockville, MD 20850

Ms. Deborah A. Johnston
OFFICE OF THE UNITED STATES ATTORNEY
6500 Cherrywood Lane
Suite 400
Greenbelt, MD 20770-1249

Mr. Anthony Douglas Martin
ANTHONY D. MARTIN, PC
7841 Belle Point Drive
Greenbelt, MD 20770-0000

Mr. Timothy S. Mitchell
LAW OFFICES OF TIMOTHY S. MITCHELL
6301 Ivy Lane
Suite 400
Greenbelt, MD 20770-0000

Mr. Michael Daniel Montemarano
MICHAEL D. MONTEMARANO, PA
5695 Main Street
Suite 201
Elkridge, MD 21075-5016

Tracy Dunlap
UNITED STATES DISTRICT COURT
District of Maryland
United States Courthouse
6500 Cherrywood Lane
Greenbelt, MD 20770-0000

Kathy Chiarizia
UNITED STATES DISTRICT COURT
District of Maryland
United States Courthouse
6500 Cherrywood Lane
Greenbelt, MD 20770-0000

Felicia Cannon
UNITED STATES DISTRICT COURT
District of Maryland
United States Courthouse
6500 Cherrywood Lane
Room 200
Greenbelt, MD 20770-0000


No. 07-4115,  US v. LaVon Dobie
              8:04-cr-00235-RWT

Dear Counsel and Tracy Dunlap,

   The deadline for filing all transcripts ordered from Tracy Dunlap has been updated to 11/10/08.


                              Sincerely,

                              Sharon A. Wiley
                              Deputy Clerk