************************************
## CERTIFICATION OF FILING OF TRANSCRIPT
************************************

No. 07-4115  _United States_ v. _LaVon Dobie, et al_

Dist. Ct. No. 04-0235 RWT

**FILED**

NOV 1 3 2008

US Court of Appeals
4th Circuit

Please check which proceedings were filed and provide the hearing date:

| PROCEEDING | HEARING DATES |
|---|---|
| ___ Voir Dire | |
| ___ Opening Statement (Plaintiff) | |
| ___ Opening Statement (Defendant) | |
| ___ Closing Argument (Plaintiff) | |
| ___ Closing Argument (Defendant) | |
| ___ Opinion of Court | |
| ___ Jury Instructions | |
| ___ Sentencing | |
| ___ Bail Hearing | |
| ___ Pre-Trial Proceedings (specify) | |
| ✓ Testimony (specify) | 7-11-06 - 7-12-06 |
| ✓ Other – motions | 11-21-06 |

Please check one of the following:

I hereby certify that

[✓] The transcript was timely filed on  9-26-08
[ ] A fee reduction sanction of ____ percent of the total cost of the transcript was taken.

_Sharon O'Neill_
Court Reporter

Address: U.S. District Court
6500 Cherrywood Lane - Rm 200
Greenbelt, MD 20770

Please submit this form upon **COMPLETION AND FILING** of the transcript to the following address:

U.S. COURT OF APPEALS FOR THE FOURTH CIRCUIT
Lewis F. Powell, Jr. United States Courthouse Annex
1100 East Main Street, Suite 501
Richmond, VA 23219-3517

rptT0057MonthlyPendingAppellateTS(TPending)                               Run Date: 10/21/2008

# Monthly Pending Appellate Transcripts

**Court Reporter:** Sharon Mech-O'Neill
**Court District:** Maryland
**Court Coordinator:** Kathy Chiarizia, Nadine Mercer, Stephanie Savoy
**District Court Clerk:** Felicia Cannon

| DOCKET NO.: 08-4647 | US v. Israel Ramos-Cruz | | |
|---|---|---|---|
| DISTRICT COURT NUMBER: 8:05-cr-00393-DKC-1 | | | 12/6/08 |
| DEADLINE: Transcript Due | | ORDERED: 07/17/2008 | DUE: ~~10/21/2008~~ |

| DOCKET NO.: 07-4062 | US v. Lanora N. Ali | | |
|---|---|---|---|
| DISTRICT COURT NUMBER: 8:04-cr-00235-RWT | | | filed 9-26-08 |
| DEADLINE: Transcript Due | | ORDERED: 09/19/2008 | DUE: 10/27/2008 |

| DOCKET NO.: 07-4080 | US v. Derrek L. Bynum | | |
|---|---|---|---|
| DISTRICT COURT NUMBER: 8:04-cr-00235-RWT | | | filed 9-26-08 |
| DEADLINE: Transcript Due | | ORDERED: 09/19/2008 | DUE: 10/27/2008 |

| DOCKET NO.: 07-4115 | US v. LaVon Dobie | | |
|---|---|---|---|
| DISTRICT COURT NUMBER: 8:04-cr-00235-RWT | | | filed 9-26-08 |
| DEADLINE: Transcript Due | | ORDERED: 09/19/2008 | DUE: 10/27/2008 |

| DOCKET NO.: 07-4060 | US v. Paulette Martin | | |
|---|---|---|---|
| DISTRICT COURT NUMBER: 8:04-cr-00235-RWT | | | filed 9-26-08 |
| DEADLINE: Transcript Due | | ORDERED: 09/19/2008 | DUE: 10/27/2008 |

| DOCKET NO.: 07-4059 | US v. Learley R. Goodwin | | |
|---|---|---|---|
| DISTRICT COURT NUMBER: 8:04-cr-00235-RWT | | | filed 9-26-08 |
| DEADLINE: Transcript Due | | ORDERED: 09/19/2008 | DUE: 10/27/2008 |

| DOCKET NO.: 07-4063 | US v. Reece C. Whiting | | |
|---|---|---|---|
| DISTRICT COURT NUMBER: 8:04-cr-00235-RWT | | | filed 9-26-08 |
| DEADLINE: Transcript Due | | ORDERED: 09/19/2008 | DUE: 10/27/2008 |

| DOCKET NO.: 07-4059 | US v. Learley R. Goodwin | | |
|---|---|---|---|
| DISTRICT COURT NUMBER: 8:04-cr-00235-RWT | | | filed 9-26-08 |
| DEADLINE: Transcript Due | | ORDERED: 09/24/2008 | DUE: 10/31/2008 |

| DOCKET NO.: 07-4063 | US v. Reece C. Whiting | | |
|---|---|---|---|
| DISTRICT COURT NUMBER: 8:04-cr-00235-RWT | | | filed 9-26-08 |
| DEADLINE: Transcript Due | | ORDERED: 09/24/2008 | DUE: 10/31/2008 |

| DOCKET NO.: 07-4115 | US v. LaVon Dobie | | |
|---|---|---|---|
| DISTRICT COURT NUMBER: 8:04-cr-00235-RWT | | | filed 9-26-08 |
| DEADLINE: Transcript Due | | ORDERED: 09/24/2008 | DUE: 10/31/2008 |

| DOCKET NO.: 07-4060 | US v. Paulette Martin | | |
|---|---|---|---|
| DISTRICT COURT NUMBER: 8:04-cr-00235-RWT | | | *filed 9-26-08* |
| DEADLINE: Transcript Due | | ORDERED: 09/24/2008 | DUE: 10/31/2008 |
| DOCKET NO.: 07-4062 | US v. Lanora N. Ali | | |
| DISTRICT COURT NUMBER: 8:04-cr-00235-RWT | | | *filed 9-26-08* |
| DEADLINE: Transcript Due | | ORDERED: 09/24/2008 | DUE: 10/31/2008 |
| DOCKET NO.: 07-4080 | US v. Derrek L. Bynum | | |
| DISTRICT COURT NUMBER: 8:04-cr-00235-RWT | | | *filed 9-26-08* |
| DEADLINE: Transcript Due | | ORDERED: 09/24/2008 | DUE: 10/31/2008 |
| DOCKET NO.: 08-4813 | US v. Dessie Nelson | | |
| DISTRICT COURT NUMBER: 8:07-cr-00451-DKC-1 | | | |
| DEADLINE: Transcript Due | | ORDERED: 10/16/2008 | DUE: 11/24/2008 |
| DOCKET NO.: 08-4911 | US v. Patricia Omondi | | |
| DISTRICT COURT NUMBER: 8:07-cr-00197-DKC-1 | | | |
| DEADLINE: Transcript Due | | ORDERED: 10/20/2008 | DUE: 12/19/2008 |