UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

Fourth Circuit No. 07-4059     District Court No. RWT-04-0234

Style of Case: US v Learley Goodwin, et al.

REQUEST FOR EXTENSION OF TIME AND WAIVER OF
APPLICABLE FEE REDUCTION SANCTION

I request an extension of time and waiver of applicable fee reduction sanctions until 11/17/08 for the filing of the transcript which is due on 12/01/08. As of this date, approximately 600 pages have been completed and 340 pages are yet to be transcribed.

JUSTIFICATION IS AS FOLLOWS:

A. Outstanding District Court transcripts ordered within 90 days of this request. Any pending appellate transcripts will be taken into consideration in deciding this request.
08-5078 US v Perez; 08-4486 US v Rendelman
08-1262 Fuerth v Winarsky; 08-2058 Collis v Bank of America

B. In-Court Time: (give total days/hours by month)
Oct 20 days/ approx 80 hours; Nov 7 days/35 approx hours

C. Travel: (give hours spent traveling to and from Court by month)
Oct 40 hours (approx 1 hour each way); Nov 14 hours (approx 1 hour each way)

D. Other: (please provide any other information you would like the Court to consider when reviewing your request. Please be aware that this information will be posted on the public docket.)

The scopist who was working on this job has taken ill (bulging discs in her neck) and has told me she cannot finish the proceedings in this matter. I was also on vacation from Nov 6 - 12; as well, I was sick with a stomach virus from 11/14-16 and unable to accomplish anything more than is stated above. Thank you for your consideration.

Date: 8/28/2008         Name: /s/ Tracy R. Dunlap