FILED: November 17, 2008

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 07-4059 (L)
(8:04-cr-00235-RWT)

_____

UNITED STATES OF AMERICA,

        Plaintiff - Appellee

v.

LEARLEY REED GOODWIN, a/k/a Goodie, a/k/a Lonnie Ross,

        Defendant - Appellant

_____

O R D E R

_____

The deadline for filing of transcript by Tracy Dunlap is extended to 12/01/2008.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk