

Gloria Williams/MDD/04/USCOURTS
11/14/2008 02:31 PM

To  Sharon Wiley/CA04/04/USCOURTS@USCOURTS
cc
bcc
Subject  Re: 8:04-cr-00235-RWT, US v. Learley R. Goodwin

Sharon:

The transcript of June 22, 2006, was incorrectly docketed by the docket clerk. The docket clerk mistakenly typed in "June 1, 2006" as the date of the transcript instead of "June 22, 2006." That docket entry, No. 1127, has been corrected and it now reflects the three transcripts which I filed on May 2, 2007, which were transcripts of June 22, 2006, August 1, 2006, and August 29, 2006.

Gloria I. Williams
Official Court Reporter
United States District Court
Greenbelt, Maryland 20770
301-344-3228



**Sharon Wiley/CA04/04/USCOURTS**
11/13/2008 04:40 PM

To Gloria Williams/MDD/04/USCOURTS@USCOURTS
cc
bcc
Subject  8:04-cr-00235-RWT, US v. Learley R. Goodwin

Gloria,

I received an email about the certificate of filing the transcript, but I don't see the transcript of the testimony of 6/22/06 filed on the d/ct docket sheet. Has that transcript been filed?

Thanks,

Sharon Wiley
(804) 916-2704

 4cca-Transcripts/CA04/04/US COURTS
Sent by: Carla Allison

11/04/2008 09:26 AM

To  Sharon Wiley/CA04/04/USCOURTS@USCOURTS
cc
bcc
Subject  Re: Fw: Certificate of Filing of Transcripts 07-4059

---

Carla A. Allison
Transcript Coordinator
4th Circuit Court of Appeals
(804) 916-2718
Cheryl Williamson/CA04/04/USCOURTS

 Cheryl Williamson/CA04/04/USCOURTS

11/03/2008 10:41 AM

To  4cca-Transcripts/CA04/04/USCOURTS@USCOURTS
cc
Subject  Fw: Certificate of Filing of Transcripts

Cheryl M. Williamson
Personnel & Procurement Assistant
U. S. Court of Appeals for the Fourth Circuit
(804) 916-2722
Cheryl_Williamson@ca4.uscourts.gov
----- Forwarded by Cheryl Williamson/CA04/04/USCOURTS on 11/03/2008 10:41 AM -----

 Gloria Williams/MDD/04/USCOURTS

11/03/2008 10:28 AM

To  4CCA-Clerk/CA04/04/USCOURTS@USCOURTS
cc
Subject  Certificate of Filing of Transcripts

```
07-4115  US  v.  LaVon Dobie
07-4059  US  v.  Learley R. Goodwin
07-4062  US  v.  Lanora N. Ali
07-4060  US  v.  Paulette Martin
07-4080  US  v.  Derrek L. Bynum
07-4063  US  v.  Reece C. Whiting


Gloria I. Williams
Official Court Reporter
United States District Court
Greenbelt, Maryland 20770
301-344-3228
```