\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
**CERTIFICATION OF FILING OF TRANSCRIPT**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

_United States_ v. _Lata Dotu et al_    Reece Whiting

No. 07-~~4115~~ 4063

Dist. Ct. No. 04-0235 RWT

Please check which proceedings were filed and provide the hearing date:

| | PROCEEDING | HEARING DATES |
|---|---|---|
| ___ | Voir Dire | |
| ___ | Opening Statement (Plaintiff) | |
| ___ | Opening Statement (Defendant) | |
| ___ | Closing Argument (Plaintiff) | |
| ___ | Closing Argument (Defendant) | |
| ___ | Opinion of Court | |
| ___ | Jury Instructions | |
| ___ | Sentencing | |
| ___ | Bail Hearing | |
| ___ | Pre-Trial Proceedings (specify) | |
| ✓ | Testimony (specify) | 7-11-06 – 7-12-06 |
| ✓ | Other – _motions_ | 11-21-06 |

Please check one of the following:

I hereby certify that

[✓] The transcript was timely filed on _9-26-08_
[ ] A fee reduction sanction of ___ percent of the total cost of the transcript was taken.

_Sharon O'Neill_
Court Reporter

Address: U.S. District Court
6500 Cherrywood Lane – Rm 200
Greenbelt, MD 20770

Please submit this form upon **COMPLETION AND FILING** of the transcript to the following address:

U.S. COURT OF APPEALS FOR THE FOURTH CIRCUIT
Lewis F. Powell, Jr. United States Courthouse Annex
1100 East Main Street, Suite 501
Richmond, VA 23219-3517

*********************************************
CERTIFICATION OF FILING OF TRANSCRIPT   *Paulette Martin*
*********************************************

*United States* v. ~~*LaVon Dobie et al*~~

No. 07- ~~4454~~ 4060

Dist. Ct. No. 04-0235 RWT

Please check which proceedings were filed and provide the hearing date:

| | PROCEEDING | HEARING DATES |
|---|---|---|
| ___ | Voir Dire | |
| ___ | Opening Statement (Plaintiff) | |
| ___ | Opening Statement (Defendant) | |
| ___ | Closing Argument (Plaintiff) | |
| ___ | Closing Argument (Defendant) | |
| ___ | Opinion of Court | |
| ___ | Jury Instructions | |
| ___ | Sentencing | |
| ___ | Bail Hearing | |
| ___ | Pre-Trial Proceedings (specify) | |
| ✓ | Testimony (specify) | 7-11-06 – 7-12-06 |
| ✓ | Other – motion | 11-21-06 |

**Please check one of the following:**

I hereby certify that

[✓]  The transcript was timely filed on  9-26-08 .
[ ]  A fee reduction sanction of ____ percent of the total cost of the transcript was taken.

*Sharon O'Neil*
Court Reporter

Address: U.S. District Court
6500 Cherrywood Lane – Rm 200
Greenbelt, MD 20770

Please submit this form upon **COMPLETION AND FILING** of the transcript to the following address:

U.S. COURT OF APPEALS FOR THE FOURTH CIRCUIT
Lewis F. Powell, Jr. United States Courthouse Annex
1100 East Main Street, Suite 501
Richmond, VA 23219-3517

****************************************
**CERTIFICATION OF FILING OF TRANSCRIPT**
****************************************

_United States_ v. ~~La~~ _Learley Goodwin_

No. 07- ~~4115~~ 4059

Dist. Ct. No. 04-0235 RWT

Please check which proceedings were filed and provide the hearing date:

| | PROCEEDING | HEARING DATES |
|---|---|---|
| ___ | Voir Dire | |
| ___ | Opening Statement (Plaintiff) | |
| ___ | Opening Statement (Defendant) | |
| ___ | Closing Argument (Plaintiff) | |
| ___ | Closing Argument (Defendant) | |
| ___ | Opinion of Court | |
| ___ | Jury Instructions | |
| ___ | Sentencing | |
| ___ | Bail Hearing | |
| ___ | Pre-Trial Proceedings (specify) | |
| ✓ | Testimony (specify) | 7-11-06 – 7-12-06 |
| ✓ | Other – _motions_ | 11-21-06 |

Please check one of the following:

I hereby certify that

[✓] The transcript was timely filed on  9-26-08
[ ] A fee reduction sanction of ____ percent of the total cost of the transcript was taken.

_Sharon O'Neill_
Court Reporter

Address: U.S. District Court
6500 Cherrywood Lane - Rm 200
Greenbelt, MD 20770

Please submit this form upon **COMPLETION AND FILING** of the transcript to the following address:

U.S. COURT OF APPEALS FOR THE FOURTH CIRCUIT
Lewis F. Powell, Jr. United States Courthouse Annex
1100 East Main Street, Suite 501
Richmond, VA 23219-3517

***********************************************
**CERTIFICATION OF FILING OF TRANSCRIPT**
***********************************************

United States v. LaVon Dobie, et al
No. 07-4115

Dist. Ct. No. 04-0235 RWT

Please check which proceedings were filed and provide the hearing date:

| | PROCEEDING | HEARING DATES |
|---|---|---|
| ____ | Voir Dire | |
| ____ | Opening Statement (Plaintiff) | |
| ____ | Opening Statement (Defendant) | |
| ____ | Closing Argument (Plaintiff) | |
| ____ | Closing Argument (Defendant) | |
| ____ | Opinion of Court | |
| ____ | Jury Instructions | |
| ____ | Sentencing | |
| ____ | Bail Hearing | |
| ____ | Pre-Trial Proceedings (specify) | |
| ✓ | Testimony (specify) | 7-11-06 — 7-12-06 |
| ✓ | Other — motions | 11-21-06 |

Please check one of the following:

I hereby certify that

[✓] The transcript was timely filed on: 9-26-08
[ ] A fee reduction sanction of ____ percent of the total cost of the transcript was taken.

Sharon O'Neill
Court Reporter

Address: U.S. District Court
6500 Cherrywood Lane - Rm 200
Greenbelt, MD 20770

Please submit this form upon **COMPLETION AND FILING** of the transcript to the following address:

U.S. COURT OF APPEALS FOR THE FOURTH CIRCUIT
Lewis F. Powell, Jr. United States Courthouse Annex
1100 East Main Street, Suite 501
Richmond, VA 23219-3517

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
**CERTIFICATION OF FILING OF TRANSCRIPT**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

_United States_ v. _Lanora Ali et al_

No. 07-~~4115~~ 4062

Dist. Ct. No. 04-0235 RWT

Please check which proceedings were filed and provide the hearing date:

| PROCEEDING | HEARING DATES |
|---|---|
| ___ Voir Dire | |
| ___ Opening Statement (Plaintiff) | |
| ___ Opening Statement (Defendant) | |
| ___ Closing Argument (Plaintiff) | |
| ___ Closing Argument (Defendant) | |
| ___ Opinion of Court | |
| ___ Jury Instructions | |
| ___ Sentencing | |
| ___ Bail Hearing | |
| ___ Pre-Trial Proceedings (specify) | |
| ✓ Testimony (specify) | 7-11-06  7-12-06 |
| ✓ Other – motions | 11-21-06 |

Please check one of the following:

I hereby certify that

[✓] The transcript was timely filed on __9-26-08__.
[ ] A fee reduction sanction of ___ percent of the total cost of the transcript was taken.

_Sharon O'Neill_
Court Reporter

Address: U.S. District Court
6500 Cherrywood Lane – Rm 200
Greenbelt, MD 20770

Please submit this form upon **COMPLETION AND FILING** of the transcript to the following address:

U.S. COURT OF APPEALS FOR THE FOURTH CIRCUIT
Lewis F. Powell, Jr. United States Courthouse Annex
1100 East Main Street, Suite 501
Richmond, VA 23219-3517

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
**CERTIFICATION OF FILING OF TRANSCRIPT**    Derek L. Bynum
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

United States v. LaVan Hotie, et al

No. 07- ~~4115~~ 4080

Dist. Ct. No. 04-0235 RWT

Please check which proceedings were filed and provide the hearing date:

| | PROCEEDING | HEARING DATES |
|---|---|---|
| ___ | Voir Dire | |
| ___ | Opening Statement (Plaintiff) | |
| ___ | Opening Statement (Defendant) | |
| ___ | Closing Argument (Plaintiff) | |
| ___ | Closing Argument (Defendant) | |
| ___ | Opinion of Court | |
| ___ | Jury Instructions | |
| ___ | Sentencing | |
| ___ | Bail Hearing | |
| ___ | Pre-Trial Proceedings (specify) | |
| ✓ | Testimony (specify) | 7-11-06 — 7-12-06 |
| ✓ | Other — motions | 11-21-06 |

Please check one of the following:

I hereby certify that

[✓] The transcript was timely filed on __9-26-08__.
[ ] A fee reduction sanction of _____ percent of the total cost of the transcript was taken.

_Sharon O'Neill_
Court Reporter

Address: U.S. District Court
6500 Cherrywood Lane - Rm 200
Greenbelt, MD 20770

Please submit this form upon **COMPLETION AND FILING** of the transcript to the following address:

U.S. COURT OF APPEALS FOR THE FOURTH CIRCUIT
Lewis F. Powell, Jr. United States Courthouse Annex
1100 East Main Street, Suite 501
Richmond, VA 23219-3517