UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

Fourth Circuit No. _____        District Court No. _____

Style of Case:

REQUEST FOR EXTENSION OF TIME AND WAIVER OF
APPLICABLE FEE REDUCTION SANCTION

I request an extension of time and waiver of applicable fee reduction sanctions until _____ for the filing of the transcript which is due on _____. As of this date, approximately _____ pages have been completed and _____ pages are yet to be transcribed.

JUSTIFICATION IS AS FOLLOWS:

A.  Outstanding District Court transcripts ordered within 90 days of this request. Any pending appellate transcripts will be taken into consideration in deciding this request.

B.  In-Court Time: (give total days/hours by month)

C.  Travel: (give hours spent traveling to and from Court by month)

D.  Other: (please provide any other information you would like the Court to consider when reviewing your request. Please be aware that this information will be posted on the public docket.)

Date: _____        Name: _____