07-4115
SAW

In The United District Court
For the District of Maryland
<u>Southern Division</u>

United States of America
    v.
La'Von Dobie
    Defendant

Criminal No.: RWT-04-0235

FILED
JAN 2 9 2009
US Court of Appeals
4th Circuit

NOTICE OF APPEAL

Madam Clerk:

    Please enter an appeal to the United States Court of Appeals for the Fourth Circuit on behalf the Defendant, La'Von D. Parker-Dobie, from the judgements denying (1) The Motion for Reduction of Sentence due to the "Trial Courts error in calculating the defendant's criminal history score/alleging the defendant was on probation at the time of her arrest on June 1, 2004" relating to Criminal History Reduction 702.  (2) The District Courts ruling to deny the defendant legal representation for the Insurance Fraud Case (which was a part of the original indictment).  (3) The defendant appeals the courts ruling to deny, her right to Rescind Waiver for a speedy trial in the Insurance Fraud Case. (4) the Defendant appeals the court judgements that all matters are denied due to the Districts Courts "lack of jurisdiction" of the subject matter due to the defendants pending appeal.

                                            La'Von Dobie #38360-037
                                            SFF-J2103L
                                            P.O. Box 3000
                                            Bruceton Mills, WV  26525

Certificate of Service

    I hereby certify that on this 15th day of January, 2009 a copy of the forgoing Notice of Appeal by Defendant La'Von Dobie, was mailed to: Judge Titus, The Appeals Court (4th Circuit)/ filed Pro Se.

RECEIVED 2009 JAN 29 AM 9:55 U.S. COURT OF APPEALS FOURTH CIRCUIT

January 14, 2009

Dear Sir or Madam,

    I have tried to no avail to get representation in Maryland for the enclosed matters. I have filed numerous of motions seeking justice and I have conversed with Attorney DuBois, who is representing me oppose to Mr. McNamara, who states: he cannot represent me on the issues in Maryland. However, he was unsure why the District Court, <u>wouldn't</u> have jurisdiction over the "Insurance Fraud" case since its not a part of the Appeal nor have I went to trial on the matter.

    I'm appealing the motions "Denial" and Asking the Appeals to Court to make a ruling on the Insurance Fraud Case. I have enclosed all motions filed by the defendant (La'Von Dobie) and all replys the government have made. The government has failed to answer my My Motion to Rescind the Fast/Speedy Trial Waiver and to Stand Trial immediately for any charges. Oppose to waiting until the outcome of my pending appeal. Please find all relating documents and previously filed motions concerning these pertinent issues.

Respectfully,

*[signature]*

La'Von Dobie

La'Von Dobie 38360-037
SFF-HAZ J21032
P.O. Box 3000
Bruceton Mills, WV 26525