07-4080
SAW

Reg# 8P356-037 Derek L Bynum
Docket # RWT 0402.35
P.O. Box 1000 L.S.C.I Allenwood
White Deer, PA 17887

**FILED**
MAR 1 2 2009
US Court of Appeals
4th Circuit

To whom this may concern, I have been trying to contact my attorney to no avail since August 08. Please inform me of the status of my Appeal and/if the courts received any form of communication from my Attorney Timothy S. Mitchell, on my behalf, or does the record reflect any documentation whatsoever. Please inform me if I have been appointed new counsel without being notified.

Sincerely,

Derek Bynum

RECEIVED 2009 MAR 12 AM 9:52 U.S. COURT OF APPEALS FOURTH CIRCUIT

Duell L Cyrum Reg # 3P356-037 Reference #Oak RUT OK 0235
Canaan Community Correctional Institution Allenwood HARRISBURG PA 171
P.O. Box 1000
White Deer, PA 17887

United States Courts of Appeals 4th Circuit
501 U.S. Courthouse Annex
1100 E. Main Street
Richmond, VA 23219-3517

