RECEIVED
2009 JUN 18 AM 9:37
U.S. COURT OF APPEALS
FOURTH CIRCUIT

FILED
JUN 1 8 2009
US Court of Appeals
4th Circuit

6/13/09

United States Court of Appeals
To Court Clerk (Ms. Wiley)

Ms. Wiley,
 I pray this letter finds you well.
 My name is La'Von Dobie, I'm writing relating to case # CR-(RWT-04-0235) appeal # 07-4115. I have attempted to file numerous of motions pro se. The subject matters relating to the motions, I have tried to no avail, to file are: (1) Error in my Criminal History Calculation (due to me being given points for being on probation at the time of my arrest (court documentation clearly states I wasn't. (2) My Being Eligible for a Sentence Reduction due to 709 Crack Cocaine law of 5 grams or more (I was charged with 5 grams. (3) The District Court of Maryland holding an Insurance Case, until the outcome of my appeal and pursuing the case (if my appeal is favorable. I would like to start trial immediately and have my waiver to a speedy trial rescinded due to my being coerced/ it was apart of the same indictment and it deconsolidated with my objection.

I have spoken with my attorney Mr. Alan Dubois, whom was appointed by the Appeals Court and he has stated, ① He is unable to file anything on my behalf in Maryland ② He will check into the matters ③ He feels it would be best to leave the insurance matter alone at this time.

I'm seeking justice in this unjust matter, I would like to file motions pro se also. I have limited access or communication with Attorney Dubois. I can barely read the transcripts he forward to me due to them being reduced to save paper or money. I would like to know if all the transcripts have be submitted yet? I also want to file a motion relating to my due process rights being violating relating to the transcripts being delayed, not forwarded to the court of appeals. The Appeals Court has sanctioned transcriber Tracy Dunlop, on 8-17-08 they granted her another extension, in which she failed to meet the deadline given her numerous of times. A new deadline date was given (4-20-09) if this deadline date wasnt met, I would like the court to honor me the right to file a motion pro se in accordance with

federal Case laws: ① Court Reporters Act 28 U.S.C.S. (753), 906 F 2d at 1382) and additional cases I would use to support my argument.

Ms. Wiley,
  Please render your succor in this matter and acknowledge, receipt to this missive. Please forward me a copy of the updated docket, let me know if I need to file another motion to file supplemental briefs and to be able to file motions Pro Se, as well as resubmit all motions I previously tried to file.

  I look forward to hearing from you soon, while praying you will render your succor in this matter.

Respectfully
La'Von Dobie #38360-037
La'Von Dobie #38360-037
SFF-HAZ (JZ 103L)
P.O. Box 3000
Bruceton Mills, WV 26525

LaVon Dobie #38360-037
SFF-HAZ (JZ103L)
P.O. Box 3000
Bruceton Mills, WV
26525

CLARKSBURG WV 2653
15 JUN 2009 PM 3 T

United States Court of Appeals
c/o Ms. Wiley Clerks Office
501 U.S. Courthouse Annex
(1100 East Main St.)
Richmond, VA 23219-3517