6/13/09

FILED / LODGED / ENTERED / RECEIVED
JUN 18 2009
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
DEP.

United States District Court
c/o Dept. Clerk

My name is La'Von Dobie, I'm writing to have a copy of my trial/appeal docket sent to me. District Court # RWT 04-0235 and Appeals Court # 07-4115. Please include the documentation relating to court reporter Tracy Dunlap being sanctioned by the Appeals Court on 8/17/07. (The pacer records differ from docket information you provided P. Martin # Appeal 07-4060

Please forward me a copy of the complete docket relating to the above stated cases.

Respectfully

La'Von D. Dobie #38360-037
La'Von Dobie #38360-037
SFF-HAZ (J2-103L)
P.O. Box 3000
Bruceton Mills, WV
26525