**UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT**
LEWIS F. POWELL, JR. UNITED STATES COURTHOUSE ANNEX
1100 EAST MAIN STREET, SUITE 501
RICHMOND, VIRGINIA 23219-3517
WWW.CA4.USCOURTS.GOV

**PATRICIA S. CONNOR**  
   **CLERK**

**TELEPHONE**  
**(804) 916-2700**

June 19, 2009

La'Von D. Dobie
#38360-037
USP HAZELTON
U.S. PENITENTIARY
P.O. Box 2000
Bruceton Mills, WV  26525

      Re:    07-4115,  U.S. v. LaVon Dobie
                8:04-cr-00235-RWT

Dear Ms. Dobie:

      The Court is in receipt of your letters filed on June 18, and June 19, 2009.  This letter is to advise you that all of the transcripts in your case have now been filed and a briefing schedule has been set.  A copy of the general docket in your appeal is enclosed for your reference.

      If you wish to file a pro se brief in your appeal, you may do so by filing with the Court a motion for leave to file a pro se brief accompanied by the pro se brief.

                          Sincerely,

                          /s/ Mark J. Zanchelli
                          _____
                          Chief Deputy Clerk

MJZ:cp
Enclosure