```
                                         FILED:  June 24, 2009

              UNITED STATES COURT OF APPEALS
                 FOR THE FOURTH CIRCUIT

                   _____

                     No. 07-4059 (L)
                   (8:04-cr-00235-RWT)
                   _____
```

UNITED STATES OF AMERICA,

    Plaintiff - Appellee

v.

LEARLEY REED GOODWIN, a/k/a Goodie, a/k/a Lonnie Ross,

    Defendant - Appellant

```
                   _____

                        O R D E R
                   _____
```

The Court grants the motion to extend filing time and extends the briefing schedule as follows:

  Appendix due: September 21, 2009
  Opening Brief due: September 21, 2009
  Response Brief due: October 16, 2009

Reply brief permitted within 10 days of service of Response Brief.

          For the Court--By Direction

          /s/ Patricia S. Connor, Clerk