June 23, 2009

07-4060  SAW

SFF USP-Hazelton
P.O. Box 3000
Brueton Mills, W.Va. 26525

FILED
JUN 29 2009
US Court of Appeals
4th Circuit

RECEIVED
2009 JUN 29 AM 10:33
U.S. COURT OF APPEALS
FOURTH CIRCUIT

Dear Mr. Zanchelli,

I would like a print out of my Court of Appeals docket my appeals Number is 07-4060. My attorney doesn't notify me of any changes. I would like to know have my transcripts been received. May I please have permission to file a supplemental brief.

Thank you. I'll be looking for your response.

Yours truly,
Paulette Martin #38350-037
SFF-USP-Hazelton
P.O. Box 3000
Brueton Mills, W.Va. 26525

P.S. Could you please Identify who the #06-4391, #06-457, #06-4392 and #06-4527 and who is the prior case #05-4312

Paulette Martin #38350-037
SFF-USP-Hazelton
P.O. Box 3000
Princeton W.Va., W.Va. 26525

U.S. Court of Appeals 4th Circuit
To Mark J. Zanchelli, Chief Deputy Clerk
1100 East Main St. Suite 501
Richmond, Va.
23219-3517

CLARKSBURG WV 268
24 JUN 2009 PM 5 L