FILED: June 30, 2009

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 07-4060
(8:04-cr-00235-RWT)
_____

UNITED STATES OF AMERICA,

    Plaintiff - Appellee

v.

PAULETTE MARTIN, a/k/a Paulette Murphy, a/k/a Paulette Akuffo, a/k/a Paula Murphy, a/k/a Auntie,

    Defendant - Appellant

_____

O R D E R
_____

  The Court will not consider a motion to file a pro se supplemental brief unless the motion is accompanied by the proposed brief. The Court denies appellant's motion to file a pro se supplemental brief because the motion was not accompanied by the proposed brief.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk