```
                                         Filed: June 30, 2009
```

**UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT**
1100 East Main Street, Suite 501
Richmond, Virginia 23219-3517
www.ca4.uscourts.gov

_____

DOCUMENT TRANSMITTAL
_____

No. 07-4060, <u>US v. Paulette Martin</u>
8:04-cr-00235-RWT

TO: Paulette Martin

Receipt is acknowledged of your letter recently transmitted to the Court. The Court has entered an order denying the request for leave to file a pro se supplemental brief because the motion was not accompanied by the proposed brief. We have also forwarded the letter to your attorney, who will act in your behalf. All future correspondence, including motions, should be sent to your attorney.

Sharon A. Wiley
Deputy Clerk
804-916-2704