07-4115

6/23/09

**FILED**

JUL 0 6 2009

U.S. Court of Appeals
Fourth Circuit

Mr. Zarchelli,

Can you please inform me of the following case numbers and the defendants they relate to, since they were stated on the General Docket I received from you today.

① 06-4391
\* 06-4392
\* 06-4527\*
05-4312

I'm unaware of these defendants or how they connect with my case. I have never seen these numbers or any relating documents previously.

Your succor in this matter is needed just as appreciated.

Respectfully
La'Von D__ #38360-037
LA'VON DOBIE #38360037

# General Docket
## United States Court of Appeals for the Fourth Circuit

| | |
|---|---|
| **Court of Appeals Docket #:** 07-4115<br>US v. LaVon Dobie<br>**Appeal From:** United States District Court for the District of Maryland at Greenbelt<br>**Fee Status:** cja | **Docketed:** 01/25/2007 |

**Case Type Information:**
  1) Criminal
  2) Criminal – Conviction
  3) null

**Originating Court Information:**
  **District:** 0416-8 : 8:04-cr-00235-RWT
  **Court Reporter:** Kathy Chiarizia, Court Reporter Coordinator
  **Court Reporter:** Tracy Dunlap, Official Court Reporter
  **Court Reporter:** Sharon O'Neill, Official Court Reporter
  **Court Reporter:** Gloria Williams, Official Court Reporter
  **Presiding Judge:** Roger W. Titus, U. S. District Court Judge
  **Date Filed:** 05/05/2004
  **Date Order/Judgment EOD:**                           **Date NOA Filed:**
  01/08/2007                                             01/08/2007

**Prior Cases:**
  05-4312
  **Date Filed:** 03/24/2005   **Date Disposed:** 07/27/2005   **Disposition:** order

**Current Cases:**

| | Lead | Member | Start | End |
|---|---|---|---|---|
| Consolidated | 06-4391 | 06-4392 | 01/31/2007 | |
| | 06-4391 | 06-4527 | 01/31/2007 | |
| | 07-4059 | 07-4060 | 01/31/2007 | |
| | 07-4059 | 07-4062 | 01/31/2007 | |
| | 07-4059 | 07-4063 | 01/31/2007 | |
| | 07-4059 | 07-4080 | 01/31/2007 | |
| | 07-4059 | 07-4115 | 01/31/2007 | |
| Related | 06-4391 | 07-4059 | 01/31/2007 | |

38360-037
LA VON D DOBIE
SFF -HAZ J2 103 L
P.o.bx 3000
Bruceton Mills, WV - 26525
United States

CLARKSBURG WV 263
24 JUN 2009 PM 3 L

United States Court of Appeals
4th Circuit
C/o Mr. Mark J. Zanchelli (Chief Deputy Clerk)
1100 East Main Street, ste 501