Pg. 1 of 2    07-4115

6/23/09

FILED
JUL 0 6 2009
U.S. Court of Appeals
Fourth Circuit

Attorney Dubois / McNamara

Both I pray this letter finds you doing well!

I'm writing to inform you, under NO circumstances am I seeking to represent myself on the appeal. I very much need and desire your succor and zealous representation on appeal # 07-4115/CR-0235 RWT

I mistakenly asked to file a brief Pro Se, in which I would like to file a supplemental brief in addition to the brief you will file on my behalf. I have informed you of my desire to file a supplemental brief previously and you stated I had to seek the court's permission. The purpose of this letter is to re-iterate my desire for time to prepare my brief and render me a zealous defense. If you need any additional info, progress reports/etc. Please contact Mr. West, my case manager at (304) 379-5500 or Ms. Susan Folks, the Administrator

I'm also notifying the Appeals Court of my mistake and of the fact I'm only seeking to file a supplemental motion not to have you removed from my case.

Previously you stated when the appeal briefing order was set, you wanted a copy of my certificates, progress reports etc. Now that the briefing order is due on 7/22/09 and a response brief due on 8/17/09 please let me know all that you need. Please include the error of my criminal history calculation and the conviction over 10 years old which was calculated as well.

Please acknowledge reciept of this missive and forward me a list of all things you need from me. Please try to contact Mr. Nest or Ms. Folks, so we can discuss the brief you're filing on my behalf. I will make every attempt possible to get a call to you, starting on 6/24/09

Respectfully

La'Von Dobie #38360-037
LA'VON DOBIE #38360-037
SFF-HAZ (J2103L)
P.O. BOX 3000
Bruceton Mills, WV 26525

38360-037
LAVON D DOBIE
SFF -HAZ J2 103 L
P.o.bx 3000
Bruceton Mills, WV - 26525
United States

CLARKSBURG WV 263
24 JUN 2009 PM 3 L

United States Court of Appeals
4th Circuit
C/o Mr. Mark J. Bracheli (Chief Deputy Clerk)
1100 East Main Street, ste 501
Richmond, V.A.