FILED
JUL 0 6 2009
U.S. Court of Appeals
Fourth Circuit

Pg. 1 of 2

6/23/09

United States Court of Appeals
c/o Chief Deputy Clerk: Mr. Mark J. Zanchelli

RECEIVED
2009 JUL -6 AM 10: 05
U.S. COURT OF APPEALS
FOURTH CIRCUIT

Dear Sir,

Thank you for acknowledging receipt of missive, questing your succor and forwarding me a copy of the court docket; relating to my case 07-4115.

I apologize for the mistake I made by stating I wished to file a Pro Se brief. I would like the courts permission to file a _supplemental_ brief in addition to the brief Attorney Dubois / McNamara will file on my behalf relating to case # 04-0235 and appeal # 07-4115. Under no circumstances am I asking to represent myself in this matter. I desire to only file a _supplemental_ brief due to the lack of communication between my attorney and I, the length of the trail and the excessive amount of transcripts. I feel since I'm unable to go over all the material with my attorney or speak with him often

or at great length via the telephone to discuss pertinent facts/issues concerning my trial that are crucial to proving my innocence and the violations of my rights and law.

Please inform me, if I'm legally able to file a "Supplemental Brief" and if so, when is it due. I informed my Attorney verbally and in written, months ago of my desire to file a Supplemental brief. He stated I had to seek permission from the Courts. Please consider this a motion to file a Supplemental brief, in spite of its informal nature.

Respectfully,

La'Von Dobie #38360-037

La'Von D. Dobie #38360-037
SFF-HAZ (J2103L)
P.O. Box 3000
Bruceton Mills, WV 26525

38360-037
LA VON D DOBIE
SFF -HAZ J2 103 L
P.o.bx 3000
Bruceton Mills, WV - 26525
United States

CLARKSBURG WV 263
21 JUN 2009 PM 3 L

United States Court of Appeals
4th Circuit
C/o Mr. Mark J. Brochelli (Chief Deputy Clerk)
1100 East Main Street, ste 501