FILED: July 6, 2009

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 07-4115
(8:04-cr-00235-RWT)

_____

UNITED STATES OF AMERICA,

        Plaintiff - Appellee

v.

LAVON DOBIE, a/k/a Becky Parker, a/k/a Theresa Waller, a/k/a Dobie Parker,

        Defendant - Appellant

_____

O R D E R

_____

The Court will not consider a motion to file a pro se supplemental brief unless the motion is accompanied by the proposed brief. The Court denies appellant's motion to file a pro se supplemental brief because the motion was not accompanied by the proposed brief.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk