FILED: September 11, 2009

```
         UNITED STATES COURT OF APPEALS
             FOR THE FOURTH CIRCUIT
```

_____

No. 07-4059 (L)
(8:04-cr-00235-RWT)

_____

UNITED STATES OF AMERICA,

        Plaintiff - Appellee

v.

LEARLEY REED GOODWIN, a/k/a Goodie, a/k/a Lonnie Ross,

        Defendant - Appellant

_____

O R D E R

_____

The Court grants the motion to extend filing time and extends the briefing schedule as follows:

    Appendix due: December 21, 2009

    Opening Brief due: December 21, 2009

    Response Brief due: January 11, 2010.

Any Reply brief: 10 days from service of Response Brief.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk