07-4115
SAW

Oct. 6, 2009

Appeals Court
c/o Court Clerk

FILED
OCT 13 2009
US Court of Appeals
4th Circuit

2009 OCT 13 AM 9:56 RECEIVED
U.S. COURT OF APPEALS
FOURTH CIRCUIT

Dear Sir or Madam

My name is La'Von D. Dobie #38360-037, I'm writing to inquire about the status of my appeal Case # 04-0235 (07-4115). I have tried to no avail to reach my attorney via written form as well as phone calls.

Can you please inform me if the brief was submitted, if its past the deadline for a response brief. I would also like a copy of the docket as well as the brief filed by Attorney DuBois or Attorney McNamara. I'm eager to resolve this matter and pray justice will be rendered. I re-iterate that I object to any postponements or further delays, due to my constitutional rights being violated. Due to the delay in transcripts being provided I feel my "Due Process Rights" were violated and my inability to prepare appropriately for my appeal and redacted transcripts have caused me grave harm while being confined.

Please acknowledge receipt of this quest for knowledge and succor in this matter! Your assistance is needed as continuously appreciated!

Respectfully
La'Von D. Dobie #38360-037

La'Von Dobie #38360-037
(SFF-HAZ) J2 103L
P.O. Box 3000
Bruceton Mills, WV 26525

38360-037
LA VON D DOBIE
SFF -HAZ J2 103 L
P.o.bx 3000
Bruceton Mills, WV - 26525
United States

\* Legal Mail \*

Court of Appeals (4th Circuit)
c/o Court Clerk
501 U.S. Courthouse Annex
1100 East Main Street
Richmond, Virginia 23219
23213+2112

CLARKSBURG WV 265
08 OCT 2009 PM 2 T