IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

|  |  |
|---|---|
| UNITED STATES OF AMERICA | \* |
|  | \* |
| v. | No. 07-4059 (L) |
|  | \* |
| PAULETTE MARTIN, et al. | \* |

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

**JOINT MOTION TO EXTEND TIME FOR BRIEFING**

  Comes now Appellant herein, Paulette Martin, by and through her counsel, Michael D. Montemarano, Esq., and Michael D. Montemarano, P.A., as appointed counsel pursuant to the CJA, and as lead appellate counsel for the five other Appellants herein, and does move for the extension of the time for the briefing of this matter, and in support thereof does state:

  1. The Joint Brief of Appellants is due on December 21, 2009, per the current briefing order.

  2. Appellants reassert, as if fully set forth herein, their request that the time for briefing be extended, and the due date of the Joint Brief of Appellants and Joint Appendix be rescheduled to no earlier than March 23, 2010, as embodied in the *Joint Motion to Extend Time for Briefing*, and attached exhibit, as previously filed herein on September 10, 2009 (Docket No. 191).

  3. Counsel for Appellant Lavon Dobie, has provided an additional status letter to undersigned lead appellate counsel, and his current circumstances are described fully in his recent letter to lead counsel, attached hereto as an exhibit.

  4 Counsel for Appellant notes again that counsel for Appellee, Assistant United States Attorney Deborah Johnston, previously has stated that she does not object to the grant of the

requested relief.

                                      Respectfully submitted,

                                      /s/
                                MICHAEL D. MONTEMARANO

                                Michael D. Montemarano, P.A.
                                5695 Main Street, Suite 201
                                Elkridge, Maryland 21075-5016
                                (410) 379-0067/Fax 540-9950
                                Counsel of Record/CJA Counsel
                                      For Appellant

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on or before this 11th day of December, 2009, a copy of the foregoing *Joint Motion to Extend Time for Briefing* was filed via CM-ECF, and served via direct email, to Deborah Johnston, Esq., Assistant United States Attorney, 400 US Courthouse, 6500 Cherrywood Lane, Greenbelt, MD 20770.

                                    /s/
                                MICHAEL D. MONTEMARANO