FILED: December 9, 2009

```
            UNITED STATES COURT OF APPEALS
                FOR THE FOURTH CIRCUIT
```

_____

No. 07-4059 (L)
(8:04-cr-00235-RWT)

_____

UNITED STATES OF AMERICA,

        Plaintiff - Appellee

v.

LEARLEY REED GOODWIN, a/k/a Goodie, a/k/a Lonnie Ross,

        Defendant - Appellant

_____

O R D E R

_____

The Court grants the motion to extend filing time and extends the briefing schedule as follows:

Appendix due: March 23, 2010

Opening Brief due: March 23, 2010

Response Brief due: April 12, 2010

Any Reply brief: 10 days from service of Response Brief.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk