Dec. 28th, 2009
SFF - Hazelton
P.O. Box 3000
Bruceton Mills, W.Va. 26525

To whom it may concern:

My briefs for my appeal was due in on December 21st, thus far I have not heard from my attorney. Could you please submit me a copy of my briefs. I'm anxiously awaiting your response. Thank you and have a Prosperous New Year.

Yours Truly,
Paulette Martin

RECEIVED
2010 JAN -4 AM 10:06
FOURTH CIRCUIT