Filed: January 4, 2010

**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**
1100 East Main Street, Suite 501
Richmond, Virginia 23219-3517
www.ca4.uscourts.gov

_____

DOCUMENT TRANSMITTAL

_____

No. 07-4060, <u>US v. Paulette Martin</u>
8:04-cr-00235-RWT

TO: Paulette Martin

Receipt is acknowledged of the documents recently transmitted to the Court. We have forwarded these documents to your attorney, who will act in your behalf. All future correspondence, including motions, should be sent to your attorney.

Deborah S. Daniel
Deputy Clerk
804-916-2704