IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

|  | * |  |
|---|---|---|
| UNITED STATES OF AMERICA | | |
| | * | |
| v. | | No. 07-4059 (L) |
| | * | |
| PAULETTE MARTIN, et al. | | |
| | * | |

\*      \*      \*      \*      \*      \*      \*      \*      \*      \*      \*      \*      \*

## MOTION TO EXTEND TIME FOR BRIEFING

Comes now Appellant herein, Paulette Martin, by and through her counsel, Michael D. Montemarano, Esq., and Michael D. Montemarano, P.A., as appointed counsel pursuant to the CJA, and as lead appellate counsel for the five other Appellants herein, and does move for the extension of the time for the briefing of this matter, and in support thereof does state:

1.      The Joint Brief of Appellants is due on March 23, 2010, per the current briefing order.

2.      Counsel for Appellants continue to catch up from the over week-long closure of their respective offices, and the local U.S. Courthouses and U.S. Attorney's Office, due to the recent snowstorm.   As a result, counsel for Appellants have not yet completed assembling their JA cites and coordinating issues, as the time allocated for this has been consumed with their again becoming current with other time-sensitive obligations in their practices.   Four of the six counsel for Appellants, are sole practitioners, and one is in a two person firm.

.      3.      Counsel for Appellant therefore requests that the time for briefing be extended, and the due date of the Joint Brief of Appellants be rescheduled to no earlier than April 9, 2010.

4.      Counsel for Appellant is authorized to state that counsel for Appellee, Assistant

United States Attorney Deborah Johnston, consents to the grant of the requested relief.

Respectfully submitted,


_____/s/_____
MICHAEL D. MONTEMARANO

Michael D. Montemarano, P.A.
5695 Main Street, Suite 201
Elkridge, Maryland  21075-5016
(410) 379-0067/Fax 540-9950
Counsel of Record/CJA Counsel
        For Appellant


**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on or before this 4th day of March, 2010, a copy of the foregoing *Motion to Extend Time for Briefing* was filed via CM-ECF, and served via direct email, on Deborah Johnston, Assistant United States Attorney, 400 US Courthouse, 6500 Cherrywood Lane, Greenbelt, MD 20770, counsel for Appellee.


_____/s/_____
MICHAEL D. MONTEMARANO