```
                                           FILED: March 4, 2010

               UNITED STATES COURT OF APPEALS
                  FOR THE FOURTH CIRCUIT
                  _____

                     No. 07-4059 (L)
                   (8:04-cr-00235-RWT)
                  _____
```

UNITED STATES OF AMERICA,

        Plaintiff - Appellee

v.

LEARLEY REED GOODWIN, a/k/a Goodie, a/k/a Lonnie Ross,

        Defendant - Appellant

```
                  _____

                       O R D E R
                  _____
```

The Court grants the motion to extend filing time and extends the briefing schedule as follows:

Appendix due: April 9, 2010

Opening Brief due: April 9, 2010

Response Brief due: April 29, 2010

Any Reply brief: 10 days from service of Response Brief.

        For the Court--By Direction

        /s/ Patricia S. Connor, Clerk