**UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT**
LEWIS F. POWELL, JR. UNITED STATES COURTHOUSE ANNEX
1100 EAST MAIN STREET, SUITE 501
RICHMOND, VIRGINIA 23219-3517
WWW.CA4.USCOURTS.GOV

**PATRICIA S. CONNOR**　　　　　　　　　　　　　　　　　　　　　　　　**TELEPHONE**
　　**CLERK**　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**(804) 916-2700**

March 16, 2010

Michael Daniel Montemarano, Esquire
Michael D. Montemarano, PA
5695 Main Street, Suite 201
Elkridge, Maryland   21075-5016

　　　　Re:　　07-4060,  United States v. Paulette Martin
　　　　　　　　8:04-cr-00235-RWT

Dear Mr. Montemarano:

　　　　This letter is to follow up to Ms. Henry's letter to you, dated November 25, 2009, advising you of the cost for copies of transcripts, and your client's letter to the Court, dated March 8, 2010, advising the Court that she has not yet received from you her transcripts.  Copies of both letters are enclosed.

　　　　We trust that you will take the necessary steps to provide your client with the documents she is entitled to receive.

　　　　　　　　　　　　　　　　　　　　　　　　　　Sincerely,

　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Mark J. Zanchelli
　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　Chief Deputy Clerk

MJZ:cwe
Enclosures

cc:　　Ms. Paulette Martin