March 8, 2010

Judith B. Henry, Counsel to the Clerk
U.S. Court of Appeals, 4th Circuit
Lewis F. Powell, Jr.
U.S. Court House Annex
1100 East Main Street
Suite 501
Richmond, Virginia 23219-3517

**FILED**
MAR 1 2 2010
US Court of Appeals
4th Circuit

Re: 07-4060 US v Paulette Martin
8:04 CR 00235RWT

Dear Atty. Henry:

Please find enclosed a copy of a letter you sent Atty. M. Montemarano of 5695 Main Street, Elkridge, Md. I am Paulette Martin of the above referenced matter.

As of today, 3-8-2010 I have not received as much as a letter from Atty. Montemarano let alone my transcripts.

Would you please help me to get them? I am a federal prisoner, Paulette Martin #38350-037, P.O. Box 3000, Bruceton Mills, WV. 26525.

Thank You,

Paulette Martin

**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**
LEWIS F. POWELL, JR. UNITED STATES COURTHOUSE ANNEX
1100 EAST MAIN STREET, SUITE 501
RICHMOND, VIRGINIA 23219-3517
WWW.CA4.USCOURTS.GOV

PATRICIA S. CONNOR
CLERK

TELEPHONE
(804) 916-2700

November 25, 2009

Michael Daniel Montemarano
MICHAEL D. MONTEMARANO, PA
Suite 201
5695 Main Street
Elkridge, MD 21075-5016

Re:  07-4060, United States v. Paulette Martin
     8:04-cr-00235-RWT

Dear Mr. Montemarano:

On November 20, 2009, the Court received a copy of the enclosed letter from your client. This is to advise that under the Criminal Justice Act you may provide copies of transcripts to the defendant at a cost of up to $0.15 per page, up to a total of $75.00. The lowest copying cost reasonably available should be utilized. If reimbursement for transcripts would exceed $75.00, the request must be approved in advance by the Court.

Sincerely,

/s/ Judith B. Henry
_____
Counsel to the Clerk

JBH:cp
Enclosure
cc:  Paulette Martin



38350-037
Paulette Martin
!!! Justice Denied!!!!
S. F. F. Hazelton
P. O. BOX 3000
Bruceton Mills, WV - 26525
United States

Attention the Clerk
Counsel to the
Judith B. Henry

38350-037
US COURT OF APPEALS
4TH Circuit
1100 E. Main Street #501
Richmond, VA - 23219 - 3517
United States