# MICHAEL D. MONTEMARANO, P.A.
*Attorney and Counsellor at Law*

5695 MAIN STREET<br>
SUITE 201<br>
ELKRIDGE, MARYLAND  21075-5016<br>
(410) 379-0067<br>
FAX (410) 540-9950<br>
email: montemarano67@gmail.com

March 17, 2010

Mr. Mark Zanichelli
Chief Deputy Clerk
United States Court of Appeals
    for the Fourth Circuit
501 United States Court House Annex
1100 East Main Street
Richmond, VA 23219-3517

      RE:   *United States v. Paulette Martin, et al.*
                4th Circuit No.  07-4060

Dear Mr. Zanichelli:

      Thank you for your letter of March 16, regarding my client's request for transcripts.  As I have informed her repeatedly, after a 12 week trial, the transcript runs in excess of 7,000 pages, filling several boxes, and I have explained to her further that she needed to request that the Court approve her request for the transcript in light of this and the $75.00 limit imposed upon appointed counsel.  It is my understanding that such request cannot come from counsel, who otherwise routinely would request same in every appeal.

      The language of your letter, and of Ms. Henry's letter of November 25, does not provide leave for me to exceed the $75.00 limit.  Nor does it appear that there is an implicit recognition of the size of the transcript in these letters, which Ms. Martin has not referenced in any of her requests to either court, although she has continued to make application for the provision of transcripts to the district court.  I therefore fail to understand how Ms. Martin is "entitled to receive" anything from this office at this point in time.

      Accordingly, I write to clarify this status, and to inform you that, between copying costs, and my time required to have the copies prepared and shipped commercially, the cost for this certainly will exceed $1,500.00.  Per the requirements of the CJA, I require advance authorization to undertake this, and likewise will need to submit a CJA 21 to the Court for reimbursement in advance of the resolution of this appeal.  Please accept this as a request for formal approval of such from the Court on behalf of all five appointed counsel in this matter.

Mr. Mark J. Zanichelli
Chief Deputy Clerk
March 17, 2010

        Thank you for your attention to this.  Please contact me should you have any further questions.

        Very truly yours,

        /s/

        Michael D. Montemarano

MDM/ap

cc:    all appointed counsel