FILED: March 24, 2010

```
             UNITED STATES COURT OF APPEALS
                 FOR THE FOURTH CIRCUIT
             _____

                    No. 07-4060
                (8:04-cr-00235-RWT)
             _____
```

UNITED STATES OF AMERICA,

   Plaintiff - Appellee

v.

PAULETTE MARTIN, a/k/a Paulette Murphy, a/k/a Paulette Akuffo, a/k/a Paula Murphy, a/k/a Auntie,

   Defendant - Appellant

```
             _____

                    O R D E R
             _____
```

Upon consideration of the motion for authorization of funding under the Criminal Justice Act, the Court grants the motion and authorizes $1,000, inclusive of shipping, to provide a copy of the trial transcript to appellant.

        For the Court--By Direction

        /s/ Patricia S. Connor, Clerk