IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | | No. 07-4059 (L) |
| | * | |
| PAULETTE MARTIN, et al. | | |
| | * | |

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

**MOTION TO EXTEND TIME FOR BRIEFING**

  Comes now Appellant herein, Paulette Martin, by and through her counsel, Michael D. Montemarano, Esq., and Michael D. Montemarano, P.A., as appointed counsel pursuant to the CJA, and as lead appellate counsel for the five other Appellants herein, and does move for the extension of the time for the briefing of this matter, and in support thereof does state:

  1. The Joint Brief of Appellants is due on April 9, 2010, per the current briefing order.

  2. Lead appellate counsel (undersigned) was contacted earlier this week by Alan Dexter Bowman, Esq., counsel for Appellant Lanora Ali (in related case #07-4062), relative to his need for additional time for submitting materials regarding his client to lead counsel for inclusion in the joint brief and JA.  This has been occasioned by Bowman's being appointed as trustee to assist in rolling up the practice of a deceased attorney, which circumstance was not anticipated.  The order to this end of the Superior Court for Essex County, NJ, is attached.

 . 3. Counsel for Appellant therefore requests that the time for briefing be extended, and the due date of the Joint Brief of Appellants be rescheduled to no earlier than April 30, 2010.

  4. Counsel for Appellant is authorized to state that counsel for Appellee, Assistant United States Attorney Deborah Johnston, consents to the grant of the requested relief.

Respectfully submitted,

/s/
MICHAEL D. MONTEMARANO

Michael D. Montemarano, P.A.
5695 Main Street, Suite 201
Elkridge, Maryland  21075-5016
(410) 379-0067/Fax 540-9950
Counsel of Record/CJA Counsel
For Appellant

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on or before this 2nd day of April, 2010, a copy of the foregoing *Motion to Extend Time for Briefing* was filed via CM-ECF, and served via direct email, on Deborah Johnston, Assistant United States Attorney, 400 US Courthouse, 6500 Cherrywood Lane, Greenbelt, MD 20770, counsel for Appellee.

/s/
MICHAEL D. MONTEMARANO