**FILED**

MAR 1 2 2010

PATRICIA K. COSTELLO, AJSC

Law Office of Henry F. Furst
52 Upper Montclair Plaza
Montclair, New Jersey 07043
(973) 744-4000
Attorneys for Petitioners, Henry F. Furst, Esq. and Alan D. Bowman, Esq.

| | |
|---|---|
| In the matter of the LAW OFFICES OF RAYMOND A. BROWN, deceased | SUPERIOR COURT OF NEW JERSEY, LAW DIVISION: ESSEX COUNTY DOCKET NO. <br><br> CIVIL ACTION <br><br> ORDER |

This matter having been opened to the Court by the Law Offices of Henry F. Furst, attorneys for Petitioners Henry F. Furst, Esq. and Alan D. Bowman, Esq., for an Order appointing Mr. Furst and Mr. Bowman as trustees, pursuant to R. 1:20-19(a)(1) of the Law Offices of Raymond A. Brown, Esq., deceased, and the Court having reviewed Petitioners' moving papers and any opposition filed, and for good cause shown,

IT IS ON THIS 12th DAY OF MARCH, 2010,

**ORDERED**, that Henry F. Furst, Esq., is hereby appointed as co-trustee of the Law Practice of Raymond A. Brown, Esq., deceased;

**ORDERED**, that Alan D. Bowman, Esq., is hereby appointed as co-trustee of the Law Practice of Raymond A. Brown, Esq., deceased; and it is further

**ORDERED**, that a copy of the within Order is to be served on all interested parties within seven (7) days.

_Patricia K Costello_
Honorable Patricia K. Costello, A.J.S.C.

____ Opposed

✓ Unopposed    *No issue of law or fact presented*

-1-