Filed: April 16, 2010

**UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT**
1100 East Main Street, Suite 501
Richmond, Virginia 23219-3517
www.ca4.uscourts.gov

_____

RESPONSE REQUESTED
_____

No. 07-4059 (L), <u>US v. Learley R. Goodwin</u>
8:04-cr-00235-RWT


RESPONSE DUE: April 29, 2010

TO: United States of America

A response is required to the motion for temporary stay of appeal which has been construed as a motion to suspend the briefing schedule and to place the appeal in abeyance. The response must be filed by the response due date shown in this notice.

Sharon A. Wiley
Deputy Clerk
804-916-2704