FILED: April 16, 2010

UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

_____

No. 07-4059 (L)
(8:04-cr-00235-RWT)

_____

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

LEARLEY REED GOODWIN, a/k/a Goodie, a/k/a Lonnie Ross

    Defendant - Appellant

_____

O R D E R

_____

  The Court grants the motion to suspend briefing pending resolution of the motion for abeyance.

For the Court--By Direction

/s/Patricia S. Connor, Clerk