FILED: April 19, 2010

```
UNITED STATES COURT OF APPEALS
      FOR THE FOURTH CIRCUIT
```

_____

No. 07-4062
(8:04-cr-00235-RWT)

_____

UNITED STATES OF AMERICA

        Plaintiff - Appellee

v.

LANORA N. ALI, a/k/a La Nora Ali-Gardner

        Defendant - Appellant

_____

O R D E R

_____

Upon consideration of the motion for authorization of funding under the Criminal Justice Act, the Court grants the motion and authorizes the appellant's portion of the cost of the brief, appendix, and any additional transcript.

        For the Court--By Direction

        /s/ Patricia S. Connor, Clerk