FILED: May 10, 2010

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 07-4059 (L)
(8:04-cr-00235-RWT)

_____

UNITED STATES OF AMERICA

                    Plaintiff - Appellee

v.

LEARLEY REED GOODWIN, a/k/a Goodie, a/k/a Lonnie Ross

                    Defendant - Appellant

_____

O R D E R
_____

    Upon review of submissions relative to the motion for stay
pending appeal, the Court denies the motion.


                    For the Court

                    /s/ Patricia S. Connor, Clerk