RECEIVED
MAY 27 2010
BY: SWV

Reese C. Whiting, Jr
Reg # 12657-198
P.O. Box # 1033
Unit # M-110
U.S.Q. #1
Coleman, Florida
# 33521-1033

May 19, 2010

Clerk
United States Court of Appeals
    Fourth Circuit
Lewis F. Powell, Jr United
    States Courthouse Annex
1100 East Main Street,
    Suite # 617
Richmond, Virginia #
    23219-3517

FILED
JUN - 2 2010
US Court of Appeals
4th Circuit

RE: Crim Case No. # RWT
        04-0235

CT of Appeals No. #
        07-4063

Dear Clerk,

Would you be so kind, as to send me the form to file an informal supplemental brief for the Fourth Circuit Court of Appeals.

THANK YOU,

[signature] Reese R. Whiting

Reese O. Whiting Jr
Reg # 12607-198
P.O. Box # 1033
UNIT # M-110
U.S.P. #1
Coleman, Florida
# 33521-1033

Clerk
United States Court of Appeals
Fourth Circuit
Lewis F. Powell Jr
United States Courthouse & Annex
1100 East Main Street, Suite # 617
Richmond, Virginia 19-3817