**CJA 24 AUTHORIZATION AND VOUCHER FOR PAYMENT OF TRANSCRIPT (Rev. 01/08)**

| 1. CIR./DIST./DIV. CODE | 2. PERSON REPRESENTED | | VOUCHER NUMBER |
|---|---|---|---|
| RWT | LaNora Ali | | |

| 3. MAG. DKT/DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER | 5. APPEALS DKT./DEF. NUMBER | 6. OTHER DKT. NUMBER |
|---|---|---|---|
| | 04-0235 | 07-4062 | |

| 7. IN CASE/MATTER OF (Case Name) | 8. PAYMENT CATEGORY | 9. TYPE PERSON REPRESENTED | 10. REPRESENTATION TYPE (See Instructions) |
|---|---|---|---|
| U.S. v. Paulette Martin | ☐ Felony ☐ Petty Offense ☐ Misdemeanor ☐ Other ☑ Appeal | ☑ Adult Defendant ☐ Appellant ☐ Juvenile Defendant ☐ Appellee ☐ Other | |

11. OFFENSE(S) CHARGED: Conspiracy; Possession of Cocaine and Heroin

**REQUEST AND AUTHORIZATION FOR TRANSCRIPT**

12. PROCEEDING IN WHICH TRANSCRIPT IS TO BE USED: United States v. LaNora Ali, Fourth Circuit Appeal

13. PROCEEDING TO BE TRANSCRIBED: Jury Instructions — August 9, 2006; August 11, 2006

14. SPECIAL AUTHORIZATIONS — JUDGE'S INITIALS: RWT

A. Apportioned Cost: 0

15. ATTORNEY'S STATEMENT
Signature of Attorney / Date: 6-4-10
Printed Name: Alan Bowman
Telephone Number: 973-622-2225
☑ Retained Attorney

16. COURT ORDER

**CLAIM FOR SERVICES**

17. COURT REPORTER/TRANSCRIBER STATUS
18. PAYEE'S NAME AND MAILING ADDRESS
19. SOCIAL SECURITY NUMBER OR EMPLOYER ID NUMBER OF PAYEE

| 20. TRANSCRIPT | INCLUDE PAGE NUMBERS | NO. OF PAGES | RATE PER PAGE | SUB-TOTAL | LESS AMOUNT APPORTIONED | TOTAL |
|---|---|---|---|---|---|---|
| Original | | | | | | |
| Copy | | | | | | |
| Expense (Itemize) | | | | | | |

TOTAL AMOUNT CLAIMED:

21. CLAIMANT'S CERTIFICATION OF SERVICE PROVIDED

**ATTORNEY CERTIFICATION**

22. CERTIFICATION OF ATTORNEY OR CLERK

**APPROVED FOR PAYMENT — COURT USE ONLY**

23. APPROVED FOR PAYMENT
24. AMOUNT APPROVED