# CJA 24 AUTHORIZATION AND VOUCHER FOR PAYMENT OF TRANSCRIPT (Rev. 01/08)

| Field | Value |
|---|---|
| 1. CIR./DIST./DIV. CODE | RWT |
| 2. PERSON REPRESENTED | LaNeta Ali |
| 3. MAG. DKT./DEF. NUMBER | |
| 4. DIST. DKT./DEF. NUMBER | 04-0275 |
| 5. APPEALS DKT./DEF. NUMBER | 07-4062 |
| 6. OTHER DKT. NUMBER | |
| 7. IN CASE/MATTER OF (Case Name) | U.S. v. Paulette Martin |
| 8. PAYMENT CATEGORY | Appeal |
| 9. TYPE PERSON REPRESENTED | Adult Defendant |
| 10. REPRESENTATION TYPE | |
| 11. OFFENSE(S) CHARGED | Conspiracy; possession of cocaine and heroin |

## REQUEST AND AUTHORIZATION FOR TRANSCRIPT

12. PROCEEDING IN WHICH TRANSCRIPT IS TO BE USED: Fourth Circuit Appeal

13. PROCEEDING TO BE TRANSCRIBED: Sentencing — December 19, 2006

14. SPECIAL AUTHORIZATIONS
   A. Apportioned Cost: 0
   JUDGE'S INITIALS: RWT

15. ATTORNEY'S STATEMENT
   Signature of Attorney: [signed]
   Date: 6-4-10
   Printed Name: Alan Bowman
   Telephone Number: 973-622-2225
   ☒ Retained Attorney

16. COURT ORDER

## CLAIM FOR SERVICES

17. COURT REPORTER/TRANSCRIBER STATUS
18. PAYEE'S NAME AND MAILING ADDRESS
19. SOCIAL SECURITY NUMBER OR EMPLOYER ID NUMBER OF PAYEE

| 20. TRANSCRIPT | INCLUDE PAGE NUMBERS | NO. OF PAGES | RATE PER PAGE | SUB-TOTAL | LESS AMOUNT APPORTIONED | TOTAL |
|---|---|---|---|---|---|---|
| Original | | | | | | |
| Copy | | | | | | |
| Expense (Itemize) | | | | | | |
| | | | | TOTAL AMOUNT CLAIMED: | | |

21. CLAIMANT'S CERTIFICATION OF SERVICE PROVIDED

## ATTORNEY CERTIFICATION

22. CERTIFICATION OF ATTORNEY OR CLERK

## APPROVED FOR PAYMENT — COURT USE ONLY

23. APPROVED FOR PAYMENT
24. AMOUNT APPROVED