June 13th, 2010

SFF-Hazelton
P.O. Box 3000
Bruceton Mills, W.Va. 26525

SAW

Dear Clerk:

My name is Paulette Martin my case number is 07-4060 U.S. v. Paulette Martin. Could you please send me the last four entries on my docket. I'm enclosing a SASE. I would like to find out the exact day my briefs are due in. Thanks for your cooperation in this matter.

Respectfully,
Paulette Martin

RECEIVED
2010 JUN 17 AM 9:40
U.S. COURT OF APPEALS
FOURTH CIRCUIT

