Clerks Office
% Mark J. Zanchelli
U.S. Court of Appeals
4th Circuit
1100 E. Main St. Suite 501
Richmond, Va 23219-3517

**FILED**

JUL 2 0 2010

US Court of Appeals
4th Circuit

July 17, 2010

Dear Mr. Zachelli

I'm sorry to worry you, but to date I have not received my
transcripts. Enclosed is a copy of the last three letters I received
from my attorney Michael Montemarano. It's very frustrating when one
is ignored, instantaneously and constantly lied to. Please if you can
assist me or put me in touch with someone  that will.

Respectfully,

Paulette Martin

Paulette Martin

RECEIVED
2010 JUL 20 AM 9: 45
U.S. COURT OF APPEALS
FOURTH CIRCUIT

July 17, 2010


Clerk's Office
% Mark J. Zanchelli
U.S. Court of Appeals
4th Circuit
1100 E. Main St. Suite 501
Richmond, Va. 23219-3517


     Re: U.S v. Martin et al case-07-4060

Dear Mr. Zanchelli:

    The court ordered my attorney Michael D. Montemarano to copy and send my
transcripts in March of 2010. As of today July 17th, 2010 I have yet to receive
them.  I received the permission for the mailroom to accept them as well as a
secured legal locker for storage. This permit is only good for 30 days.
    Would you please urge Att. Montemarano to give me a date certain for delivery?
And would you please send me my complete docket print out for USA v. Martin et al
case 07-4060.
    Thank you for your time and efforts on my behalf.


                      Respectfully,

                      Paulette Martin

(3)

# MICHAEL D. MONTEMARANO, P.A.
*Attorney and Counsellor at Law*

5695 MAIN STREET
SUITE 201
ELKRIDGE, MARYLAND 21075-5016
(410) 379-0067
FAX (410) 540-9950
email: montemarano67@gmail.com

April 19, 2010

Ms. Paulette Martin
USMS # 38350-037
USP Hazelton – SFF
PO Box 3000
Bruceton Mills, WV 26525

RE:    *United States v. Paulette Martin, et al.*
       4th Circuit No. 07-4060

Dear Ms. Martin:

I write to update you regarding the appeal and the transcript. Another delay in the filing of the appeal has cropped up, regarding both the forfeiture issue and the failure of Ali's attorney to obtain the transcript of her sentencing. This means that the brief will be delayed until mid-May, which also means that I will not be able to ship the transcript until about then, as I will need to use the loose copies to make copies of the pages needed for the joint appendix. At this point, it appears I will be raising the following issues on your behalf:

> reasonableness of sentence overall
> gun enhancement of sentence
> speedy trial
> use of police "experts"

As to the issues you raised to me in your letter last July, I will look into them, but doubt that any make very much sense. I do not recall Rule 404 evidence being an issue, and Ms. Levi was not your "accuser," so I do not understand what you want me to do regarding this. The question of the sufficiency of the evidence and conspiracy evidence would be a waste of time.

Very truly yours,

Michael D. Montemarano

MDM/ap

# MICHAEL D. MONTEMARANO, P.A.
*Attorney and Counsellor at Law*

5695 MAIN STREET
SUITE 201
ELKRIDGE, MARYLAND 21075-5016
(410) 379-0067
FAX (410) 540-9950
email: montemarano67@gmail.com

March 30, 2010

Ms. Paulette Martin
USMS # 38350-037
USP Hazelton – SFF
PO Box 3000
Bruceton Mills, WV 26525

RE:    *United States v. Paulette Martin, et al.*
4th Circuit No. 07-4060

Dear Ms. Martin:

I write to update you regarding the transcript, which has been reproduced for you. I have two large boxes with all 9,700 pages of transcript waiting to be shipped to you. I only await the forms or other authorization described in my letter of March 26, however, I cannot and will not ship until I receive this.

Very truly yours,

Michael D. Montemarano

MDM/ap

# MICHAEL D. MONTEMARANO, P.A.

*Attorney and Counsellor at Law*

5695 MAIN STREET
SUITE 201
ELKRIDGE, MARYLAND 21075-5016
(410) 379-0067
FAX (410) 540-9950
email: montemarano67@gmail.com

March 26, 2010

Ms. Paulette Martin
USMS # 38350-037
USP Hazelton – SFF
PO Box 3000
Bruceton Mills, WV 26525

    RE:    *United States v. Paulette Martin, et al.*
            4th Circuit No. 07-4060

Dear Ms. Martin:

    Having received your various requests for the transcript, although you never undertook to do what I explained would be necessary -- a clear and specific letter to the Court requesting the excessive cost transcript -- I called the Court to clarify the status. Since your request to the Court did not track my instructions, at the direction of the Court I filed a formal motion for this, which was granted, for leave to copy your transcript at government expense and to ship it to you. I will have it done by early next week. What happens now is up to you.

    My experience dealing with the Bureau of Prisons for fifteen years is as follows. Large packages or boxes of legal documents only will be accepted by the BOP for an inmate if prior authorization is obtained for their shipment. This authorization usually also means that the inmate will be provided forms to be included inside the package by the shipper, which must be sent via US Mail. I will be taking your transcript to a commercial copier this weekend, and will have it ready to be shipped next week. It will be at least two, and perhaps three, large boxes of paper. **You need to contact your counselor and get permission for this, and send the forms you are given, or any other instructions, to me as soon as possible in the enclosed envelope.** This is not a request. Without this, the copy I will have made will sit here until the appeal is complete, as I will not send a shipment only to see it returned.

                         Very truly yours,

                         Michael D. Montemarano

MDM/ap

38350-037

PAULETTE MARTIN
>>> Unfair Justice <<<
S.f.f. Hazelton
P.O. BOX 3000
Bruceton Mills, WV - 26525
United States

S. MARSHAL
INSPECTED

CLARKSBURG WV 263

16 JUL 2010   PM 3 L

⇦38350-037⇨
US COURT OF APPEALS
4TH Circuit
1100 E. MAIN Street #501
Richmond, VA - 23219 - 3517
United States

% Mark J. Zachelli
Clerk Deputy Clerk