SAW

Judith B. Henry, Counsel to the Clerk
U.S. Courts of Appeals
4th Circuit
U.S. Court House Annex
1100 East Main St. Suite 501
Richmond, Va. 23219-3517

RECEIVED
2010 JUL 22 AM 9:48
U.S. COURT OF APPEALS
FOURTH CIRCUIT

July 17, 2010

FILED
JUL 2 2 2010
US Court of Appeals
4th Circuit

Re: 07-4060 U.S. V Paulette Martin

Dear Atty. Henry

    I'm coming to you because I have no where else to turn for a resolve. I've been concerned about my docket from District Court because as of 4/30/08 the word redacted "transcript started" to show up. I've filed three motions for clarification and all were denied. I've also written my attorney Michael Montemaro and his statement was he could not make sure beyond the use of his memory three plus years later, that the transcript had not been reconstruted. All he had to do was check the docket and reserve his memory.

    I sent him a letter dated 12/28/09 and asked him; why my court case docket reflected that the transcripts were redacted. He never responded.

    Enclosed is a run-down of letters and motions that I've filed. I've have never received the transcripts ordered and paid for by the court.

    I first started to address the issue about redacted transcripts in July 10, 2009. If I can remember I think I sent a letter to the Appellate Court and the response was the court wasn't aware of the transcripts being redacted and I should address the issue with my attorney or District Court and I immediately address the issue with my attorney and he's not aware of the transcripts being redacted and every motion I filed with the court was denied and no response as to why. Where does one get answers?

    Enclosed is a package I've put together so you can personally view it for yourself and hopefully give me a referral to someone that can assist me. It's been 3 years and 11 months since my trial.

Thanks for your help I appreciate any help or answers you could offer. This is so frustrating especially without adequate representation.

Yours truly,

*Paulette Martin*

Paulette Martin