

July 10, 2009

Dear Mr. Montemarano:

I was informed by one of my co-defendants that the transcripts are in and that you requested a sixty day extension to file the opening briefs, which is presently due on July 22nd, 2009.
I would like for you to cover the following issues in the opening briefs:

1. Emilio Echarte's perjury before going to the Grand Jury, at the Grand Jury and at trial.

2. 6th Amendment violation, when I was not able to confront my accuser- Gwen Levi.

3. Insufficiency of the evidence to support a guilty verdict.

4. Inadequate evidence to support a finding of a conspiracy.

5. Lack of qualifications for the governments expert witnesses.

6. Misuse of the 404(b) evidence of prior convictions.

7. Delay in bringing me to trial. Violation of speedy trial act.

Yours Truly,

*Paulette Martin*

Paulette Martin


P.S. Please make sure that the segments of the transcripts that were delayed hasn't been reconstructed. I should not have had to wait another 14 months to get the delayed transcripts after you received the first assemblege.

Sept. 24th, 2009

Attn. Mr. Montemarano:

I received your letter and I have no understanding of why this process has been dragging so long. I thought everything would be set in motion once you received the remainder of transcripts. I still want the letter that Philpot addressed about the drugs not being mine. I only requested that from you a year ago. Above are the issues I had initially asked you to address in the brief and it still stands as issues I want addressed along with what ever other issues you deemed pertinent. Thanks for deciding to let me hear from you.

Yours Truly,

*Paulette Martin*

P.S. I've lost faith in everyone.



(3)

MICHAEL D. MONTEMARANO, P.A.
*Attorney and Counsellor at Law*

5695 MAIN STREET
SUITE 201
ELKRIDGE, MARYLAND 21075-5016
(410) 379-0067
FAX (410) 540-9950
email: montemarano67@aol.com

September 29, 2009

Ms. Paulette Martin
USMS # 38350-037
USP Hazelton – SFF
PO Box 3000
Bruceton Mills, WV 26525

RE: *United States v. Paulette Martin, et al.*
4th Circuit No. 07-4059 (L)

Dear Ms. Martin:

Please accept this letter as a response to your letter of September 24. I cannot comprehend your lack of understanding regarding the current status of the matter, as I have sent you letters and motions describing this present status. I also have told you that it is not within my control. What I know is what you have been told. If this is not sufficient to explain this situation to you, then I am unable to do so.

I cannot "make sure," beyond the use of my memory three-plus years later, that the transcripts have not been "reconstructed."

Many of the appeal issues which you describe are ones which I have identified to you in our past discussions. I am sure there will be others, and will be glad to consider anything you provide to me about this. As to your sarcasm regarding my lack of communication, please save it for someone who might care about your spurious claims. If you now intend to demonstrate an interest in your case, it cannot begin to equal the entire lack of interest in this matter which you demonstrated from the very outset of my representation, which left me proceeding nearly on my own, with next to no understanding **from you** of most of the codefendants and witnesses. I therefore had to carry forward this case very nearly as if you were not there. To provide but a single example, you have not called me yourself since the sentencing in late 2006, nor have you availed yourself of the email system through the BOP, which other of my clients have used to contact me. You may seek comfort in blaming me for your situation, but you should not expect me to agree with you about claims which are not true.

I have explained as much as I know about the appeal to your daughter, whom I understood to be communicating with you about this, by telephone and letter. I again call your

Ms. Paulette Martin, USMS # 38350-037
September 29, 2009
page 2

attention to my letter of October 3, 2008, as supplemented by my letter of September 21, 2009, both of which you have received.

      As to the items you have requested, I enclose (again) your indictment with this letter. I will be glad to search my files for the Philpot letter you mention. As to the "851 between Reece Whiting and Paulette Martin," I do not understand what this means. I can forward your individual § 851 notice when I find it, however there is no such document relating to both of you. I do not have the notice regarding Whiting, which went to his attorney, and bears no relation to your sentencing.

      At this point, I predict that the time for the brief will be extended once again into the spring, due to the size of the transcript and matters relating to other attorneys, as was set out in the latest motion that I filed. I am reading through your transcript, now that it is complete, and will be done by later this year with this.

      This should address all of your concerns. If I have overlooked anything, feel free to bring it to my attention at your convenience.

Very truly yours,

Michael D. Montemarano

MDM/ap
cc: Ms. Teresa Arnold

§851 notice also enclosed.



UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

United States of America

v.

Paulette Martin

Case # RWT-04-0235

Judge Roger Titus

Motion Requesting Clarification and Jury Trial Transcripts

Now comes Paulette Martin pro se and moves the Court for the following:

(1) Clarification as to whether or not the trial transcripts in the above captioned matter were at any time "reconstructed";
(2) If so, when was the hearing for reconstruction and how was the reconstruction accomplished;
(3) A full and complete hard/paper copy of the transcripts to pro se liligant Paulette Martin.

Defendant Martin is acutely aware of the length of her criminal trial and that the transcripts are voluminous.
Defendant Martin has the absolute right to aid and effectuate her direct appeal. Defendant Martin understands that the cost for the hard copy is expensive; she has requested them from her Court-Appointed Attorney Michael D. Montemorano, 5695 Main Street, Suite 201, Elkridge, Maryland 21075-5016 and he denies her request citing his lack of funds.

Page 1 of 2

THEREFORE, defendant Martin request the Court to allocate the resources necessary to provide her with her trial transcript.

Defendant Martin notifies the Court she wishes to be active in pursuing her appellate rights AND has the right to know, when and how the trial transcripts were "reconstructed".

Respectfully Submitted,

*Paulette Martin*

Paulette Martin
#38350-037
S.F.F. Hazelton
P.O. Box 3000
Bruceton Mills, WV. 26525

## Certification

I, Paulette Martin do hereby certify a copy of the forgoing was sent by Pre-Paid United States Postal to:

United States Attorney Deborah Johnston
U.S. District Court of Maryland
6500 Cherrywood Land
Greenbelt, Maryland 20770-1249

Attorney Michael D. Montemarano
5695 Main St. Suite 201
Elkridge, Maryland 21075-5016

on Oct. 19th, 2009.

Page 2 of 2



IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| Plaintiff | : |
| v. | : Criminal Case No. RWT 04-0235 |
| PAULETTE MARTIN | : |
| Defendant | : |

## ORDER

The Defendant, Paulette Martin, has filed a *pro se* "Motion Requesting Clarification and Jury Trial Transcripts." [Paper No. 1327] Ms. Martin is represented by counsel who is in possession of the trial transcript and can provide whatever legal assistance to her may be necessary. For the foregoing reasons, it is, this 4th day of December, 2009, by the United States District Court for the District of Maryland,

ORDERED, that the Defendant's *pro se* "Motion Requesting Clarification and Jury Trial Transcripts" [Paper No. 1327] is hereby **DENIED**.

<div style="text-align: right;">

_____/s/_____
Roger W. Titus
United States District Judge

</div>



December 28, 2009


Atty M. D. Montemarano
5695 Main Street St. 201
Elfridge, Md. 21075-5016

                        RE: U.S. v Paulette Martin, et al.
                             4th Circuit  07-04059 (L)

Dear Atty. Montemarano:

  Please find enclosed a copy of **ORDER** issued in my case regarding my acquiring a copy of my transcripts **AND** my query as to When, How and Why my transcripts were re-dacted and re-constructed.
  Judge Titus referred me back to you.
  As you are less than forthcoming I have filed and **OBJECTION** and requested he re-consider. Copies are enclosed for your convenience.
  Again, Sir, per **ORDER** of Judge Titus:

1. Please send me one hard copy of my trial transcript,

                             **AND**

2. Explain why on 4/30/2008 #1182, 1/21/2009 #1267, 4/27/2009 #1285 the Court case docket reflects my transcripts were redacted.


                                            I Remain,

                                            *Paulette Martin*

                                            Paulette Martin

| | | |
|---|---|---|
| | | before Judge Roger W. Titus, re 1067 Notice of Appeal - Final Judgment, of Appeal - Final Judgment, 1063 Notice of Appeal - Final Judgment, 107 Appeal - Final Judgment, 1072 Notice of Appeal - Final Judgment, 1066 Appeal - Final Judgment, 488 Notice of Appeal - Final Judgment, 1064 N Appeal - Final Judgment, 514 Notice of Appeal - Conditions of Release C Reporter/Transcriber Tracy Dunlap, Telephone number 301.344.3912. Tr: be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restric that date it may be obtained from the Court Reporter or through PACER. Request due 5/19/2008. Redacted Transcript Deadline set for 5/28/2008. I Transcript Restriction set for 7/28/2008. (trd, Court Report) (Entered: 04/: |
| 04/30/2008 | 1189 | TRANSCRIPT filed as to Paulette Martin, Learley Reed Goodwin, Reece Whiting, Derrek Lewis Bynum, Lavon Dobie, Lanora N. Ali for dates of . before Judge Roger W. Titus, re 1067 Notice of Appeal - Final Judgment, of Appeal - Final Judgment, 1063 Notice of Appeal - Final Judgment, 107 Appeal - Final Judgment, 1072 Notice of Appeal - Final Judgment, 1066 Appeal - Final Judgment, 488 Notice of Appeal - Final Judgment, 1064 N Appeal - Final Judgment, 514 Notice of Appeal - Conditions of Release C Reporter/Transcriber Tracy Dunlap, Telephone number 301.344.3912. Tr: be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restric that date it may be obtained from the Court Reporter or through PACER. Request due 5/19/2008. Redacted Transcript Deadline set for 5/28/2008. I Transcript Restriction set for 7/28/2008. (trd, Court Report) (Entered: 04/: |
| 04/30/2008 | 1190 | TRANSCRIPT filed as to Paulette Martin, Learley Reed Goodwin, Reece Whiting, Derrek Lewis Bynum, Lavon Dobie, Lanora N. Ali for dates of . before Judge Roger W. Titus, re 1067 Notice of Appeal - Final Judgment, of Appeal - Final Judgment, 1063 Notice of Appeal - Final Judgment, 107 Appeal - Final Judgment, 1072 Notice of Appeal - Final Judgment, 1066 Appeal - Final Judgment, 488 Notice of Appeal - Final Judgment, 1064 N Appeal - Final Judgment, 514 Notice of Appeal - Conditions of Release C Reporter/Transcriber Tracy Dunlap, Telephone number 301.344.3912. Tr: be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restric that date it may be obtained from the Court Reporter or through PACER. Request due 5/19/2008. Redacted Transcript Deadline set for 5/28/2008. I Transcript Restriction set for 7/28/2008. (trd, Court Report) (Entered: 04/: |
| 04/30/2008 | 1191 | TRANSCRIPT filed as to Paulette Martin, Learley Reed Goodwin, Reece Whiting, Derrek Lewis Bynum, Lavon Dobie, Lanora N. Ali for dates of . before Judge Roger W. Titus, re 1067 Notice of Appeal - Final Judgment, of Appeal - Final Judgment, 1063 Notice of Appeal - Final Judgment, 107 Appeal - Final Judgment, 1072 Notice of Appeal - Final Judgment, 1066 Appeal - Final Judgment, 488 Notice of Appeal - Final Judgment, 1064 N Appeal - Final Judgment, 514 Notice of Appeal - Conditions of Release C Reporter/Transcriber Tracy Dunlap, Telephone number 301.344.3912. Tr: be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restric that date it may be obtained from the Court Reporter or through PACER. |

| Date | No. | Description |
|---|---|---|
| 04/10/2009 | 1283 | Correspondence re: Request for docket sheet (ch, Deputy Clerk) (Entered: |
| 04/10/2009 | | Remark: Docket sheet mailed to Paulette Martin (ch, Deputy Clerk) (Ente 04/10/2009) |
| 04/27/2009 | 1285 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT as to Paulette Marti: Reed Goodwin, Reece Coleman Whiting, Derrek Lewis Bynum, Lavon D N. Ali for dates of August 8, 2006 before Judge Roger W. Titus, re 1065 Appeal - Final Judgment Court Reporter/Transcriber Tracy Dunlap, Telep 301.344.3912. Transcript may be viewed at the court public terminal or pu through the Court Reporter/Transcriber before the deadline for Release of Restriction. After that date it may be obtained from the Court Reporter or PACER. Redaction Request due 5/15/2009. Redacted Transcript Deadline 5/26/2009. Release of Transcript Restriction set for 7/23/2009. (trd, Court (Entered: 04/27/2009) |
| 05/14/2009 | 1290 | ORDER that the Federal Public Defender for the District of Maryland is a PRELIMINARILY REVIEW whether the defendant may be entitled to re above provisions and to provide a status report within 30 daysre: Crack A to Paulette Martin. Signed by Magistrate James K. Bredar on 5/12/09. (ch Clerk) (Entered: 05/14/2009) |
| 05/28/2009 | 1293 | Letter/MOTION for Copy Work-Indictment, Second, Third, Fourth and F Superseding Indictments by Paulette Martin. (Attachments: # 1 Envelope) Clerk) (Entered: 05/28/2009) |
| 06/04/2009 | 1295 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT as to Paulette Marti: Reed Goodwin, Reece Coleman Whiting, Derrek Lewis Bynum, Ruby Be Lavon Dobie, Lanora N. Ali for dates of August 9, 2006 before Judge Rog re 1067 Notice of Appeal - Final Judgment, 1065 Notice of Appeal - Fina 1063 Notice of Appeal - Final Judgment, 1073 Notice of Appeal - Final Ju 1072 Notice of Appeal - Final Judgment, 1066 Notice of Appeal - Final Ju Notice of Appeal - Final Judgment, 1064 Notice of Appeal - Final Judgme Notice of Appeal - Conditions of Release Court Reporter/Transcriber Trac Telephone number 301.344.3912. Transcript may be viewed at the court p terminal or purchased through the Court Reporter/Transcriber before the c Release of Transcript Restriction. After that date it may be obtained from Reporter or through PACER. Redaction Request due 6/22/2009. Redacted Deadline set for 7/2/2009. Release of Transcript Restriction set for 8/31/2 Court Report) (Entered: 06/04/2009) |
| 06/15/2009 | 1296 | Correspondence re: Request for Documents (ch, Deputy Clerk) (Entered: |
| 06/15/2009 | 1297 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT as to Paulette Marti: Reed Goodwin, Reece Coleman Whiting, Derrek Lewis Bynum, Lavon D of July 31, 2006 before Judge Roger W. Titus, re 1065 Notice of Appeal - Judgment, 1063 Notice of Appeal - Final Judgment, 1066 Notice of Appe Judgment, 488 Notice of Appeal - Final Judgment, 514 Notice of Appeal of Release Court Reporter/Transcriber Tracy Dunlap, Telephone number. Transcript may be viewed at the court public terminal or purchased throug Reporter/Transcriber before the deadline for Release of Transcript Restric that date it may be obtained from the Court Reporter or through PACER. |

| | | |
|---|---|---|
| | | Request due 7/6/2009. Redacted Transcript Deadline set for 7/13/2009. R< Transcript Restriction set for 9/10/2009. (trd, Court Report) (Entered: 06/ |
| 06/26/2009 | 1300 | Correspondence re: Request for Court Documents (Attachments: # 1 Env< Deputy Clerk) (Entered: 06/30/2009) |
| 07/07/2009 | 1302 | ORDER GRANTING 1293 MOTION for Copy Work filed by Paulette M Correspondence-Request for Court Documents, 1296 Correspondence-Re Court Documents; the Clerk of Court SHALL MAIL a copy of this Order Defendant's 1st, 2nd, 3rd, 4th, and 5th superseding indictments to Defenda charge as to Paulette Martin. Signed by Judge Roger W Titus on 7/6/09. ( (ch, Deputy Clerk) (Entered: 07/07/2009) |
| 11/19/2009 | 1321 | ORDER DENYING Motion for Reduction of Sentence re: Crack Amendr Paulette Martin; this Order shall become final in 30 days if no meritorious filed by the defendant within that time. Signed by Judge Roger W Titus o1 (c/m 11/19/09) (ch, Deputy Clerk) (Entered: 11/19/2009) |
| 11/19/2009 | 1322 | Correspondence re: Request for docket sheet (ch, Deputy Clerk) (Entered: |
| 12/03/2009 | 1327 | MOTION Requesting Clarification and Jury Trial Transcripts by Paulette Responses due by 12/21/2009 (Attachments: # 1 Cover Letter)(ch, Deputy (Entered: 12/03/2009) |



United States

District Court

District of Maryland

United States of America         Case #RWT04-0235
                                 Judge Titus

           v.             Motion for Production of
                                 Transcripts and Entire Case
Paulette Martin                  File at Government Expense

    Now comes Paulette Martin, the petitioner and defendant in the above captioned matter as an indigent, pro se litigant respectfully moves this Honorable Court for and **Order** for the production of transcription of the record of the jury trial and full case file pursuant to 28 USC 753, and 18 USC 3006A.

    Pro se litigent Paulette Martin's indigent status has previously been granted by the court, see trial records.

    The Criminal Justice Act 18 USC 3006A and 28 USC 2255 provide fees for transcripts in criminal proceedings to persons allowed to sue, defend, or appeal **IN FORMA PAUPERIS** per 28 USC 1915 and the fees and costs shall be paid by the United States out of monies specifically appropriated for that purpose.

    Therefore, petitioner Paulette Martin respectfully request this Court for an order to Atty. M.D. Montemarano, 5695 Main St. #201, Elkridge, Md. 21075 whom is court appointed appellate council to produce hard copy of jury trial and all proceedings

and case file in Paulette Martin case #RWT04-0235.

Respectfully Submitted,

*Paulette Martin*

Paulette Martin
38350-037
S.F.F. Hazelton
P.O. Box 3000
Bruceton Mills, WV. 26525

### Certification

I, Paulette Martin do herby certify a copy of the foregoing has been sent this /7th of Feb. 2010 to:

The Federal Government at U.S. District Court of Maryland;

**AND** Atty. M. Montemarano 5695 Main St. Suite 201, Elkridge, Md. 21075-5016.

(7) cont'd

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| v. | * Case No.: RWT 04cr235 |
| PAULETTE MARTIN. | * |

## MEMORANDUM OPINION AND ORDER

By Order dated December 4, 2009, the Court denied Defendant Paulette Martin's "Motion Requesting Clarification and Jury Trial Transcripts." See Paper No. 1328. Defendant subsequently filed two objections to denial of her request for clarification and for a copy of her jury trial transcripts, which the Court treated as motions to reconsider the Court's December 4, 2009 Order and denied. See Paper Nos. 1344, 1349, 1350, 1356. On March 11, 2010, Defendant filed yet another "Objection and Request for Reconsideration," which the Court will treat as a Third Motion To Reconsider the December 4, 2009 Order. See Paper No. 1359.

Upon consideration of Defendant Paulette Martin's Third Motion To Reconsider the December 4, 2009 Order [Paper No. 1359], it is on this 17th day of March, 2010, by the United States District Court for the District of Maryland,

**ORDERED**, that Defendant Paulette Martin's Third Motion To Reconsider the December 4, 2009 Order [Paper No. 1359] is **DENIED**.

/s/
ROGER W. TITUS
UNITED STATES DISTRICT JUDGE



United States
District Court
District of Maryland

United States of America

Case #RWT04-0235
Judge Titus

v.

OBJECTION and REQUEST
FOR RECONSIDERATION

Paulette Martin

    Now comes Paulette Martin pro se and **OBJECTS to DENIAL** of her request for a copy of her jury trial transcripts as well as her request for clarification as to the issue of re-dacted and incomplete transcripts.

    Defendant Martin has asked her counsel for a copy of her transcripts.

    Atty. Montemarano says he can not afford to copy them for her and the Court has to authorize the expenditure of **FUNDS**. **THEREFORE**, defendant Martin renews her request for her jury trial transcripts.

    Defendant Martin also asked Atty. Montemarano if the trial transcripts had been re-dacted and re-constructed.

    Atty. Montemarano responded **IN WRITING** on Sept. 29, 2009: {"I can not make sure beyond the use of my memory three plus years later, that the transcripts have not been re-constructed."}

    Simply reviewing the Docket in this case would show on

Page 1 of 3

4/30/2008 #1182, 1/21/2009 #1267, and 4/27/2009 #1285 there was re-daction and re-construction. Montemarano would not have to rely on his memory.

**THEREFORE**, defendant Martin renews her reuest for the Court to address her request as to When and Why her trial transcripts were re-dacted and re-constructed.

The Canons of Professional Responsibility for the Judicary dictate a Judge should uphold the independence of the Judicary (canon 1) and (canon 3) a Judge should perform the duties of the office diligently. He should hear and decide matters assigned, unless disqualified **AND** he should accord all legally interested a full right to be heard.

Judge Titus has not been disqualified in this matter. Defendant Martin is a legally interested PARTY and she deserves a right to her transcripts so she can insure a full, fair, appeal **AND** she has a right to know if her trial transcripts have been re-dacted and if so why wasn't she present and given **FULL** opportunity to be heard.

Respectfully Submitted,

*Paulette Martin*

Paulette Martin
#38350-037
S.F.F. Hazelton
P.O. Box 3000
Bruceton Mills, WV. 26525

## Certification

I, Paulette Martin do herby certify a copy of the foregoing has been sent this 8th _____ March 2010 to:

The Federal Government at U.S. District Court of Maryland;

**AND** Atty. M. Montemarano 5695 Main St. Suite 201, Elkridge, MD. 21075-5016.