

CLARKSBURG P& D F 26301
MON 19 JUL 2010 PM

To Judith B. Henry
Counsel to the Clerk

<>38350-037<>
US COURT OF APPEALS
4TH Circuit
1100 E. MAIN Street #501
Richmond, VA - 23219 - 3517
United States

<>38350-037<>
PAULETTE MARTIN
>>> Unfair Justice <<<
S.f. Hazelton
P.O. BOX 3000
Bruceton Mills, WV - 26525
United States