**UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT**
LEWIS F. POWELL, JR. UNITED STATES COURTHOUSE ANNEX
1100 EAST MAIN STREET, SUITE 501
RICHMOND, VIRGINIA 23219-3517
WWW.CA4.USCOURTS.GOV

**PATRICIA S. CONNOR**  
   **CLERK**

**TELEPHONE**  
**(804) 916-2700**

July 23, 2010

Ms. Paulette Martin
USMS #38350-037
USP Hazelton – SFF
P. O. Box 3000
Bruceton Mills, West Virginia 26525

      Re:    No. 07-4060, US v. Paulette Martin
                8:04-cr-00235-RWT

Dear Ms. Martin:

      The Court received correspondence from you on July 22, 2010 regarding the redacted transcript. Under federal court policy, deadlines are set for redacting social security numbers, financial account numbers, dates of birth, names of minor children, and certain home addresses when the transcript is initially filed. At the conclusion of the redaction period, the transcript is again filed and made available to the public. Typically, there is no data requiring redaction from transcripts, but the policy ensures that time is made available to review the transcript for this purpose before the transcript is made available as a public record.

                                Sincerely,

                                /s/ Patricia S. Connor

PSC/cwe

cc:     Michael D. Montemarano, Esquire