

Michael Montemarano <montemarano67@gmail.com>

# brief

1 message

---

**alandexterb4@aol.com** <alandexterb4@aol.com>     **Fri, Jul 30, 2010 at 2:08 PM**
To: montemarano67@gmail.com

mike
i am out today having Lyme Disease debilitation . Will rest all day and complete on Sunday.
this disease is persistent.
alan