United States Court of Appeals
For the Fourth Circuit
110 E. Main Street, Suite 501
Richmond, VA 23219-3517

**FILED**

AUG 1 6 2010

US Court of Appeals
4th Circuit

Re: No. 07-4060, US v Paulette Martin
RWT-04-0235
Response to July 23, 2010 Letter

August 10, 2010

Daer Ms. Patricia S. Connor:

I am in receipt of the letter you sent me dated July 23, 2010.

My transcripts were not redacted Merely social security numbers, birthday, etc.

There were huge testimony gaps that needed reconstructed. Enclosed please find examples of multiple court reporters requesting continuance of due dates, as well as court reporters being sanctioned.

I was never afforded the opportunities to review NOR participate in the re-construction.

I am requesting information as to whose testimony was reconstructed as well as how & by whom filled in the gaps. I can not get satisfaction from the District Court of Maryland. They refuse to respond to my questions.

I asked for an update copy of my docket in my last letter, therefore, I am requesting it again since it was not included in my response from the clerk's office. Thank you.

Respecfully,

Paulette Martin

Paulette Martin.

| | | |
|---|---|---|
| 01/19/2007 | 1083 | ORDER of USCA "CONSOLIDATING" USCA Nos. 06-4391(L), 06-43! 07-4059, 07-4060 and 07-4062 as to Paulette Martin, Learley Reed Good Albert Martin, Jr, Lanora N. Ali, Craig Arnold Scott, Donna Conzuella Jo Notice of Appeal - Final Judgment, 793 Notice of Appeal - Final Judgmen Notice of Appeal - Final Judgment, 1063 Notice of Appeal - Final Judgme Notice of Appeal - Final Judgment, 792 Notice of Appeal - Final Judgmen Deputy Clerk) (Entered: 01/19/2007) |
| 01/19/2007 | 1085 | ORDER of USCA "CONSOLIDATING" USCA Nos. 06-4391(L), 06-43! 07-4059, 07-4060, 07-4062 and 07-4063 as to Paulette Martin, Learley R. John Albert Martin, Jr, Reece Coleman Whiting, Lanora N. Ali, Craig Ar Donna Conzuella Johnson re 827 Notice of Appeal - Final Judgment, 793 Appeal - Final Judgment, 1067 Notice of Appeal - Final Judgment, 1065 ] Appeal - Final Judgment, 1063 Notice of Appeal - Final Judgment, 1072 ] Appeal - Final Judgment, 1066 Notice of Appeal - Final Judgment, 792 N Appeal - Final Judgment (c/s) (krc, Deputy Clerk) (Entered: 01/19/2007) |
| 01/22/2007 | 1086 | ORDER of USCA "CONSOLIDATING" 06-4391(L), 06-4392, 06-4527, 4060, 07-4062, 07-4063 and 07-4080 as to Paulette Martin, Learley Reed John Albert Martin, Jr, Reece Coleman Whiting, Derrek Lewis Bynum, L Craig Arnold Scott, Donna Conzuella Johnson re 827 Notice of Appeal - 1 Judgment, 793 Notice of Appeal - Final Judgment, 1067 Notice of Appea Judgment, 1065 Notice of Appeal - Final Judgment, 1063 Notice of Appe Judgment, 1073 Notice of Appeal - Final Judgment, 1072 Notice of Appe Judgment, 1066 Notice of Appeal - Final Judgment, 792 Notice of Appea Judgment (c/s) (krc, Deputy Clerk) (Entered: 01/22/2007) |
| 01/22/2007 | 1088 | ORDER finding as "MOOT" 1080 Motion for Leave to Appeal In Forma Paulette Martin (1). Signed by Judge Roger W Titus on 1/18/07. (krc, De (Entered: 01/22/2007) |
| 01/25/2007 | 1093 | ORDER of USCA "CONSOLIDATING" USCA Nos. 06-4391(L), 06-43! 07-4059, 07-4060, 07-4062, 07-4063, 07-4080 and 07-4115 as to Paulette Learley Reed Goodwin, John Albert Martin, Jr, Reece Coleman Whiting, Bynum, Lavon Dobie, Lanora N. Ali, Craig Arnold Scott, Donna Conzuel 827 Notice of Appeal - Final Judgment, 793 Notice of Appeal - Final Jud; Notice of Appeal - Final Judgment, 1065 Notice of Appeal - Final Judgm Notice of Appeal - Final Judgment, 1073 Notice of Appeal - Final Judgm Notice of Appeal - Final Judgment, 1066 Notice of Appeal - Final Judgm Notice of Appeal - Final Judgment, 792 Notice of Appeal - Final Judgmen Deputy Clerk) (Entered: 01/25/2007) |
| 01/31/2007 | 1095 | ORDER of USCA "CONSOLIDATING" USCA Nos. 07-4059(L), 07-40( 07-4063, 07-4080 and 07-4115 as to Paulette Martin, Learley Reed Good Coleman Whiting, Derrek Lewis Bynum, Lavon Dobie, Lanora N. Ali re of Appeal - Final Judgment, 1063 Notice of Appeal - Final Judgment, 107 Appeal - Final Judgment, 1072 Notice of Appeal - Final Judgment, 1066 ] Appeal - Final Judgment, 1064 Notice of Appeal - Final Judgment (c/s) (k Clerk) (Entered: 01/31/2007) |
| 03/12/2007 | 1113 | ORDER of USCA "EXTENDING" court reporter, Sharon O'Neill time to transcript, without the imposition of sanctions, to 5/10/07 as to Paulette M |

Stamp: RECEIVED AUG 16 AM 9:48 US COURT OF APPEALS FOURTH CIRCUIT

| | | |
|---|---|---|
| | | Reed Goodwin, Reece Coleman Whiting, Derrek Lewis Bynum, Lavon D N. Ali re 1067 Notice of Appeal - Final Judgment, 1065 Notice of Appeal Judgment, 1063 Notice of Appeal - Final Judgment, 1073 Notice of Appe Judgment, 1072 Notice of Appeal - Final Judgment, 1066 Notice of Appe Judgment, 1064 Notice of Appeal - Final Judgment (c/s) (krc, Deputy Cle 03/14/2007) |
| 03/27/2007 | 1116 | ORDER of USCA "EXTENDING" court reporter, Gloria Williams time t transcript, without the imposition of sanctions, to 5/7/07 as to Paulette Ma Reed Goodwin, Reece Coleman Whiting, Derrek Lewis Bynum, Lavon D N. Ali re 1067 Notice of Appeal - Final Judgment, 1065 Notice of Appeal Judgment, 1063 Notice of Appeal - Final Judgment, 1073 Notice of Appe Judgment, 1072 Notice of Appeal - Final Judgment, 1066 Notice of Appe Judgment, 488 Notice of Appeal - Final Judgment, 1064 Notice of Appea Judgment, 514 Notice of Appeal - Conditions of Release (krc, Deputy Cle 03/27/2007) |
| 04/23/2007 | 1126 | ORDER of USCA (certified copy) "EXTENDING" court reporter Tracy I for filing the transcript, without sanctions, to 6/12/07 as to Paulette Martir Reed Goodwin, Reece Coleman Whiting, Derrek Lewis Bynum, Lavon D N. Ali re 1067 Notice of Appeal - Final Judgment, 1065 Notice of Appeal Judgment, 1063 Notice of Appeal - Final Judgment, 1073 Notice of Appe Judgment, 1072 Notice of Appeal - Final Judgment, 1066 Notice of Appe Judgment, 1064 Notice of Appeal - Final Judgment (c/s) (krc, Deputy Cle 04/25/2007) |
| 05/02/2007 | 1127 | TRANSCRIPTS(3) of Proceedings as to Paulette Martin et al, held on Jur August 1, 29, 2006 before Judge Roger W. Titus. Court Reporter: Gloria I (Filed Separately) (aap, Deputy Clerk) Modified on 11/14/2008 to correct date(rank, Deputy Clerk). (Entered: 05/02/2007) |
| 06/08/2007 | 1131 | MOTION for Final Order of Forfeiture by USA as to Paulette Martin, Lea Goodwin, Derrek Lewis Bynum, Lanora N. Ali and Exhibit AResponses ( 6/25/2007 (rank, Deputy Clerk) (c/s) (Entered: 06/12/2007) |
| 06/12/2007 | 1132 | TRANSCRIPT of Proceedings as to Paulette Martin, Learley Reed Goody Coleman Whiting, Derrek Lewis Bynum, Ruby Bertine Harden, Lavon D N. Ali held on July 11, 2006 and July 12, 2006 before Judge Roger W. Ti Reporter: Sharon O'Neill. (rank, Deputy Clerk) (Entered: 06/12/2007) |
| 06/13/2007 | 1133 | ORDER of USCA "EXTENDING" court reporter Tracy Dunlap's motion extension of time to file the transcript without the imposition of sanctions. Martin, Learley Reed Goodwin, Reece Coleman Whiting, Derrek Lewis I Dobie, Lanora N. Ali re 1067 Notice of Appeal - Final Judgment, 1065 N Appeal - Final Judgment, 1063 Notice of Appeal - Final Judgment, 1073 l Appeal - Final Judgment, 1072 Notice of Appeal - Final Judgment, 1066 l Appeal - Final Judgment, 1064 Notice of Appeal - Final Judgment (c/s) (k Clerk) (Entered: 06/13/2007) |
| 06/14/2007 | 1135 | ORDER of Forfeiture condemning and forfeiting all rights, title, and inter Paulette Martin, Learly Goodwin, Lanora Ali and Derek Bynum, and dire Homeland Security to dispose the property in accordance with law 1131 a |



PAULETTE MARTIN
>> LAW & Justice <<
S.f.f. Hazelton
P.O. BOX 3000
Bruceton Mills, WV - 26525
United States

US COURT OF APPEALS
%Patricia S. Connor Clerk
4TH Circuit
1100 E. MAIN Street #501
Richmond, VA - 23219 - 3517
United States