FILED: September 9, 2010

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 07-4059 (L)
(8:04-cr-00235-RWT)

_____

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

LEARLEY REED GOODWIN, a/k/a Goodie, a/k/a Lonnie Ross

    Defendant - Appellant

_____

O R D E R

_____

The Court grants the motion to extend filing time and extends the briefing schedule as follows:

Opening Brief and Appendix due: October 12, 2010

Response Brief due: November 3, 2010

Any Reply brief: 10 days from service of Response Brief.

*Further requests for extensions of time will be disfavored.*

For the Court--By Direction

/s/ Patricia S. Connor, Clerk