FILED: October 14, 2010

UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

_____

No. 07-4059 (L)
(8:04-cr-00235-RWT)

_____

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

LEARLEY REED GOODWIN, a/k/a Goodie, a/k/a Lonnie Ross

    Defendant - Appellant

_____

O R D E R

_____

Upon consideration of submissions relative to the motion to proceed with a deferred appendix pursuant to Rule 30(c) of the Federal Rules of Appellate Procedure, and the motion to extend the time for filing the opening brief, the Court grants the motions. The clerk shall establish a briefing schedule in accordance with this Court's procedures.

For the Court--By Direction

*/s/Patricia S. Connor, Clerk*