FILED: November 3, 2010

```
UNITED STATES COURT OF APPEALS
      FOR THE FOURTH CIRCUIT
```

_____

No. 07-4059 (L)
(8:04-cr-00235-RWT)

_____

UNITED STATES OF AMERICA

           Plaintiff - Appellee

v.

LEARLEY REED GOODWIN, a/k/a Goodie, a/k/a Lonnie Ross

           Defendant - Appellant

_____

O R D E R

_____

The Court grants the motion to extend filing time and extends the briefing schedule as follows:

    FRAP 30(c) Page-Proof Response Brief & service of Additional Designations due: 12/07/2010

    Appendix due: 12/22/2010

    Opening Brief, Response Brief, and any Reply Brief in Final Form due: 1/4/2011

For the Court--By Direction

/s/ Patricia S. Connor, Clerk