IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

Nos. 07-4059, 07-4060, 07-4062, 07-4063, 07-4080, 07-4115

UNITED STATES OF AMERICA,
Plaintiff-Appellee,

v.

LEARLEY R. GOODWIN, PAULETTE MARTIN, LANORA N. ALI,
REECE C. WHITING, DERREK L. BYNUM, and LAVON DOBIE,
Defendants-Appellants.

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNOPPOSED MOTION OF THE UNITED STATES
FOR EXTENSION OF TIME TO FILE APPELLEE'S BRIEF

Pursuant to Fed. R. App. P. 26(b), the United States of America, appellee herein, respectfully requests a 60-day extension of time, until Monday, February 7, 2011, to file its opening brief in these consolidated appeals. The reasons for the requested extension are set forth below.

1.   I, Daniel Steven Goodman, have been assigned to handle the above-captioned appeal on behalf of the appellee, United States of America. I had no involvement with the case in the district court and am not yet fully familiar with

the district court record. In that regard, the trial in this case lasted nearly three months. During the past month, I have made substantial progress in reading through the trial transcript, but I have not yet finished that time-consuming task.

2. There are six defendant-appellants in this case. Together they raise 16 issues, many with sub-parts, and their consolidated oversized brief totals approximately 40,000 words. It will take a substantial amount of time to research and draft an appellee's brief responding to a brief that raises so many issues.

3. While I plan to work diligently on this appeal during the next three months, I also have other litigation responsibilities. Those include preparing for the oral argument in <u>United States v. Halstead</u>, No. 09-7442 (4th Cir.) (argument calendered for December 7, 2010), and drafting several responses to petitions for writs of <u>certiorari</u> in the United States Supreme Court. Additionally, I have scheduled leave time during the weeks of the Thanksgiving and Christmas holidays.

4. The government's brief in this case is currently due on December 7, 2010. Given my prior lack of familiarity with the record in this case and my other work-related responsibilities, I believe that an additional 60 days is necessary for me to draft the government's brief in this case and to have it reviewed by supervising attorneys. Absent major unforeseen circumstances, I do not believe that I will need additional time, beyond one 60-day extension, to file the appellee's brief in this case.

5. The United States has not previously requested an extension of time to file

its brief in this case. The appellants received nine extensions of time to file their opening brief in this case.

      6. I have contacted Michael D. Montemarano, counsel for Paulette Martin and lead appellate counsel for all the appellants. Mr. Montemarano has stated that he would not oppose the government's request for an extension of time. Mr. Montemarano, as lead counsel for the appellants, represented that he could speak for all the defendants-appellants in that regard.

      7. The defendants-appellants are all currently in custody, serving prison terms ranging from 10 years to life imprisonment.

      Wherefore, the United States respectfully requests an extension of time of 60 days, until February 7, 2011, to file the appellee's brief in this case.

                            Respectfully submitted,

By:   */s/ Daniel Steven Goodman*
      DANIEL STEVEN GOODMAN
      Appellate Section, Criminal Division
      U.S. Department of Justice
      Main Justice Building, Room 1264
      950 Pennsylvania Avenue, N.W.
      Washington, D.C. 20530
      Telephone: (202) 514-2338
      Facsimile: (202) 305-2121
      E-mail: dan.goodman@usdoj.gov
      Attorney for the United States

November 3, 2010

## CERTIFICATE OF SERVICE

I, Daniel Steven Goodman, do hereby certify that on November 3, 2010, I caused to be served by the electronic case filing (ECF) system a true and correct PDF copy of the Unopposed Motion of the United States of America for Extension of Time to File Brief upon the following individual:

>Michael D. Montemarano, P.A.
>5695 Main Street, Suite 201
>Elkridge, MD  21075-5016
>telephone:  (410) 379-0067
>lead attorney for defendants-appellants

>*/s Daniel Steven Goodman*
>DANIEL STEVEN GOODMAN
>Appellate Section, Criminal Division
>U.S. Department of Justice