FILED: November 3, 2010

```
           UNITED STATES COURT OF APPEALS
               FOR THE FOURTH CIRCUIT
```

_____

No. 07-4059 (L)
(8:04-cr-00235-RWT)

_____

UNITED STATES OF AMERICA

                Plaintiff - Appellee

v.

LEARLEY REED GOODWIN, a/k/a Goodie, a/k/a Lonnie Ross

                Defendant - Appellant

_____

O R D E R

_____

The Court grants the motion to extend filing time and extends the briefing schedule as follows:

    FRAP 30(c) Page-Proof Response Brief & service of Additional Designations due: 02/07/2011

    Appendix due: 02/22/2011

    Opening Brief, Response Brief, and any Reply Brief in Final Form due: 03/07/2011

                              For the Court--By Direction

                              <u>/s/ Patricia S. Connor, Clerk</u>