UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT

REECE COLEMAN WHITING, JR.

    PETITIONER,

v.                                           APPEAL NO. 07-4063

UNITED STATES OF AMERICA,

    RESPONDENT.

_____/

FILED NOV 15 2010 US Court of Appeals 4th Circuit

RECEIVED 2010 NOV 15 AM 10:06 U.S. COURT OF APPEALS FOURTH CIRCUIT

MOTION TO DECONSOLIDATE PETITIONERS APPEAL

FROM HIS CO-DEFENDANTS

    COMES NOW, Reece Whiting Jr. (Petitioner) in the above styled cause, respectfully moves this Honorable Court to grant Deconsolidation pursuant to Fourth Circuit Court Rules.

    Petitioner seeks Deconsoliation because there has been an inordinate request for enlargement of time in which to file the consolidated appeal by several defense counsels. No request for enlargement of time has been requested by Marc G. Hall, Counsel for Petitioner.

    All Defendants were sentenced by December 2006. It will be four years, December 2010, and no ruling because of the request for enlargements (delays) to file the Appeal.

    The Petitioner is 70 years of age and in questionable health. The Petitioner is trying to receive the Constitutional hearing due him, before his <u>demise</u> and renders the issue moot.

## CONCLUSION

WHEREFORE, Petitioner prays this Honorable Court to Grant "Deconsolidation" of his case from his Co-Defendants, in the interest of Justice.

## CERTIFICATE OF SERVICE

PETITIONER posted by U.S. Mail a copy of the foregoing motion with affixed postage this ___5th___ day of November 2010 to:

Defense Counsel
Marc G. Hall
Attorney at Law
Hall and Cho, P.C.
Suite 310
Rockville, Maryland 20850

Lead Assist U.S. Attorney
Deborah A. Johnson
6500 Cherrywood Lane
Suite 400
Greenbelt, Maryland 20770

Lead Defense Counsel
Michael D. Montemanrano, P.A.
5695 Main Street, Suite 201
Elkridge, Maryland 21075-5016

Assistant U.S. Attorney
Bonnie S. Greenberg
36 S. Charles Street
Baltimore, Maryland 21201

Respectfully submitted,

_Reece Coleman Whiting_

Reece Coleman Whiting, Jr.
Reg. No. 12607-198
FCC Coleman USP 1
P.O. Box 1033
Coleman, FL 33521-1033

Reece C. Whiting, Jr
Reg# 12607-108
P.O. Box # 1033
Unit # W-110
U.S.P. #1
Coleman, Florida
    # 33521-1033




Ms. Patricia S. Connor
Clerk
United States Court of Appeals
4th Circuit
Lewis F. Powell Jr. U.S. Courthouse
       Annex
1100 E. Main Street, Suite #501
Richmond, Virginia #23219-3517

DATE
INITIALS

THE ENCLOSED LETTER WAS PROCESSED THROUGH
SPECIAL MAILING PROCEDURES FOR FORWARDING
TO YOU. THE LETTER HAS BEEN NEITHER OPENED
NOR INSPECTED. IF THE WRITER RAISES A
QUESTION OR PROBLEM OVER WHICH THIS
FACILITY HAS JURISDICTION, YOU MAY WISH TO
RETURN THE MATERIAL FOR FURTHER
INFORMATION OR CLARIFICATION. IF THE
WRITER ENCLOSES CORRESPONDENCE
FOR FORWARDING TO ANOTHER ADDRESSEE,
RETURN THE ENCLOSURE TO THE ABOVE ADDRESS.

RECEIVED
NOV 5