Filed: November 16, 2010

**UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT**
1100 East Main Street, Suite 501
Richmond, Virginia 23219-3517
www.ca4.uscourts.gov

———————————————

DOCUMENT TRANSMITTAL

———————————————

No. 07-4063, <u>US v. Reece C. Whiting</u>
8:04-cr-00235-RWT

TO: Reece Coleman Whiting, Jr.

Receipt is acknowledged of the documents recently transmitted to the Court. We have forwarded these documents to your attorney, who will act in your behalf. All future correspondence, including motions, should be sent to your attorney.

Sharon A. Wiley
Deputy Clerk
804-916-2704