FILED: November 24, 2010

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 07-4063
(8:04-cr-00235-RWT)

_____

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

REECE COLEMAN WHITING, JR., a/k/a Guy Counts, a/k/a Cups, a/k/a
Dino Whiting

Defendant - Appellant

_____

O R D E R

_____

The Court defers action on the motion for leave to file a

pro se supplemental brief, with proposed pro se supplemental

brief, pending consideration of the appeal on the merits.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk