Filed: January 11, 2011

**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**
1100 East Main Street, Suite 501
Richmond, Virginia 23219-3517
www.ca4.uscourts.gov

_____

RESPONSE REQUESTED
_____

No. 10-5301 (L), US v. Paulette Martin
8:04-cr-00235-RWT-1

**RESPONSE DUE: January 24, 2011**

TO:  Marc Gregory Hall, Esq. (Counsel for Reese Whiting)
     Daniel S. Goodman, Esq.
     Deborah A. Johnston, Esq.

Responses are required to the motion for consolidation.
Responses must be filed by the response due date shown in this
notice.

Sharon A. Wiley
Deputy Clerk
804-916-2704