FILED: January 25, 2011

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 10-5301 (L)
(8:04-cr-00235-RWT-1)

_____

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

PAULETTE MARTIN, a/k/a Paulette Murphy, a/k/a Paulette Akuffo, a/k/a Paula Murphy, a/k/a Auntie

    Defendant - Appellant

_____

O R D E R
_____

  Upon consideration of submissions relative to the motion to consolidate Case Numbers 10-5301(L) and 07-4059(L), the Court denies the motion.

        For the Court--By Direction

        /s/ Patricia S. Connor, Clerk