FILED: January 26, 2011

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 07-4059 (L)
(8:04-cr-00235-RWT-3)

_____

UNITED STATES OF AMERICA

        Plaintiff - Appellee

v.

LEARLEY REED GOODWIN, a/k/a Goodie, a/k/a Lonnie Ross

        Defendant - Appellant

_____

O R D E R

_____

Upon consideration of appellee's unopposed motion to exceed the length limitations for briefs, the Court grants leave to file a brief not in excess of 35,000 words.

For the Court

/s/ Patricia S. Connor, Clerk