Reece C. Whiting, Jr.
Reg # 12607-198
P.O. Box # 1033
Unit # U-110
U.S.P. # 1
Coleman, Florida # 33521-1033

February 16, 2011

Patricia S. Connor
Clerk
United States Court of Appeals
4th Circuit
Lewis F. Powell Jr.
U.S. Courthouse Annex
1100 E. Main Street
Suite # 501
Richmond, Virginia
# 23219-3517

FILED
FEB 23 2011
U.S. Court of Appeals
Fourth Circuit

RECEIVED
2011 FEB 23 AM 9:57
U.S. COURT OF APPEALS
FOURTH CIRCUIT

Re: Dist. Ct # RWT-4-50235
App. Ct # 07-4063

Dear Ms. Connor,

The attorneys filed a consolidated appeal for me and my co-defendants on November 4, 2010. I also filed a supplemental brief on November 15, 2010.

Would your office be so kind as to send me a tracking sheet, so I can know the scheduling of my appeal.

Thank you,
Reece C. Whiting

⇦12607-198⇦
Reece Whiting Jr.
Fcc-usp PO BOX 1033
Coleman, FL - 33521
United States

⇦12607-198⇦
U S Court House
1100 E MAIN ST
Richmond, VA - 23219
United States

23219+3538

ATT: PATRICIA S. CONNOR
CLERK
STE #501

SAINT PETERSBURG FL
FIRST CLASS FOREVER