UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
**CERTIFICATE OF CONFIDENTIALITY, LOCAL RULE 25(c)**

No. _____   Caption: _____

_____
(appellant, appellee, petitioner, respondent, other)

certifies the following information regarding sealing of the document(s) described below:

1. Identify document(s) filed (e.g., appendix volume, opening brief, motion):

   _____

2. Is sealing of document(s) necessary?

   [ ] No
   [ ] Yes, to protect material sealed by district court/agency
   [ ] Yes, to protect personal data identifiers

3. Have redacted copies of document been filed: *[For sealed briefs and motion papers, counsel must file (i) a sealed version of the document (marked SEALED, with sealed material highlighted, and accompanied by a certificate of confidentiality or motion to seal) and (ii) a public version (with sealed material redacted). Use SEALED BRIEF FILED or SEALED DOCUMENT OR MOTION FILED and certificate of confidentiality filed entries for electronic filing. Also file four paper copies of sealed version of briefs, together with usual number of public version of briefs.]*

   [ ] Yes          [ ] No

4. Has sealed record material been separated from unsealed record material and placed in a separate, sealed volume of the appendix: *[For sealed appendices, counsel must place sealed material in a separate volume of the appendix, marked SEALED, and file four paper copies with certificates of confidentiality in envelopes marked SEALED. Use Notice of paper filing and certificate of confidentiality filed for electronic entries.]*

   [ ] Yes          [ ] No

5. Date(s) of order(s) sealing the material or, if there is no order, the authority relied upon to treat the material as sealed:

   _____

6. Terms of order sealing the material, including whether documents were filed ex parte or in camera (if filed ex parte, envelope and front of document must be marked SEALED and EX PARTE):_____

   _____

_____                    _____
(date)                                                          (signature)