Feb. 21, 2011

The Honorable U.S. Federal Court of Appeals for the fourth Circuit
Re: Appeal #8:04-CR-00235-RWT
RE: La'Von Dobie Appeal #07-4115 Supplemental Motion

I La'Von Dobie come forth to humbly ask this Honorable Court to accept this supplemental motion; in spite of its informal nature. In addition to any and all other motions filed by my attorney in this matter.

REPLY ARGUMENTS TO THE GOVERNMENTS BRIEF


FILED
FEB 28 2011
U.S. Court of Appeals
Fourth Circuit

1. Listed as [C] under Overview:

   C. Bynum and Dobie Purchased Resale Quanties of Drugs from Martin....pg.13-15

2. Listed as; Sufficiency and Related Issues...pg. 31

   II. The evidence supported Dobie's section [924 c] Conviction[Defendants IssueVIII

   A. Standard of Review...pg.31

   B. The evidence Tied Dobie's Firearms to the Herion she Received from Martin

3. Listed as : XIII. The District Court did not clearly ERR in denying DOBIE a minor role adjustment when calculating her Advisory Sentencing Guidelines Range. [Defendants Issue IV...pg.101-103

   A. Standard of Review...101
   B. The district Court Rejects Dobie's Request For A Minimal or Minor Role Reduction in her Offense Level...102

   C. The district Court Properly Declined To Reduce Dobie"s offense Level, because Dobie's was not a Minor participant in the Drug Conspiracy...104

U.S. COURT OF APPEALS
FOURTH CIRCUIT
2011 FEB 28 AM 9:56
RECEIVED

STATEMENT OF FACTS/ARGUMENTS
RELATING TO GOVERNMENTS
BREIF

1. I never sold any drugs nor did i give any to my then minor son [Ta'Vaughn Dobie] who present at the time of my arrest. My son was not arrested or charged in this case, nor was he named in the governments indictment. No evidence supports the governments claim "I purchased drugs from Martin some of which they fabricate I gave to my then 17 year minor son Ta'Vaughn.

I indeed purchased small amounts of cocaine from Martin to supply my own habit. Under no circumstances did Martin front me any drugs for resale nor does any evidence in this case supports the governments fabricated claims/theories.
I purchased from Martin powdered cocaine from her residenceon Hayward as well as at her school Paula School of Performing Arts located on South Dakota Ave. in Wash. D.C. as the government stated in their breif. I under no cicumstances relied on Martin to supply me with drugs I would cop from whoever had the best product and it was not always Martin who had the best she definitely have had cocaine that I did not like due to dk burning my nose.

I met Paulette Martin in August of 20003 through Anthony 'Tony' Hall who introduced Martin to me as his girlfriend. The government has fabricated I was involved in this conspiracey since 2000, which is absolutely impossible for me because I had not yet become acquainted with Martin and to my knowledge 'Tony' had not yet been released from federal prison: and to my knowledge when I met Martin he was just recently from prison and possibly still in a halfway house. The government interviewd him Mr. Anthony 'Tony' Hall after my arrest on June 1,2004 so I am sure he told them I indeed met Paulette Martin through him and was not apart of her conspiracy and nor did I sell drugs for anyone and that he brought her to my home because I had of $12,000

diamond earrings for sale that I had stolen. Martin actually purchased the earrings or should I say Tony purchased them for her because he handed me the money.

I have been using drugs off and on periodically since 1982 many years prior to meeting Martin in 2003, so I reiterate under no circumstances did I rely on Martin to supply me with drugs nor did she front me any drugs for resale or otherwise. I hustled to support my drug habit by saling stolen jewelry, stolen furs and committing credit card fraud I even had a pending charge in Henrico County, Virginia at the time of my arrest for stolen furs that the government chose not to mention to the jurors or this Honorable Court in the breif. I mention this to further support that I wasnot apart of this conspiracy and drugs I obtained from Martin surely was not for resale as the government claims. See my extensive criminal history in which I am not proud of but it clearly confir the nature of the crimes I have committed due to my addictions and poor choices. I have never been a drug saler and the police notes during this investigation that I obtained from The freedom Act via US Department of justice cleary stated I used drugs, stole furs, jewelry, credit fraud, carried guns but it mentioned nothing about me ever selling drugs. See that enclosed copy of their own report. I have suffered from the disease of addiction for many years. I pray I have Permanently arrested my addiction since being incarcerated on this case since June 1,2004. The government states also that I supplied my husband Goldie J. DObie Jr. who was not charged or named in this case or in this indictment with crack ordered from Martin. To my knowledge Mr. Dobie was not using crack cocaine or any other narcotic at the time of my arrest. One thing for certain he was available for arrest on crack cocaine charges and in this conspiracy but he was instead arrested for possessing the same guns I have now received a 60 month consecutive sentence in the state of Maryland two years later for. Mr. Dobie was charged in the District of Columbia on June 1,2004 for these same guns that I have been convicted of in the state of Maryland ,his charges was dropped in DC. I was told if testified on his behalf I would be charged with the guns and I indeed was charged in 2006 for the same exact guns as my ten attorney Elita Amato stated I would be and she advised me not to testify but I was tired of the government fabricating the truth and threatening me. Just as they have failed to convey all tis to

this Honorable Court in their brief. I admit I was dual addicted to snorting cocaine and herion. I definitely purchased powder cocaine from Martin but I never Purchased herion or crack despite my being found guilty of 5 grams of crack/ etc. by the jurors who were forced select an amount off of an sheet created by the government that did not give them any other options all though the evidence did not support some of the listed amounts. Just as the government speaks in their appeal of the 11.63 grams of herion the jurors did not have the liberty of charging me with just 11.63 grams they found ~~my guilty of the lowest option~~ available to them 50 but not more than 500 if my memory serves me correctly. This same herion tested negative in my home on June 1,2004 but sometime after my arrest and during the two years I awaited trial this herion became positive. This is the same herion that was found under our bed in a large white boot box with a letter addressed to Mr.Goldie Julian Dobie in the box.The government also has a the wiretap thatconfirms Martin was seeking a conncet for herion from my husband and they have the recording where i relied his and her questions back in forth. He was not able to get her any herion either. The 11.63 grams of herion that the government now claims I got from Martin I urge You to see the wiretap relating to this call. Never once did MArtin say do you have any more of the herion that you got from me ,she asked if I knew where she could get some from. She asked did I know where she could get some herion . I have never denied my addiction and I assumed she was trying topurchase herion for boyfriend John Martin, who snorted herion; although she did not know I knew he was snorting due to my being an addict I could tell he was a using. There is no evidence to support or sold herion either.

2. Officers indeed executed a search warrant at my home on June 1,2004 at 7427 9th st. N.W. , in Washington,DC. 20011. They definitely seized two handguns out of a cracker box containing onl the two guns Mr. Dobie was initially charged with in DC and then me two years later in the of Maryland as i stated previously. The white large box that was seized is the box that contained the 11.63 grams of powdery substance that intially tested negative when detective Paplia, performed his field test in my home on june 1,2004 but that same stuff turned positive after my arrest and the violation hearing of my husband in the Baltimore federal court on April 6,2005. he

Detective Papila also tested in Federal Court of Baltimore in front of Honorable Judge Garbin at the Violation hearing of my husband Goldie Dobie Jr. on April 6, 2005 about those same 11.65 grams of herion testing negative when he performed the field test on June 1, 2004, he also testified if any drugs were found at all they were consistent with a small amount for personal use !!this was his testimony under oath, and if you review the court transcripts when he testified in 2006, at my trial when he was asked if this was the 11.65 grams he seized he never answered yes. Please check, I insisted my then Attorney question him and make him answer but he did not  Peter Ward was my Attorney  I was a known gambler, theft of furs and jewels as the investigation revealed in this case. the guns I had under my bed were <u>definitely not connected to this conspiracy nor did I need them for protection relating to any drugs.</u>  I honestly took the guns from my son and the swab check DNA tested confirmed the DNA was consistent with mine but the governments DNA expert also reach the conclusion the DNA could have also been my sons because him sharing my DNA also. The government failed to include this pertinent fact to this Honorable Court. The guns in this case have no connection with any drugs nor does the herion have any connection to Martin. Any Herion I brought came from other sources in various location not to exclude open air markets as I testified.  Please review government calls relating to Herion and Guns and know that the guns have no revelance to this case.  <u>I Do Not Deny</u> I purchased Cocaine from Martin or that she called me to find out if could get her some herion.  Note that I said all I had was about 11 grams for myself, I definitely was not going to sell any of mine.

The government made the 11.65 grams of cut turn into herion to support their concocted theory and coincide with my comment to Martin.  If I could have found some herion for Martin I would have because it would have allowed me to get some more dope for myself.  Definitely No Dope of mine herion or cocaine would have

been under a bed of mine oppose to being kept on me personally or in my nightstand drawer so it would be easily accessible for my personal use.

3. The District Court Indeed Err in denying Dobie a minor Role Adjustment when calculating my, Dobie's, Sentencing Guideline Range.

    1. I Dobie never was convicted of perjury and the Probation Office did not have authority to assume I lied about anything due to my testimony not coinciding with the governments theory. Most importantly Honorable Judge Titus did not impeach me or charge me with purjury or anything else to support the enhancement.

    2. I submit as evidence that not only did I not purchase herion from Martin, I did not possess any guns in connection with this conspiracy and I did nothing other than purchase powder cocaine and stated I did not know where Martin could find a source for herion and relied that my husband didn't know a source she could get cocaine from [the government has that recording too.]

I am enclosing with this Supplemental Motion "Montgomery County Police Department wire taps report to confirm that Martin and Gwendolyn Levi [Did not want me in their business which proves I was not apart of their conspiracy, the guns were not connected, I did not conspire or sell drugs for Martin, Levi or Goodwin in spite of my Jury conviction. Also find the wiretaps confirming Martin joked about me having a gun. The goverment failed to disclose this pertinent information to the Honorable Fourth Circuit as well.

In Conclusion:

I re-iterate the 924 [c] conviction must be vacted as this Honorable Court addressed this point in United States vs Randall 171 F.3d 195 '4th Circuit 1999.

Also due to the fact martin and Levi did not want Dobie in their business [Drug Conspiracy]. I have enclosed wiretapps government has numerous calls to support that Dobie was considered a nuisance to Martin which clearly dictates she was a buyer. In support of the evidence from the wiretapps and etc. This Honorable Court should vacate the entire conviction relating to Dobie. Nonetheless Dobie is entitled to the mitigating role reduction pursuant to 3B.12 and thereby imposed an unreasonable sentence. This Honorable court must remand this conviction back to the district judge to make findings on the mitigating role adjustment consistent with the facts in evidence. If this Honorable Judge [court] can not vacate the conviction.

In futher conclusion I La'Von Dobie, humbley ask this Honorable Court to seek clarity as needed and consider this motion along with all other motions submitted by my now Attorney Alan Dubois.

Also due to the fact the Sentencing Court acknowledged my motion for a fast and speedy trial. In which the government stated they would honor and allow me to be tried with the first group but failed to honor the agreement while violating my constitutional right. I ask this Honorable Fourth Circuit Court of Appeals to Vacate my sentence and conviction in its entirety.

Respectfully,

La'Von Dobie #38360-037
SFF-HAZ (J2-120L)
P.O. Bx 3000
Bruceton Mills, WV 26525



Handwritten annotations:
- Copy Received from Attorney Elita Amato with scribble already on them
- This one confirms what Gwen/Paule didn't not in it

Page content (rotated 90°) — Montgomery County Police Department Surveillance Log:

**MONTGOMERY COUNTY POLICE DEPARTMENT**
REPORT NAME: CHRIS ELSUR LOG  PAGE #: 25
RUN DATE: 06/28/2004  RUN TIME: 14:27:90

| # | Target Number | Dialed Name | Direction | Date | Time | Monitor Id | Minimization | Duration | Conversation |
|---|---|---|---|---|---|---|---|---|---|
| 5 | (202) 277-17?? | WALKER, RONDI KATHLEEN+M'D | Outgoing | 03/24/2004 | 09:48:05 | URICH | No | 00:00:27 | Paulette calls Dr. [redacted], says that she has a 10 a.m appointment with Dr. [redacted] and that Dr. [redacted] isn't there. UF replies that the doctor is on her way there. Non Pertinent |
| 6 | (202) 277-17?? | PAULA S SCHOOL OF PERFORMING A | Outgoing | 03/24/2004 | 09:50:48 | URICH | No | 00:00:49 | Caller checks [redacted] voice mail messages. Message #1 - L?I calls and asks caller to call him back. Message saved. Message #2 - Ron (??good) leaves a message for Paulette. Message erased. Non Pertinent |
| 9 | (202) 277-17?? | 497-1373 | | | | | | | Paulette Martinicali/Gwen and hangs up when voice mail answers the call. |
| | (202) 277-17?? | (301) 270-?455 | CARTER, BERNICE | Outgoing | 03/24/2004 | 11:11:29 | URICH | No | 00:00:47 | Non Pertinent |
| 0 | (202) 277-17?? | AMERICAN FORECLOSURE ASSISTAN | Outgoing | 03/24/2004 | 11:34:18 | URICH | No | 00:01:14 | Paulette Martin?cali?? and asks him if he told the "lie" yet. She asks if he told her not to tell anyone. Paulette tells [redacted] that she's at Midatlantic (a deli). Non Pertinent |
| 2 | (202) 277-17?? | IN- (202) 497-1373 | CARTER, BERNICE | Incoming | 03/24/2004 | 11:41:24 | URICH | No | 00:02:35 | [redacted] calls Paulette Martin. [redacted] that Becky called her late at night to ask for Gwen's number and wanted to contact Larry too. Gwen warns Paulette not to let Becky into her business. Gwen tells Paulette that she didn't tell Becky anything (e.g., who's she's dating) because she's the kind of person who would disclose it to others. Paulette says that, later on, she change all her [redacted] numbers and Becky won't be able to reach her. Paulette asks if Gwen "heard anymore out of her paperwork." Gwen replies that she has not. Pertinent |
| 3 | (202) 277-17?? | (240) 46?-1831 | MARTIN, JOHN (D*) | Outgoing | 03/24/2004 | 11:44:23 | URICH | No | 00:01:31 | Paulette Martin?cali, John Martin and tells him that she's at Midatlantic and is going to drop Brandy/Granny at home. Paulette will talk to him later. Non Pertinent |
| 14 | (202) 277-17?? | 489-188? | ELMO SESAME ST (PRE-PAID) | Outgoing | 03/24/2004 | 11:46:16 | URICH | No | 00:00:29 | [redacted] and tells him that he can come over to her place. [redacted] says he's leaving now. Pertinent |

REPORT NAME : CHRIS' ELSUR LOG    PAGE # : 22
RUN DATE : 06/25/2004    RUN TIME : 13:25:15

| # | Number Dialed | Dialed Name | Direction | Date | Time | JRICH | Pertinent | Duration | Minimization |
|---|---|---|---|---|---|---|---|---|---|
| 76 | (301) 27_-90_ | NO SUBSCRIBER | Outgoing | 03/11/2004 | 12:35:41 | JRICH | No | 00:00:15 | Non Pertinent |
| 79 | (202) 9_-3414 | WALKER, MILBURN JR | Outgoing | 03/11/2004 | 12:36:35 | JRICH | No | 00:00:42 | Pertinent |
| 80 | (202) 2_-3572 | BELCHER, MARAGARET | Outgoing | 03/11/2004 | 12:39:25 | JRICH | No | 00:00:18 | Pertinent |
| 81 | 1-(631) _-3941 | ZANGLER-ROJAS, ESTHER | Outgoing | 03/11/2004 | 12:41:56 | JRICH | Yes | 00:04:46 | Non Pertinent |
| 82 | (202) 5_-7326 | MTS | Outgoing | 03/11/2004 | 12:46:42 | JRICH | No | 00:01:18 | No Conversation |
| 83 | | DOBIE, G AND L | Outgoing | 03/11/2004 | 12:48:20 | JRICH | No | 00:00:19 | Non Pertinent |
| 84 | | | Outgoing | 03/11/2004 | 12:49:54 | JRICH | Yes | 00:14:36 | Pertinent |
| 86 | (301) 27_-90_ | NO SUBSCRIBER | Outgoing | 03/11/2004 | 13:04:39 | JRICH | Yes | 00:00:55 | Non Pertinent |
| 87 | (301) 27_-90_ | NO NUMBER DIALED | Outgoing | 03/11/2004 | 13:05:34 | JRICH | Yes | 00:06:23 | Non Pertinent |

84 Paulette calls Becky, telling her that she left $45 at her place. Paulette tells Becky that "he" called her and put him on the phone. "He" is trying to "hook her up" with JR. Paulette says that "he" is the waterfront and that "he" is a good Becky was shaking. Paulette jokes that she should get him a legit job and spot checked due to personal, natural. Paulette relays the conversation to Tony ///Minimized and spot checked due to personal, natural// Paulette relays that "he"(meaning to Tony)told her that he'd call her. //Paulette tells 3rd talks// Paulette says that she wants him (referring to Tony) to stop calling her. She says he is a pitiful man. Paulette says that "he" claimed that "she" gave him her cell phone number but that "he" had replaced it. Paulette says that she told him that Mary Carroll is her real estate "daughter. Paulette claims that "he" (referring to Tony) said that he had the nice suit on from Nordstrom. Paulette corrected him and told him that the suit she bought him came from Neiman Marcus, not Nordstrom.

85 Paulette warns UF that they need to "step on him together" because, otherwise, they won't get paid. She said she wants to one day "pop the fucker up." Paulette says that both of "them" are us and that "he" talked badly about JR. UF replies that "he" is a cold-blooded killer.//Call disconnected//

86 Paulette tells Becky that "he" (referring to Tony) claimed to have changed his mind and that he no longer wanted to move with Cristal, and that he wanted to reunite with Paulette since their anniversary was approaching. Paulette brags that she told Tony that he missed his chance with her and that she wouldn't want him if he was the last man on earth//Call disconnected//

87 Paulette tells Becky that she doesn't want to be his friend. Paulette says that, based on what she said to Tony, she's surprised Tony even talks to her. Paulette suspects that Tony will talk of other women to make Cristal jealous. Becky says that Cristal is a loose woman. Paulette tells Becky that she has the $45 that Becky left at her (Paulette's) house. Becky asks Paulette to return her picture. Paulette says that a white girl named Jenny/Janet is coming and suspects that she will want Paulette to play music on the piano for her.

REPORT NAME : CHRIS' ELSUR LOG　　PAGE # : 5
RUN DATE : 06/25/2004　　RUN TIME : 13:25:02

| Target | Number Dialed | Dialed Name | Direction | Date | Time | Monitor Id | Minimization | Duration | Conversation |
|---|---|---|---|---|---|---|---|---|---|
| Sakala | ████ | ████ | | | | | | | |
| Sakala | (301) 270-████ | NO SUBSCRIBER | Outgoing | 03/09/2004 | 06:48:27 | SAKALC | No | 00:00:45 | Non Pertinent |
| Sakala | (301) 270-████ | ████ | Outgoing | 03/09/2004 | 06:49:35 | SAKALC | No | 00:01:15 | Non Pertinent |
| Sakala | (301) 855-0035 | ALI-GARNER, LA NORA | Outgoing | 03/09/2004 | 06:59:37 | SAKALC | No | 00:00:46 | Non Pertinent |
| (Case Agent Note ████) | | | | | | | | | |
| Sakala | (202) 55█-█231 | JOHNSON, J A | Outgoing | 03/09/2004 | 07:00:46 | SAKALC | Yes | 00:00:42 | Non Pertinent |
| Spkala | NO NUMBER DIALED | | | 03/09/2004 | 07:01:30 | SAKALC | Yes | 00:00:24 | Non Pertinent |
| Sakala | (301) 270-████ | | Outgoing | 03/09/2004 | 07:01:54 | SAKALC | No | 00:01:33 | Non Pertinent |
| *PM and UF talking about watching the sniper sentencing.* | | | | | | | | | |
| Sakala | NO NUMBER DIALED | NO SUBSCRIBER | | 03/09/2004 | 07:24:05 | URICH | No | 00:02:00 | Non Pertinent |
| *Paulette calls UF and mentions Paul. Paulette complains that Becky called her in the middle of the night. Paulette adds that she asked Becky whether she called Lenora and told her that Lenora doesn't have money for jewelry. Paulette comments that people don't buy furs and diamonds every day, to which UF agrees. Paulette complains that she got stuck with a $3,000 coat. Paulette mentions that ████ going to ████ the other one tomorrow.* | | | | | | | | | |
| ████ | (301) 270-████ | ████ | Outgoing | 03/09/2004 | ████ | URICH | No | 00:02:16 | Pertinent |
| ████ | (800) █-9187-178 | CONSECO | Outgoing | 03/09/2004 | 08:06:59 | URICH | No | 00:02:41 | Pertinent |

UU1█28

MONTGOMERY COUNTY POLICE DEPARTMENT
REPORT NAME : CHRIS' ELSUR LOG　　PAGE # : 228
RUN DATE : 06/25/2004　　RUN TIME : 13:28:21

| Call # | Target | Number Dialed | Dialed Name | Direction | Date | Time | Monitor Id | Minimization | Duration | Conversation |
|---|---|---|---|---|---|---|---|---|---|---|
| 43 | (301) 270-9007 | 1-(800) 365-0787~1 | | Outgoing | 04/09/2004 | 11:46:05 | DOBELZ | No | 00:01:16 | Non Pertinent |
| 44 | (301) 270-9007 | 1-(800) 365-0787 | | Outgoing | 04/09/2004 | 11:47:22 | DOBELZ | Yes | 00:01:04 | Non Pertinent. Paulette Martin calls Dana. PM asks to speak with Dana, line gets messed up, PM hangs up. |
| 45 | (301) 270-9007 | 1-(800) 365-0787 | | Incoming | 04/09/2004 | 11:56:04 | DOBELZ | No | 00:00:12 | Pertinent. Paulette Martin calls Dana. PM wanted to go over her order placed in November. |
| 46 | (301) 270-9007 | 1-(800) 323-8764~11802863 | | Outgoing | 04/09/2004 | 12:00:16 | DOBELZ | No | 00:05:20 | Pertinent. PM calls Guarentee calling guarentee life insurance. PM is checking on her premium amount, on a policy. $14,375 Policy anniversary date nov. 14th. Policy # 86286312. calling for her brother sent for charge of beneficiary form. says her brother was in Africa, and she was checking on the matter. |
| 47 | (301) 270-9007 | | | Outgoing | 04/09/2004 | 12:36:49 | DOBELZ | No | 00:00:37 | Non Pertinent. Paulette Martin calls Dana. Leaves message for Dana to call her back. |
| 148 | (301) 270-9007 | | | Incoming | 04/09/2004 | 13:05:43 | IRICH | No | 00:01:39 | Non Pertinent. Courice Martin (Paulette's son) calls Paulette Martin. Courice tells her that he's waiting for his truck to be repaired, that it cost $6,000 to repair the truck and that the people owe him another $500. Courice asks Paulette if she needs anything. She replies that she does not. Paulette asks about Paul. Courice mentions that he and others are planning to go the the Beyonce concert and that Beyonce and Jay-Z are coming into town (to perform) tomorrow. Courice tells Paulette that Theresa got in an accident today--a bus hit her. |
| 149 | (301) 270-9007 | (202) 682-3738 | DOBIE, G AND L | Outgoing | 04/09/2004 | 13:12:44 | IRICH | No | 00:04:29 | Pertinent. //Only one side of the conversation can be heard.//Audio problems.//Static// Paulette Martin calls Goldie and asks to speak to his wife, Becky. Paulette mentions that she wants Becky to sign a name on something for her. |
| 150 | (301) 270-9007 | NO NUMBER DIALED | | | 04/09/2004 | 13:17:16 | IRICH | No | 00:00:03 | No Conversation |
| 151 | (301) 270-9007 | (240) 687-3172 | KING, CHARLES | Outgoing | 04/09/2004 | 13:17:25 | IRICH | No | 00:00:47 | Non Pertinent |
| 152 | (301) 270-9007 | (240) 687-3172 | KING, CHARLES | Outgoing | 04/09/2004 | 13:18:14 | IRICH | No | 00:01:08 | Pertinent. Caller hangs up when voice mail answers. Paulette recognizes that Bob wanted to come over. Paulette Martin calls Bob and leaves him a cell phone message, stating that she is on her way to the post office and will be back home shortly. |
| 153 | (301) 270-9007 | | | Incoming | 04/09/2004 | 13:19:58 | IRICH | No | 00:00:50 | Non Pertinent. //Call waiting heard.// Claude Arnold calls Paulette Martin. Claude says he has a few more dollars that he did yesterday but he wants to wait another hour or two in order to give Paulette more and get more this time. Paulette tells Claude that she's going to the post office down the street on New Hampshire Blvd. and will be back. |
| 154 | (301) 270-9007 | | | Incoming | 04/09/2004 | 13:20:48 | IRICH | No | 00:00:59 | Pertinent. John Martin calls Paulette Martin during his break to check in with her. He tells Paulette about his bus route. He says he'll call her back later. |
| 155 | (301) 270-9007 | | | Incoming | 04/09/2004 | 13:26:08 | IRICH | No | 00:00:04 | Non Pertinent. //Call minimized automatically by system.// |
| 156 | (301) 270-9007 | | | Incoming | 04/09/2004 | 13:45:17 | IRICH | No | 00:00:38 | Non Pertinent. Caller hangs up when voice mail answers. |
| 157 | (301) 270-9007 | | | Incoming | 04/09/2004 | 14:06:59 | IRICH | No | 00:01:24 | Non Pertinent. Larry Nunn calls Paulette Martin and leaves her a voice mail message, asking her to return his call. |
| | | | | | | | | | | Audio problems with static. Incoming call from Becky for PM. |
| 3159 | (301) 270-9007 | | | Incoming | 04/09/2004 | 14:11:33 | IRICH | No | 00:02:44 | Non Pertinent. [Call monitored by M. Major]. Becky calls Paulette Martin to ask her again (see Call #A918) to charge her $150 insurance premium on Paulette's card. Paulette asks if GEICO accepts American Express. Becky initiates a 3-way call so that Paulette can speak directly to the GEICO representative. Paulette charges $154.92 to her American Express account number 3722-602-735-22003, with an expiration date of 7/06, in the name of Paula's School for the Performing Arts. Paulette asks Becky to jot down the payment confirmation number. |
| 3160 | (301) 270-9007 | | | Incoming | 04/08/2004 | 14:14:17 | IRICH | No | 00:01:35 | Pertinent. Error message. In background, Paulette is heard telling Jacqueline Terrell (Jackie) that she'll be upstairs and that she has a customer. Paulette greets a male. |
| 3161 | (301) 270-9007 | | | Incoming | 04/09/2004 | 14:22:52 | IRICH | No | 00:00:23 | Non Pertinent. Unknown calling PM. |
| 3162 | (301) 270-9007 | | | Incoming | 04/09/2004 | 14:25:28 | MAJORM | No | 00:00:58 | Non Pertinent. to voice mail. no message left. UM asks 'mom' about a 2004 Corvette. The car, an '01, could go for forty thousand, but may go for fifty thousand. UM suggests Goode might be interested. Paulette says Goode wouldn't be interested because he has no money. |
| 3163 | (301) 270-9007 | | | Incoming | 04/09/2004 | 14:35:08 | MAJORM | No | 00:00:11 | Pertinent. Incoming call from UM. Paulette going through some clothes that Shawn bought. Paulette confirms Goode is is Georgia closing on one of his houses. |
| | | | | | | | | | | Incoming call to PM from Gwen. No message. |
| | | | | | 04/09/2004 | 15:06:10 | KARGBOR | No | 00:00:34 | |

01551

MONTGOMERY COUNTY POLICE DEPARTMENT
REPORT NAME : CHRIS' ELSUR LOG     PAGE # : 50
RUN DATE : 06/28/2004     RUN TIME : 14:27:36



COPY

| Call # | Target | Number Dialed | Dialed Name | Direction | Date | Time | Monitor Id | Minimization | Duration | Conversation |
|---|---|---|---|---|---|---|---|---|---|---|
| 015 | | (202) 271-0991 | (726-8788~~666666666252~~)WALKER, SHIRLITA | Outgoing | 04/13/2004 | 12:12:06 | ASAMOAH | No | 00:13:11 | Pertinent |

[MONITORED BY HARVETTA ASAMOAH]

PM CALLS GOODE. PM SAYS AIN'T NOTHING GOING ON THERE. PM SAYS SHE HAS TO SAY ABOUT RON (HOOD). PM SAYS THAT THE MONEY HAS BEEN IN THE BANK SINCE JANUARY. PM SAYS NO BOOKING FOR CHAKA KHAN IN KANSAS CITY -- PEOPLE SAYS THERE'S NO SHOW SET FOR MAY. PM SAYS SHE TOLD THE MAN THAT SHE WAS WITHDRAWING. PM SAYS NOTHING HAS HAPPENED SINCE JANUARY, AND THAT IS RIDICULOUS. SHE SAYS THAT SHE COULD BE USING THE MONEY THATS JUST SITTING AROUND TO WORK ON BUILDING HER HOUSE.

PM ASKS GOODE IF THEY EVER GOT THE MONEY BACK FROM ARETHA FRANKLIN. PM SAYS THAT THEY GOT THE MONEY BACK THE FIRST DAY ARETHA GOT SICK. MONEY WAS WIRED INTO RON HAYES' ACCOUNT.

PM ASKS GOODE WHAT DID THEY TELL HIM ABOUT CHAKA KHAN'S SHOW. GOODE SAYS THAT THEY GOT LAVERT AND KEITH SWEAT. PM SAYS THAT HE CAN CALL THE THEATRE. THERE'S NOTHING GOING ON THERE. PM SAYS SHE DOESN'T BELIEVE IN PEOPLE LOSING MONEY. PEOPLE HAVE BOOKED OVER THE INTERNET. PM SAYS THAT RON HOOD JUST FULL OF SHIT. PM SAYS HE'S NOT GONNA BULLSHIT HER. PM SAYS SHE INVESTIGATED HIM. SHE TELLS GOODE THAT THEY'RE NOT GIVING THE MONEY BACK. SHE SAYS THAT CHAKA KHAN HAS NOT BEEN BOOKED WITH CHAKA KHAN, AND CHAKA KHAN DOESN'T KNOW THE COMPANY.

GOODE SAYS HE IS GOING TO SEE HIM (RON) TODAY, AND BRING HIM TO PAULA AND THAT GOODE WANTS TO SEE WHAT RON IS GOING TO SAY.

PM SAYS SHE'S GONNA CUSS OUT GOODE. SHE'S NOT GONNA SEE HIM OR HER RUN OVER. PM SAYS IT'S A LITTLE BIT OF MONEY, BUT IT'S ALL THEY GOT.

PM SAYS THAT HE (RON HOOD) WILL MESS OVER ANYONE.

PM SAYS SHE'LL BE HERE. PM SAYS JUST ASK HIM GOODE, ABOUT GETTING THE MONEY BACK FROM THE ARETHA FRANKLIN ACCOUNT.

GOODE ASKS HOW MUCH DID YOU LOSE. PM SAYS ABOUT $36,000 OR SOMETHING. THE LAWYERS MIGHT BE ABLE TO GET ANOTHER DATE, SO THE MONEY WON'T BE WASTED.
[MINIMIZED]

PM EXPLAINS HOW RON HOOD IS MESSING OVER THEM, AND SAYS THAT SHE'S NOT GONNA TAKE IT.

| 018 | | (202) 271-0991 | IN-(410) 285-4227 | HARDEN, R | Incoming | 04/13/2004 | 20:25:00 | WYCHET | No | 00:00:29 | Non Pertinent |
| 019 | | (202) 271-0991 | 526-8641 | SHELL, GLADYS R | Outgoing | 04/14/2004 | 08:47:03 | DOBELZ | No | 00:00:17 | Non Pertinent |

Ruby calls PM's cell phone, hangs up.

PM calls UF. PM tells her to open door, that she is there.

| 020 | | (202) 271-0991 | IN-(202) 882-3738 | DOBIE, G AND L | Incoming | 04/14/2004 | 09:25:43 | DOBELZ | No | 00:01:08 | Pertinent |

DOBIE, Lavon 'Becky' Dobie calls PM. Becky asks where PM is, PM replies in Maryland. PM says that she hasn't heard anything about "tickets." Becky says she'll get 'him' to check on it again. Becky asks PM to call Steven.

| 021 | | (202) 271-0991 | (240) 462-4831 | MARTIN, JOHN (D") | Outgoing | 04/14/2004 | 09:30:58 | DOBELZ | No | 00:01:11 | Pertinent |

PM calls John Martin. PM says she is on the way back to the house. JM responds that he is already out and doesn't need the parking pass.

| 022 | | (202) 271-0991 | (202) 271-0991-1022#97 | PAULA'S SCHOOL OF PERFORMING A | Outgoing | 04/14/2004 | 11:30:05 | DOBELZ | No | 00:01:13 | Non Pertinent |

PM checks messages. Receives a message from Ron Hood. RH confirms that everything is okay, and that he will call her tomorrow. Erases messages

| 024 | | (202) 277-8177 | 726-8788 | WALKER, SHIRLITA | Outgoing | 04/14/2004 | 11:31:07 | DOBELZ | No | 00:01:08 | Non Pertinent |

PM calls Learly Goodwin. PM asks, if Goodie found out anything. LG says yes. PM asks if he wants to call her back later (he is sleepy). LG says yes.

| 025 | | (202) 271-0991 | (240) 462-4831 | MARTIN, JOHN (D") | Outgoing | 04/14/2004 | 11:32:34 | DOBELZ | No | 00:01:48 | Non Pertinent |

PM calls John Martin. PM talks about drycleaning and dropping granny off.

| 026* | | (202) 271-0991 | IN- (240) 462-4831 | MARTIN, JOHN (D") | Incoming | 04/14/2004 | 11:46:13 | DOBELZ | No | 00:01:54 | Non Pertinent |

John Martin calls PM. JM leaves message for PM to call him back.

| 029, | | (202) 277-8177 | (202) 271-0991-102#1022# | PAULA'S SCHOOL OF PERFORMING A | Outgoing | 04/14/2004 | 11:48:33 | DOBELZ | No | 00:00:49 | Non Pertinent |

MONTGOMERY COUNTY POLICE DEPARTMENT
REPORT NAME : CHRIS' ELSUR LOG   PAGE #: 69
RUN DATE : 06/25/2004   RUN TIME : 13:25:51

| # | Target | Number Dialed | Dialed Name | Direction | Date | Time | Monitor Id | Minimization | Duration | Conversation |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | all #s called...ing for the other ones. pm clarifies [illegible] that UM is referring to [illegible] is unsure of whether or not she'll be able to get any asap; she still has to get the funds together will call to confirm. |
| 23 | (301) 270-90[redacted] | (202) 489-1884 | ELMO SESAME ST (PRE-PAID) | Outgoing | 03/17/2004 | 16:16:37 | MAZQUR | No | 00:00:40 | Pertinent [illegible] asking if she has anymore [illegible] replies, yes, pm states that she has someone who wants to "read one", she'll be at the house. |
| 24 | (301) 270-90[redacted] | (202) 489-1051 | BYNUM, DERREK | Outgoing | 03/17/2004 | 16:19:32 | MAZQUR | No | 00:00:27 | Pertinent [illegible] calls [illegible] as soon as they can get to her because they're in baltimore. pm will call. |
| 25 | (301) 270-90[redacted] | (240) 462-4831 | MARTIN, JOHN (D*) | Incoming | 03/17/2004 | 16:26:58 | MAZQUR | No | 00:01:29 | Non Pertinent |
| 26 | (301) 270-90[redacted] | (202) 441-4402 | EDMOND, LISE D. | Outgoing | 03/17/2004 | 16:30:44 | MAZQUR | No | 00:01:33 | Non Pertinent [illegible] schedule date for next week wed [3/24] 10:00, because she [pm] has other appts in the morning. pm confirms she didn't [illegible] |
| | | | | | | | | | | //minimized: [illegible]// call ends while minimized |
| 27 | | IN-(202)489-1884 | ELMO SESAME ST (PRE-PAID) | Incoming | 03/17/2004 | 16:32:42 | MAZQUR | No | 00:00:38 | Pertinent [slight static] pm [illegible] trying to get in touch w/ [illegible] mentions that he [lu] has left several msgs; pm states the [illegible] went to [illegible] but sh[e] calls, pm also needs to [illegible] possibly didn't take his cell phone, or gets not service because he [illegible] had called her [illegible] from pay phone. as soon a[s] [illegible] on the msg to [illegible] |
| 28 | (301) 270-90[redacted] | (202) 489-1884-6 | ELMO SESAME ST (PRE-PAID) | Outgoing | 03/17/2004 | 16:33:29 | MAZQUR | No | 00:00:33 | Pertinent pm calls [illegible] receive "the book" this evening. pm confirms that she's ready |
| 29 | (301) 270-90[redacted] | IN-(202) 882-3738-4 | DOBIE, G AND L | Incoming | 03/17/2004 | 16:50:26 | MAZQUR | Yes | 00:23:32 | Pertinent aunt becky calls pm //minimized//not checked: granny's b-date [4-1]// pm mentions granny's sons: glibb [62yrs] in jail, joe died// pm talks about her granny trying to borrow some $; pm said, no, since she already all of granny's bills. says Tae [sic/n. background] asked about tony [half]; pm is thankful he [to] hasn't called today, pm goes on about tony being so bothersome, and never actually taking down his #; pm did get tony's # off caller id for future reference. paula mentions that she had called around 3:00, there was no answer. aunt becky mentions that the sex of hardrock taffy she left [7 pcs left], not to let anyone get them. aunt becky and pm hold conversation about tony [& his fam]; family support & togetherness. [@ 6:27] pm asks the name of the friend aunt becky is supposed to introduce her to from N.Y. 'becky hesitates. pm tells aunt becky to give her a fake name for when he calls. [@7:14 - 10:50] aunt becky paints a scenario about pm going to N.Y. w/ niece and nephew to visit somebody who was in, but on the way out [prison].. pm is/was not supposed to know exactly but she [pm] [illegible] had a DC driving permit under someone else's name. pm was to meet an uncle [not biological, but still family] becky mentions that "while locked up, [illegible] "hooked up". next thing she [poss pm] is "uncle" [illegible] "this is what pm should tell tony this just to keep him wondering who this "uncle" is. |

001392



A'Von Dobie
FF-HA2 CJ
P.O. Box 3000
Bruceton Mills, WV
26525

Legal Document

US District Court of Appeals for the Fourth Circuit
c/o Court Clerk of Records / Filing of Motion
501 US Courthouse Annex
1100 East Main Street
Richmond, Virginia 23219