FILED: March 1, 2011

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 07-4115
(8:04-cr-00235-RWT-9)

_____

UNITED STATES OF AMERICA

        Plaintiff - Appellee

v.

LAVON DOBIE, a/k/a Becky Parker, a/k/a Theresa Waller, a/k/a Dobie Parker

        Defendant - Appellant

_____

O R D E R

_____

The Court defers action on the motion for leave to file a pro se supplemental brief, with proposed pro se supplemental brief, pending consideration of the appeal on the merits.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk