FILED: March 2, 2011

```
UNITED STATES COURT OF APPEALS
      FOR THE FOURTH CIRCUIT
```

_____

No. 07-4059 (L)
(8:04-cr-00235-RWT-3)

_____

UNITED STATES OF AMERICA

        Plaintiff - Appellee

v.

LEARLEY REED GOODWIN, a/k/a Goodie, a/k/a Lonnie Ross

        Defendant - Appellant

_____

O R D E R

_____

Upon consideration of the certificate of confidentiality, the Court places appendix volume numbers 7-12 under seal.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk