IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | No. 07-4060 |
| PAULETTE MARTIN, et al. | * | No. 07-4059 (L) |
|  | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## JOINT MOTION FOR LEAVE TO FILE JOINT APPENDIX OUT OF TIME

Come now Appellant herein, Paulette Martin, by and through her counsel, Michael D. Montemarano, Esq., and Michael D. Montemarano, P.A., as appointed counsel pursuant to the CJA, and on behalf of the other Appellants herein, and with the consent of Daniel Goodman, Esq., USDOJ/Criminal Appeals Section, counsel for Appellee, and does move for leave to file the Joint Appendix out of time, to wit, three days late, and in support thereof does state:

1. The Joint Appendix was due on February 22, 2011, per the current briefing order.

2. Due to the size of the Joint Appendix, the copying required for submission to the printer, and revisions required by the modification by the Court of the parameters for submitting sealed volumes in a multiple-appellant criminal appeal, the Joint Appendix could not be assembled and filed as required by the current briefing order.

3. The parties therefore request that the Joint Appendix be accepted for filing on February 25, 2011, as being filed in a timely fashion.

4. Counsel for Appellant is authorized to state that counsel for Appellee consents to the grant of the requested relief.

                                                Respectfully submitted,

March 7, 2011                            /s/
                                        MICHAEL D. MONTEMARANO

                                        Michael D. Montemarano, P.A.
                                        5695 Main Street, Suite 201
                                        Elkridge, Maryland  21075-5016
                                        (410) 379-0067/Fax 540-9950
                                        Counsel of Record/CJA Counsel
                                              For Appellant

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on or before this 7th day of March, 2011, a copy of the foregoing *Motion For Leave to File Joint Appendix Out of Time* was filed via CM-ECF, and served via direct email, on Daniel Goodman, Esq., US Department of Justice, Criminal Appellate Section, 1264 Main Building, 950 Pennsylvania Avenue, NW, Washington, DC 20530.


                                          /s/
                                      MICHAEL D. MONTEMARANO