IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
|  | * | |
| v. | * | No. 07-4060 |
|  | * | No. 07-4059 (L) |
| PAULETTE MARTIN, et al. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### JOINT FOR LEAVE TO FILE OVERSIZED JOINT APPENDIX

Come now Appellant herein, Paulette Martin, by and through her counsel, Michael D. Montemarano, Esq., and Michael D. Montemarano, P.A., as appointed counsel pursuant to the CJA, and on behalf of the other Appellants herein, and on behalf of Daniel Goodman, Esq., USDOJ/Criminal Appeals Section, counsel for Appellee, and does move for leave to file an oversized Joint Appendix, and in support thereof does state:

1.  The Joint Appendix was filed on February 25, 2011, with certain volumes being withdrawn and refiled contemporaneously with this *Motion.*.

2.  The size of the JA is a consequence of there being six Appellants, who hav raised a total of sixteen issues, and the significant amount of material required on the part of Appellants to support their assignments of error. This then led in turn to the identification of a significant amount of material by counsel for Appellee which he deemed to be required to address the issues raised by Appellants.

3.  The parties therefore request that the Joint Appendix be accepted for filing in its present oversized format, totaling 3629 pages.

4. Counsel for Appellant is authorized to state that counsel for Appellee joins this request for requested relief.

Respectfully submitted,

March 7, 2011

/s/
MICHAEL D. MONTEMARANO

Michael D. Montemarano, P.A.
5695 Main Street, Suite 201
Elkridge, Maryland 21075-5016
(410) 379-0067/Fax 540-9950
Counsel of Record/CJA Counsel
For Appellant

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on or before this 7th day of March, 2011, a copy of the foregoing *Joint Motion For Leave to File Oversized Joint Appendix* was filed via CM-ECF, and served via direct email, on Daniel Goodman, Esq., US Department of Justice, Criminal Appellate Section, 1264 Main Building, 950 Pennsylvania Avenue, NW, Washington, DC 20530.

/s/
MICHAEL D. MONTEMARANO