FILED: March 10, 2011

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 07-4059 (L)
(8:04-cr-00235-RWT-3)

_____

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

LEARLEY REED GOODWIN, a/k/a Goodie, a/k/a Lonnie Ross

Defendant - Appellant

_____

O R D E R
_____

The Court grants the motion to extend filing time and extends the briefing schedule as follows:

Opening Brief and Response Brief in final form due: 03/09/2011; reply brief in final form due 3/16/2011.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk