FILED: March 10, 2011

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 07-4059 (L)
(8:04-cr-00235-RWT-3)

_____

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

LEARLEY REED GOODWIN, a/k/a Goodie, a/k/a Lonnie Ross

    Defendant - Appellant

_____

O R D E R

_____

The Court grants appellants' motion for leave to withdraw, substitute and refile portions of the joint appendix.  The newly submitted sealed volumes 10 and 12 will be substituted for the previously filed volumes 10 and 12.

    For the Court--By Direction

    /s/ Patricia S. Connor, Clerk