FILED: March 11, 2011

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 07-4059 (L)
(8:04-cr-00235-RWT-3)

_____

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

LEARLEY REED GOODWIN, a/k/a Goodie, a/k/a Lonnie Ross

    Defendant - Appellant

_____

O R D E R

_____

Appellants have filed a motion to exceed the length limitations established by this Court's Local Rule 32(a) for the joint appendix.

The Court grants appellant leave to file a joint appendix not to exceed 3968 pages.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk