IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

|  |  |  |
|---|---|---|
| | * | |
| UNITED STATES OF AMERICA | | |
| | * | |
| v. | | No. 07-4060 |
| | * | No. 07-4059 (L) |
| PAULETTE MARTIN, et al. | | |
| | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## MOTION FOR LEAVE TO FILE OVERSIZED REPLY BRIEF

Come now Appellant herein, Paulette Martin, by and through her counsel, Michael D. Montemarano, Esq., and Michael D. Montemarano, P.A., as appointed counsel pursuant to the CJA, and on behalf of the other Appellants herein, and does move for leave to file an oversized Joint Brief of Appellants, and in support thereof does state:

1.      Counsel for the six Appellants have provided not fewer than eight (8) separate issues which they believe should be raised in the Reply Brief of Appellants, filed contemporaneously this date.

2.      Appellants therefore respectfully request the enlargement of the length of the Joint Reply Brief of Appellants from 7,000 words to 9,592 words.

3.      Counsel for Appellants is authorized to state that counsel for Appellee consents to the grant of the requested relief.

Respectfully submitted,

March 16, 2011                         _____/s/_____

                                    MICHAEL D. MONTEMARANO

                                    Michael D. Montemarano, P.A.
                                    5695 Main Street, Suite 201
                                    Elkridge, Maryland  21075-5016
                                    (410) 379-0067/Fax 540-9950
                                    Counsel of Record/CJA Counsel
                                        For Appellant

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on or before this 16th day of March, 2011, a copy of the foregoing *Motion For Leave to File an Oversized Reply Brief* was filed via CM-ECF, and served via direct email, on Daniel Goodman, Esq., US Department of Justice, Criminal Appellate Section, 1264 Main Building, 950 Pennsylvania Avenue, NW, Washington, DC 20530.

                               _____/s/_____
                               MICHAEL D. MONTEMARANO

2