FILED: March 18, 2011

```
UNITED STATES COURT OF APPEALS
     FOR THE FOURTH CIRCUIT
```

_____

No. 07-4059 (L)
(8:04-cr-00235-RWT-3)

_____

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

LEARLEY REED GOODWIN, a/k/a Goodie, a/k/a Lonnie Ross

    Defendant - Appellant

_____

O R D E R
_____

Upon consideration of the motion to exceed the length limitations for briefs, the Court grants leave to file a reply brief not in excess of 9,592 words.

    For the Court

    <u>/s/ Patricia S. Connor, Clerk</u>