3-15-11

U.S. Court of Appeals Fourth Circuit
c/o Clerks Office (Supervisor)

**FILED**
MAR 18 2011
U.S. Court of Appeals
Fourth Circuit

I am writing to humbly ask if my recently filed supplemental motion, relating to case # RWT-04235 (04-0235; 07-4115) arrived to your office? My name is La'Von Dobie #38360-037.

I would also like to receive a current and updated docket sheet please.

Allow me to thank you / the clerks office for your assistance / empathy that has been rendered continuously over the past few years.

Respectfully,

La'Von Dobie #38360-037
La'Von Dobie #38360-037
SFF-HAZ (J2)
P.O. Box 3000
Bruceton Mills, WV 26525

RECEIVED
2011 MAR 18 AM 9:45
U.S. COURT OF APPEALS
FOURTH CIRCUIT



Dobie La'Von
#38360-037
SFF-HAZ (J2)
P.O. Box 3000
Bruceton Mills, WV
26525

Legal Mail

To U.S. Appeals Court for the Fourth Circuit
C/o Clerk's Office (Supervisor)
501 U.S. Courthouse Annex
(1100 East Main Street)
Richmond, Virginia
23219

CLARKSBURG WV 263
15 MAR 2011 PM 3 T

2321333517