Filed: March 18, 2011

**UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT**
1100 East Main Street, Suite 501
Richmond, Virginia 23219-3517
www.ca4.uscourts.gov

_____

DOCUMENT TRANSMITTAL
_____

No. 07-4115, <u>US v. LaVon Dobie</u>
8:04-cr-00235-RWT-9

TO: LaVon Dobie

Receipt is acknowledged of your 3/15/11 letter recently transmitted to the Court. We have forwarded this document to your attorney, who will act in your behalf. All future correspondence, including motions, should be sent to your attorney.

Sharon A. Wiley, Deputy Clerk
804-916-2704