Clerk - March 25th 2011
U.S. Court of Appeals
4th Circuit
Lewis F. Powell, Jr. U.S.
   Courthouse Annex.
E. 1100 Main St. suite 501
Richmond, Va. 23219-3517

Dear Clerk of Court:

    I'm sorry my supplementary brief is late, however, I did not recieve my transcripts till the Feb. 18th, 2011. I had to go over 10,000 pages and it has taken me a minute to process my thoughts and do the supplemental brief.

    Thank you for understanding.

                    Yours truly,
                    Paulette Martin

RECEIVED
2011 APR -4 AM 9:50
U.S. COURT OF APPEALS
FOURTH CIRCUIT

FILED

APR - 4 2011

U.S. Court of Appeals
Fourth Circuit

March 7, 2011

Clerk, United States Court of Appeals
Fourth Circuit
Lewis F. Powell Jr. U.S. Courthouse Annex
1100 East Main Street
Suite #501
Richmond, Virginia 23219-3517

RECEIVED
2011 APR -4 AM 9:50
U.S. COURT OF APPEALS
FOURTH CIRCUIT

Re: Appeal #07-4060

Dear Clerk:

Enclosed is a motion for leave to file a supplemental brief, and the supplemental brief.

*Paulette Martin*

Paulette Martin
Reg# 38350-037
P.O. Box 3000
S.F.F. Hazelton
Bruceton Mills, WV. 26525