FILED
APR -- 4 2011
U.S. Court of Appeals
Fourth Circuit

# UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT

**Paulette Martin**
**Appellant**

v.

Appeal # 07-4060

**United States of America**
**Appellee**

## MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEF

Comes now, Paulette Martin (appellant) in the above-styled cause, respectfully moving this Honorable Court, for leave to file a supplemental to her initial brief, filed by learned counsel, Michael D. Montemarano, pursuant to Fourth Circuit Court of Appeals locale rule #10(e) and Federal Rules of Civil Procedure, Rule 15(d), appellant moves this Honorable Court to allow her to supplement her pleadings with the following issues:

I. The government attorneys knowingly used false testimony to obtain a tainted indictment and conviction, in violation of Appellant's Fifth Amendment Rights under the due process clause.

II. The government attorneys violated the rights of the Appellant to physically face those who have given evidence against her; and the right to conduct cross examination, in violation of the Sixth Amendment of the Constitution.

III.    The government attorneys used the testimony of a questionable expert witness and thus, denied the Appellant due process by the Fifth Amendment of the Constitution. The Appellant seeks to supplement her original pleadings because Appellant's counsel, and co-defendants and their counsels have not addressed the three constitutional issues listed above adequately.

## CONCLUSION

Wherefore, and in conclusion, Paulette Martin, prays this Honorable Court will grant her leave to amend her pleadings with the attached brief in the interest of justice.

March 7, 2011

Respectfully Submitted

*Paulette Martin*

Paulette Martin
Pro Se