**UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT**

1100 East Main Street, Suite 501
Richmond, Virginia 23219-3517
www.ca4.uscourts.gov

May 31, 2011

Alan Dexter Bowman
Gateway One
Suite 105
Newark, NJ 07102-0000

Mr. G. Alan DuBois
OFFICE OF THE FEDERAL PUBLIC DEFENDER
Wachovia Capital Center
150 Fayetteville Street
Suite 450
Raleigh, NC 27601-0000

Mr. Daniel Steven Goodman
U. S. DEPARTMENT OF JUSTICE
Criminal Division, Appellate Section
950 Pennsylvania Avenue, NW
1264
Washington, DC 20530-0000

Mr. Marc Gregory Hall
HALL & CHO, PC
200A Monroe Street
Suite 310
Rockville, MD 20850

Ms. Deborah A. Johnston
OFFICE OF THE UNITED STATES ATTORNEY
6500 Cherrywood Lane
Suite 400
Greenbelt, MD 20770-1249

Mr. Anthony Douglas Martin
ANTHONY D. MARTIN, PC
P. O. Box 575
Greenbelt, MD 20768-0575

Mr. Timothy S. Mitchell
LAW OFFICES OF TIMOTHY S. MITCHELL
6301 Ivy Lane
Suite 400
Greenbelt, MD 20770-0000

Mr. Michael Daniel Montemarano
MICHAEL D. MONTEMARANO, PA
5695 Main Street
Suite 201
Elkridge, MD 21075-5016

Mr. Derek Bynum, #38356-037
Low Security Correction Institution
P. O. Box 1000/Allenwood
White Deer, PA  17887


No. 07-4080,    US v. Derrek L. Bynum
                8:04-cr-00235-RWT-7

Dear Mr. Bynum:

This office has received your letter of May 23, 2011 requesting case opening and case manager information.  This case was opened in the Fourth Circuit Court of Appeals on January 18, 2007 and Sharon Wiley is the case manager assigned to the case.  Enclosed is a copy of our docket.


                                Sincerely,

                                /s/ Sharon A. Wiley
                                Deputy Clerk