FILED: June 9, 2011

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 07-4059 (L)
(8:04-cr-00235-RWT-3)

_____

UNITED STATES OF AMERICA,

      Plaintiff – Appellee,

v.

LEARLEY REED GOODWIN, a/k/a Goodie, a/k/a Lonnie Ross,

      Defendant – Appellant.

_____

O R D E R

_____

In the event these consolidated cases are set for oral argument, the court directs that they be scheduled for argument <u>in seriatim</u> with consolidated appeal No. 10-5301(L).

For the Court – By Direction

/s/ Patricia S. Connor, Clerk