# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

## NOTICE REGARDING CONFLICT WITH PROPOSED ARGUMENT DATES

No. 07-4059    Caption:    United States v Learley Goodwin et al (Reece Whiting)

---

Argument Session For Which You Are Scheduled: 09/20/11-09/23/11

Dates You Are Available To Argue in the Session (if any):

see below

Other Relevant Information:

I am scheduled to be in a 2-3 week jury trial in US District Court beginning September 13, 2011. The case is United States v Rafael Omar Villegas-Martinez before the Honorable Roger B. Titus. However, because the above captioned case involves six appellants I am by letter today requesting Judge Titus that our jury trial be recessed for one day during this session so that I can argue Mr. Whiting's case on appeal and not inconvenience other appellant counsel. Neither the government nor defense counsel in the jury trial have any objection.

Party(ies) Represented:
Reece Whiting

Counsel:
Marc G. Hall

---

I, _____Marc G. Hall_____, hereby certify that on this date, I electronically filed this Notice with the Clerk of Court using the CM/ECF System, which will send notice of such filing to the following registered CM/ECF users:

Deborah A. Johnston
Assistant United States Attorney
6500 Cherrywood Lane
Greenbelt, MD 20770

|  6/22/11  |  Marc G. Hall  /s/  |
|-----------|---------------------|
|   Date    |      Signature      |