**U.S. Department of Justice**

          Criminal Division

| | |
|---|---|
| *(202) 514-2338* | *Appellate Section*<br>*Main Building, Room 1264*<br>*Washington, D.C.  20530* |

June 28, 2011

Hon. Patricia S. Connor, Clerk
U.S. Court of Appeals
  for the Fourth Circuit
1100 East Main Street
Suite 501
Richmond, Virginia  23219-3517

    Re:  <u>United States v. Learley R. Goodwin, et al.</u>,
         No. 07-4059 (4th Cir.)

Dear Ms. Connor:

    Pursuant to Fed. R. App. P. 28(j), please note the following supplemental authority that post-dates the filing of the government's final form brief on January 26, 2011:

    <u>DePierre v. United States</u>, ___ S. Ct. ___, 2011 WL 2224426 (2011). In <u>DePierre</u>, the Supreme Court held that the term "cocaine base" as used in 21 U.S.C. § 841(b)(1) "refers generally to cocaine in its chemically basic form," not "exclusively to what is colloquially known as 'crack cocaine.'" <u>Id.</u> at *2. The holding in <u>DePierre</u> conclusively rebuts appellants' related arguments (1) that the district court erred by not requiring the jury to make findings concerning a specific form of cocaine base; and (2) that there was an impermissible variance between the indictment and the evidence, because the government allegedly failed to establish that the cocaine base seized from some of the defendants was crack cocaine. Consolidated Final Form Opening Brief of Appellants at 91-93. Indeed, appellants acknowledged that the Supreme Court's then-pending <u>DePierre</u> case raised "essentially" the same issues. Opening Brief of Appellants at 93. <u>See</u> Final Form Brief for the United States at 37-43.

    Thank you for your attention to this matter.

-2-

Sincerely,

*/s/ Daniel Steven Goodman*
Daniel Steven Goodman
Criminal Division
Appellate Section
U.S. Department of Justice
Main Justice Building, Room 1264
950 Pennsylvania Ave., N.W.
Washington, D.C. 20530
(202) 514-2338
dan.goodman@usdoj.gov

cc: Michael D. Montermarano, Esq. (served by ECF)
 Anthony D. Martin, Esq. (served by ECF)
 Alan D. Bowman, Esq. (served by ECF)
 Timothy S. Mitchell, Esq. (served by ECF)
 Marc G. Hall, Esq. (served by ECF)
 G. Alan DuBois, Esq. (served by ECF)