# MICHAEL D. MONTEMARANO, P.A.
*Attorney and Counsellor at Law*

5695 MAIN STREET<br>
SUITE 201<br>
ELKRIDGE, MARYLAND  21075-5016<br>
(410) 379-0067<br>
FAX (410) 540-9950<br>
email: montemarano67@gmail.com

June 28, 2011

**VIA CM/ECF**
Mr. Joseph Coleman, Deputy Clerk
United States Court of Appeals
    for the Fourth Circuit
501 United States Court House Annex
1100 East Main Street
Richmond, VA 23219-3517

    RE:   *United States v. Paulette Martin, et al.*
             4th Circuit No.  07-4060, [07-4059 (L)]
             Oral argument scheduling

Dear Mr. Coleman:

      Not having received a response to the phone message I left for you over a week ago regarding the proposed dates for oral argument, I write to advise you that I will not be available during the week proposed for oral argument in this matter, September 20-23, with the sole exception of September 20.  I submit this letter in my role as lead appellate counsel in this matter.

      Thank you for your attention to this.

                                          Very truly yours,

                                          /s/

                                          Michael D. Montemarano

MDM/ap