FILED: August 19, 2011

## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

———————————————

No. 07-4060
(8:04-cr-00235-RWT-1)

———————————————

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

PAULETTE MARTIN, a/k/a Paulette Murphy, a/k/a Paulette Akuffo, a/k/a Paula Murphy, a/k/a Auntie

Defendant – Appellant

———————————————

No. 07-4063
(8:04-cr-00235-RWT-6)

———————————————

UNITED STATES OF AMERICA

Plaintiff  - Appellee

v.

REECE COLEMAN WHITING, JR., a/k/a Guy Counts, a/k/a Cups, a/k/a Dino Whiting

Defendant – Appellant

———————————————

No. 07-4115
(8:04-cr-00235-RWT-9)

———————————————

UNITED STATES OF AMERICA

Plaintiff – Appellee

v.

LAVON DOBIE, a/k/a Becky Parker, a/k/a Theresa Waller, a/k/a Dobie Parker

Defendant - Appellant

———————————————

O R D E R

———————————————

Upon consideration of submissions relative to the motions to file a supplemental brief, the court denies the motions.

For the Court

/s/ Patricia S. Connor, Clerk