# MICHAEL D. MONTEMARANO, P.A.
*Attorney and Counsellor at Law*

5695 MAIN STREET<br>
SUITE 201<br>
ELKRIDGE, MARYLAND  21075-5016<br>
(410) 379-0067<br>
FAX (410) 540-9950<br>
email: montemarano67@gmail.com

September 6, 2011

Mr. Joseph Coleman, Deputy Clerk
Ms. Sharon Wiley, Deputy Clerk
United States Court of Appeals
    for the Fourth Circuit
501 United States Court House Annex
1100 East Main Street
Richmond, VA 23219-3517

       RE:    *United States v. Paulette Martin, et al.*
                 4th Circuit No.  07-4059 (L) and No. 10-5301
                 Successive oral arguments on September 20, 2011

Dear Mr. Coleman and Ms. Wiley:

       I write in follow up to my prior calls to the Office of the Clerk, relative to the scheduling of these matters as referenced, *supra*.  I regret the need to clarify this, however, I have not encountered a similar situation in the over twenty years I have practiced before the Court.

       I wish to clarify the understanding of counsel for the various parties, Appellants and Appellee, that the oral arguments will be held in these matters separately, but in succession, which is to say the 20 plus 20 minutes for one appeal, followed by the 20 plus 20 minutes for the other.  As lead counsel in both of these appeals, I am predicating my division of time among counsel in this fashion, and counsel for Appellee has confirmed his parallel understanding of this status.

       Please be so kind as to advise me immediately if this is incorrect.

                                        Very truly yours,

                                        /s/

                                        Michael D. Montemarano

MDM/ap
cc:     all counsel of record via ECF and direct email