Reece C. Whiting, Jr.
Reg # 12607-198
P.O. Box # 1033
U.S.P. # 1
Coleman, Florida # 33521-1033

September 20, 2011

Ms. Patricia S. Connor
Clerk
United States Court of
 Appeals for the Fourth
 Circuit
United States Courthouse
1100 E. Main Street
Richmond, Virginia # 23219

# Appeal No. 07-4063

RECEIVED
2011 SEP 26 AM 9:57
FOURTH CIRCUIT

Dear Ms. Connor,

The oral argument for my appeal was scheduled to be heard today: September 20, 2011.

I was not in attendance, would the Court send me a copy of the arguments made by the government and my attorney?

Thank you,
Reece C. Whiting

12607-198
Reece Whiting Jr.
Fcc-Usp PO BOX 1033
Coleman, FL 33521
United States

12607-198
Clerk of the Court
U S Court House
1100 E MAIN ST
Richmond, VA 23219
United States