# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT
# OFFICE OF THE CLERK

1100 East Main Street, Suite 501
Richmond, Virginia 23219-3517
www.ca4.uscourts.gov

Patricia S. Connor
Clerk

Telephone
804-916-2700

September 27, 2011

_____

DOCUMENT TRANSMITTAL
_____

No. 07-4063,    US v. Reece C. Whiting
8:04-cr-00235-RWT-6

TO:    Reece Coleman Whiting

Receipt is acknowledged of the documents recently transmitted to the court. We have forwarded these documents to your attorney, who will act in your behalf. All future correspondence, including motions, should be sent to your attorney.

Sharon A. Wiley, Deputy Clerk
804-916-2704