FILED: November 2, 2011

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 07-4059 (L)
(8:04-cr-00235-RWT-3)
_____

UNITED STATES OF AMERICA

  Plaintiff - Appellee

v.

LEARLEY REED GOODWIN, a/k/a Goodie, a/k/a Lonnie Ross

  Defendant - Appellant

_____

No. 07-4060
(8:04-cr-00235-RWT-1)
_____

UNITED STATES OF AMERICA

  Plaintiff - Appellee

v.

PAULETTE MARTIN, a/k/a Paulette Murphy, a/k/a Paulette Akuffo, a/k/a Paula Murphy, a/k/a Auntie

  Defendant - Appellant

_____

No. 07-4062
(8:04-cr-00235-RWT-10)
_____

UNITED STATES OF AMERICA

   Plaintiff - Appellee

v.

LANORA N. ALI, a/k/a La Nora Ali-Gardner

   Defendant - Appellant

_____

No. 07-4063
(8:04-cr-00235-RWT-6)
_____

UNITED STATES OF AMERICA

   Plaintiff - Appellee

v.

REECE COLEMAN WHITING, JR., a/k/a Guy Counts, a/k/a Cups, a/k/a Dino Whiting

   Defendant – Appellant

_____

No. 07-4080
(8:04-cr-00235-RWT-7)
_____

UNITED STATES OF AMERICA

       Plaintiff - Appellee

v.

DERREK LEWIS BYNUM, a/k/a Bo

       Defendant - Appellant

_____

No. 07-4115
(8:04-cr-00235-RWT-9)
_____

UNITED STATES OF AMERICA

       Plaintiff - Appellee

v.

LAVON DOBIE, a/k/a Becky Parker, a/k/a Theresa Waller, a/k/a Dobie Parker

       Defendant – Appellant

_____

## JUDGMENT
_____

In accordance with the decision of this court, the judgment of the district court is affirmed in part and vacated in part. This case is remanded to the district court for further proceedings consistent with the court's decision.

This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

/s/ PATRICIA S. CONNOR, CLERK