FILED: November 28, 2011

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 07-4059 (L)
(8:04-cr-00235-RWT-3)
_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

LEARLEY REED GOODWIN, a/k/a Goodie, a/k/a Lonnie Ross

      Defendant - Appellant

_____

No. 07-4060
(8:04-cr-00235-RWT-1)
_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

PAULETTE MARTIN, a/k/a Paulette Murphy, a/k/a Paulette Akuffo, a/k/a Paula Murphy, a/k/a Auntie

      Defendant - Appellant

———————————

No. 07-4062
(8:04-cr-00235-RWT-10)

———————————

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

LANORA N. ALI, a/k/a La Nora Ali-Gardner

      Defendant - Appellant

———————————

No. 07-4080
(8:04-cr-00235-RWT-7)

———————————

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

DERREK LEWIS BYNUM, a/k/a Bo

      Defendant - Appellant

———————————

No. 07-4115
(8:04-cr-00235-RWT-9)

———————————

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

LAVON DOBIE, a/k/a Becky Parker, a/k/a Theresa Waller, a/k/a Dobie Parker

      Defendant - Appellant

------

## M A N D A T E

------

The judgment of this court, entered November 2, 2011, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*