07-4115
saw

RECEIVED Oct. 27, 2011

2011 DEC -1 AM 9:42
US COURT OF APPEALS
FOURTH CIRCUIT

Fourth Circuit Court of Appeals
To Court Clerk

I pray this letter finds you well. Thank you for all of efforts and actions relating to case # 07-4115.

I am writing to not only extend my gratitude for justice and your continued efforts to render me clarity and forwarding dockets, transcripts, etc. I am inquisitive if I am in need of representation since the Honorable Judges Motz, Gregory and Duncan vacated my sentence in regards to Count 1 and remanded the case to the District Court for resentencing.

I am unable to afford private representation and I am humbly asking the Honorable Fourth Circuit Court of Appeals to appoint Mr. Alan Dubois / Mr. Thomas McNamara of the Federal Public Defender's Office in Raleigh, NC to represent me in this matter. If I am unable to be represented by the North Carolina Federal Public Defender's Office in the state of Maryland, please appoint me counsel for this matter.

Please acknowledge receipt of this missive humbly awaiting your succor / expressing my gratitude.

Respectfully,
La'Von D. Dobie # 38360-037
SFF-H112 (Ja-112)
P.O. Box 3000
Bruceton Mills, WV 26525

CLARKSBURG WV 263

28 NOV 2011 PM 2 L

INSPECTED

La'Von Dobie
#32360037
SFF-HAZ (J2) 120
P.O. Box 3000
Bruceton Mills, WV
26525

United States Court of Appeals Fourth Circuit
501 U.S. Courthouse Annex
C/o Court Clerk Office
1100 East Main Street
Richmond, Virginia 23219