**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**
1100 East Main Street, Suite 501, Richmond, Virginia 23219

December 1, 2011

_____

DOCUMENT TRANSMITTAL
_____

No. 07-4115,   US v. LaVon Dobie
                8:04-cr-00235-RWT-9

TO:   Lavon Dobie

Receipt is acknowledged of your November 27, 2011 letter which was recently transmitted to the court. We have forwarded this document to your attorney, who will act on your behalf. All future correspondence, including motions, should be sent to your attorney.

Sharon A. Wiley, Deputy Clerk
804-916-2704