FILED: December 7, 2011

# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

_____

No. 07-4063
(8:04-cr-00235-RWT-6)
_____

UNITED STATES OF AMERICA

  Plaintiff - Appellee

v.

REECE COLEMAN WHITING, JR., a/k/a Guy Counts, a/k/a Cups, a/k/a Dino Whiting

  Defendant - Appellant

_____

# M A N D A T E
_____

The judgment of this court, entered 11/2/11, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*