FILED: January 6, 2012

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 07-4059 (L)
(8:04-cr-00235-RWT-3)

_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

LEARLEY REED GOODWIN, a/k/a Goodie, a/k/a Lonnie Ross

      Defendant - Appellant

_____

O R D E R

_____

The court grants counsel's motion to withdraw from further representation and denies appellant Goodwin's request for appointment of a new attorney.

Entered at the direction of the panel: Judge Motz, Judge Gregory, and Judge Duncan.

For the Court

/s/ Patricia S. Connor, Clerk