# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

March 5, 2012

William K. Suter
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Fourth Circuit
1100 East Main Street
Room 501
Richmond, VA 23219

    Re:  Lavon Dobie, aka Becky Parker, aka Theresa Waller, aka Dobie Parker
          v. United States
          No. 11-8670
          (Your No. 07-4115)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

*[signature: William K. Suter]*

**William K. Suter**, Clerk