SAW

07-4115

March 11, 2012

RECEIVED
2012 MAR 15 AM 9:50
U.S. COURT OF APPEALS
FOURTH CIRCUIT

Ms. Henry

I pray this letter finds you well! I'm writing you because of my dire need of counsel and your assistance in this matter.

Please find a motion for the Fourth Circuit / A copy of the motion I filed to the District Court Honorable Judge Titus.

Can you please inform me of the legal process now that the Appellate Courts Decision has been mandated and is there a time clock relating to my being Resentenced? Will I have to reappear before my sentencing Judge in Greenbelt, MD and need legal representation?

Your succor in this matter is needed / appreciated so very much. Please acknowledge receipt of this letter.

Respectfully Submitted
La'Von Dol
La'Von Dobie #38360-037
SFF-HAZ (J2-104L)
P.O. Box 3000
Bruceton Mills, WV 26525

# United States District Court of Maryland

United States of America
v
La'Von Dobie #38360-037
SFF-HAZ (J2-104L)
P.O. Box 3000
Bruceton Mills, WV 26525

Case # 04-0235
Appeal # 07-4115
Honorable Judge
R.W. Titus

Motion for Appointment of Counsel due to the Fourth Circuit Court of Appeals Decision to Vacate/Remand back to this Honorable Court for Resentencing.

Now Comes the defendant La'Von Dobie, Pro Se And Respectfully to Request that this Court Order Appointment of Counsel via The Maryland Public Defenders Office or The CJA Coordinator for the forthcoming Resentencing hearing. On November 2, 2011, The Fourth Circuit Court of Appeals Rendered its decision to Vacate the Count One Charge Relating to the defendant And Remanded it back to the this Court for Resentencing. The order was mandated on November 28, 2011.

Appointment of Counsel is Necessary in the State of Maryland for the defendant.

The Fourth Circuit Court of Appeals Appointed Mr. Thomas McNamara And Mr. Alan DuBois out of the Public Defenders Office in Raleigh, North Carolina, for the sole purpose of the Appellate Process And Procedures.

Therefore Defendant humbly request this Court Appoints Counsel pursuant to The Sixth Amendment Of The United States Constitution.

Respectfully Submitted

La'Von Dobie #38360037
SFF-HAZ (Jz-104L)
P.O. Box 3000
Bruceton Mills, WV 26525

CC: United States Court Of Appeals For The Fourth Circuit
CC: United States District Attorney's Office for Greenbelt District Court
CC: North Carolina Public Defenders Office c/o Mr. Alan DuBois / Mr. T. McNamara

I do here by certify this motion / All copies were mailed via U.S. Postal Services on March 12, 2012, from SFF-Hazelton (FBOP)

United States Court of Appeals
For the Fourth Circuit

United States of America
v.
La'Von DOBIE #38360-037
SFF-HAZ (J2-104 L)
P.O. Box 3000
Bruceton Mills, WV 26525

Case # 04-0235
Appeal # 07-4115

Now Comes the defendant La'Von DOBIE, PRO SE And Respectfully Requesting that this Court Order the United District Court of Maryland (Greenbelt) to Appoint Counsel for the defendant pursuant to this Courts decision Rendered on November 2, 2011 to Vacate the Count 1 And Remand back to the Sentencing Court for Resentencing, Which was mandated on November 28, 2011.

Defendant is without legal Representation due to her Appeals Attorney Mr. Alan DUBOIS (Mr. McNamara) who this Honorable Court Appointed unfortunately cannot Represent one in the State of Maryland.

Therefore defendant humbly Request this court to Appoint Counsel via the Maryland Public Defenders Office, The CJA Coordinator or Order the District Court to Appoint the defendant counsel for the forthcoming Resentencing hearing.

the defendant has communicated her dire need of Representation to Mr. DuBois, who have clearly stated his inAbility to Represent in the State of Maryland, however informing the defendant ~~the~~ of the pertinent need for legal Representation for the forthcoming Resentencing hearing.

Respectfully Submitted

La'Von Dobie #38360-037
La'Von Dobie #38360-037
SFF-HAZ (J2-104 L)
P.O. Box 3000
Bruceton Mills, WV
26525

cc: Attorney DuBois of The North Carolina Public Defenders Office
cc: United States District Court of Maryland (Greenbelt) / The United States District Attorney's Office in Greenbelt, Maryland.

I do here by certify this motion / All copies were mailed via U.S. Postal Services on March 12, 2012 from SFF-HAZELTON. (FBOP)

LaVon Dobie
#38360-037
SFF-HAZ (JZ1040)
P.O. Box 3000
Bruceton Mills, WV
26525



United States Court of Appeals
for the Fourth Circuit
c/o Clerks Office (Ms. Henry)
1100 East Main Street
Richmond, Virginia 23219