**UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT**
LEWIS F. POWELL, JR. UNITED STATES COURTHOUSE ANNEX
1100 EAST MAIN STREET, SUITE 501
RICHMOND, VIRGINIA 23219-3517
WWW.CA4.USCOURTS.GOV

**PATRICIA S. CONNOR**
   **CLERK**

**TELEPHONE**
**(804) 916-2700**

March 15, 2012

Ms. LaVon Dobie
#38360037
SFF-HAZ (JS-104L)
P. O. Box 3000
Bruceton Mills, WV 26525

     Re:    No. 07-4115, US v. LaVon Dobie
               8:04-cr-00235-RWT-9

Dear Ms. Dobie:

     On March 15, 2012, the court received correspondence from you regarding your resentencing. In its opinion issued November 2, 2011, this court vacated your sentence as to Count One and remanded the case to the district court for resentencing. The mandate issued on December 7, 2011, so this court has no continuing jurisdiction.

     You are entitled to an attorney at resentencing, who would be appointed by the district court. You may want to inquire or move in the district court regarding appointment of counsel and scheduling of resentencing.

                                           Sincerely,

                                           /s/ Judith B. Henry
                                           _____
                                           Counsel to the Clerk

JBH:cwe

cc:    Peter Dennis Ward, Attorney
        Clerk, U. S. District Court