# MICHAEL D. MONTEMARANO, P.A.
*Attorney and Counsellor at Law*

10630 LITTLE PATUXENT PARKWAY
SUITE 146
COLUMBIA, MARYLAND  21044
(410) 992-0067
FAX (410) 992-6915
email: montemarano67@gmail.com

April 5, 2011

Ms. Patty Layne, CJA Clerk
United States Court of Appeals
    for the Fourth Circuit
501 United States Court House Annex
1100 East Main Street
Richmond, VA 23219-3517

      RE:    *United States v. Paulette Martin, et al.*
                  4th Circuit Nos.  07-4059 (L)& 07-4060 and No. 10-5301
                  Submission of CJA vouchers

Dear Ms. Layne:

      I write in follow up to our telephone conversation earlier this date relative to the status of the vouchers I will be submitting in this matter.  I wish to memorialize that I informed you that I will require until Monday, April 16, 2012, to complete these vouchers.  This further time is necessary in light of the five year length of my representation of appellant in these joint appeals (six appellants in one, three in the other), the size of the appeals (which followed a twelve week trial and considerable post-trial proceedings), and my role as lead counsel in both appeals.

      Thank you for your attention to this.

                                Very truly yours,

                                /s/

                              Michael D. Montemarano

MDM/ap
cc:      all counsel of record for appellants