07-4115   June 13, 2012

RECEIVED
2012 JUN 19 PM 12:32
FOURTH CIRCUIT

Ms. Henery,

I pray this letter finds you well. I am writing to seek clarity, knowledge of the law and factual information regarding my case # 04-0235 District Court / Appeals court case # 07-4115 (?).

My question is: Is there a time limited on my filing a coram nobis due to some of my prior convictions being vacated. Due to the appeals court vacating and remanding my sentence back to the District Court on Nov. 2, 2011 and the order being mandated on 12-7-11 and my not being resentenced as of yet (would the vacating of my priors be in a timely fashion accepted by the Honorable District Court and Appeals Court since no resentencing hearing has been held nor any 2255 motion being filed.

Your succor in this matter and rendering of the actual quoted law pertaining to the above questions is greatly appreciated as needed. I fully understand you are not at liberty to give out legal advice and I am solely seeking the law according to the Fourth Circuit Court of Appeals.

Respectfully Submitted

La'Von Dobie # 38360-03

La'Von DOBIE
#38368-037
SFF-HAZ (JZ-104L)
P.O. Box 3000
Bruceton Mills, WV
26525

* LEGAL Mail *

U.S. Court of Appeals
c/o Ms. Henry
For The Fourth Circuit
1100 East Main Street
Richmond, VA 23219