**UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT**
LEWIS F. POWELL, JR. UNITED STATES COURTHOUSE ANNEX
1100 EAST MAIN STREET, SUITE 501
RICHMOND, VIRGINIA 23219-3517
WWW.CA4.USCOURTS.GOV

**PATRICIA S. CONNOR**
   **CLERK**

**TELEPHONE**
**(804) 916-2700**

June 19, 2012

Mr. LaVon Dobie
# 38360 037
US Penitentiary-Hazelton
P.O. Box 2000
Bruceton Mills, WV   26525

      Re:    No. 07-4115, US v. LaVon Dobie
               8:04-cr-00235-RWT-9

Dear Mr. Dobie:

     On June 18, 2012, the court received correspondence from you regarding this case as it relates to other possible legal remedies.

     This is to advise you that the mandate issued in this case on December 7, 2011 and this court has no continuing jurisdiction.  The Clerk's Office may not dispense legal advice.

                          Sincerely,

                          /s/ Judith B. Henry
                          _____
                          Counsel to the Clerk

JBH:cwe

cc:    G. Alan Dubois, Attorney
        Assistant Federal Public Defender