Nov 15th 2007
SFF-USP-Hazelton
SAW
P.O. Box 3000
Bruceton Mills, W. Va.
26525

FILED
NOV 2 0 2007
US Court of Appeals
4th Circuit

To whom it may concern:

My name is Paulette Martin # Criminal Case docketed (oaw [07-4060] I was told that I have to get permission from the appellate court to file suplemental briefs. I know that its a right of mine, but I'm writing for the permission so when times comes I'll be prepared. I'll be awaiting your response. Thanking you in advance.

Yours truly,
Paulette Martin

2007 NOV 20 P 9:45
FOURTH CIRCUIT

SFF
INMATE NAME: Paulette Martin
REGISTER NO. 38350-037
P.O. BOX ▆ 3000 - HAZELTON
BRUCETON MILLS, WEST VIRGINIA 26525

CLARKSBURG WV 263
16 NOV 2007 PM 3 T

United States Court of Appeals
for the 4th Circuit
1100 E. Main Street Suite 501
Richmond, VA 23219-3517

