FILED: November 20, 2007

UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

_____

No. 07-4060
(8:04-cr-00235-RWT)

_____

UNITED STATES OF AMERICA,

        Plaintiff - Appellee

v.

PAULETTE MARTIN, aka Paulette Murphy, aka Paulette Akuffo, aka Paula Murphy, aka Auntie,

        Defendant - Appellant

_____

O R D E R

_____

Upon consideration of submissions relative to the motion to file a supplemental brief, the Court denies the motion. A pro se motion for leave to file a supplemental brief must be accompanied by the supplemental brief.

For the Court--By Direction

*/s/Patricia S. Connor, Clerk*